AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF FLORIDA

16-cv-24431-PAS/Turnoff

GOLTV, INC. and
GLOBAL SPORTS PARTNERS LLP,

Plaintiffs,

vs.

FOX SPORTS LATIN AMERICA LTD., ET AL.,

Defendants.

_______________________________________/

**SUMMONS IN A CIVIL ACTION**

To: Alejandro Burzaco

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Thomas J. McCormack, Esq.**
CHADBOURNE & PARKE, LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 408-5100

**Peter H. Levitt, Esq.**
SHUTTS & BOWEN LLP
200 South Biscayne Boulevard, Suite 4100
Miami, Florida 33131
Telephone: 305-415-9447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 20, 2016




Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF FLORIDA

16-cv-24431-PAS/Turnoff

GOLTV, INC. and
GLOBAL SPORTS PARTNERS LLP,

Plaintiffs,

vs.

FOX SPORTS LATIN AMERICA LTD., ET AL.

Defendants.

_______________________________________/

## SUMMONS IN A CIVIL ACTION

To: Carlos Martinez

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Thomas J. McCormack, Esq.**
CHADBOURNE & PARKE, LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 408-5100

**Peter H. Levitt, Esq.**
SHUTTS & BOWEN LLP
200 South Biscayne Boulevard, Suite 4100
Miami, Florida 33131
Telephone: 305-415-9447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 20, 2016




Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF FLORIDA

16-cv-24431-PAS/Turnoff

GOLTV, INC. and
GLOBAL SPORTS PARTNERS LLP,

Plaintiffs,

vs.

FOX SPORTS LATIN AMERICA LTD., ET AL.,

Defendants.

_______________________________________/

## SUMMONS IN A CIVIL ACTION

To: Eugenio Figueredo

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Thomas J. McCormack, Esq.**
CHADBOURNE & PARKE, LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 408-5100

**Peter H. Levitt, Esq.**
SHUTTS & BOWEN LLP
200 South Biscayne Boulevard, Suite 4100
Miami, Florida 33131
Telephone: 305-415-9447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 20, 2016




Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF FLORIDA

16-cv-24431-PAS/Turnoff

GOLTV, INC. and
GLOBAL SPORTS PARTNERS LLP,

Plaintiffs,

vs.

FOX SPORTS LATIN AMERICA LTD., ET AL.,

Defendants.

_______________________________________/

## SUMMONS IN A CIVIL ACTION

To: Hernan Lopez

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Thomas J. McCormack, Esq.**
CHADBOURNE & PARKE, LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 408-5100

**Peter H. Levitt, Esq.**
SHUTTS & BOWEN LLP
200 South Biscayne Boulevard, Suite 4100
Miami, Florida 33131
Telephone: 305-415-9447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 20, 2016




Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF FLORIDA

16-cv-24431-PAS/Turnoff

GOLTV, INC. and
GLOBAL SPORTS PARTNERS LLP,

Plaintiffs,

vs.

FOX SPORTS LATIN AMERICA LTD., ET AL.

Defendants.

_______________________________________/

**SUMMONS IN A CIVIL ACTION**

To: Hugo Jinkis

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Thomas J. McCormack, Esq.**
CHADBOURNE & PARKE, LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 408-5100

**Peter H. Levitt, Esq.**
SHUTTS & BOWEN LLP
200 South Biscayne Boulevard, Suite 4100
Miami, Florida 33131
Telephone: 305-415-9447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 20, 2016




Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF FLORIDA

16-cv-24431-PAS/Turnoff

GOLTV, INC. and
GLOBAL SPORTS PARTNERS LLP,

Plaintiffs,

vs.

FOX SPORTS LATIN AMERICA LTD., ET AL.,

Defendants.

_______________________________________/

## SUMMONS IN A CIVIL ACTION

To: James Ganley
6930 Long Leaf Dr.
Parkland, FL 33076-3946
Broward County

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Thomas J. McCormack, Esq.**
CHADBOURNE & PARKE, LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 408-5100

**Peter H. Levitt, Esq.**
SHUTTS & BOWEN LLP
200 South Biscayne Boulevard, Suite 4100
Miami, Florida 33131
Telephone: 305-415-9447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**SUMMONS**

Date: Oct 20, 2016

Steven M. Larimore
Clerk of Court

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF FLORIDA

16-cv-24431-PAS/Turnoff

GOLTV, INC. and
GLOBAL SPORTS PARTNERS LLP,

Plaintiffs,

vs.

FOX SPORTS LATIN AMERICA LTD., ET AL.,

Defendants.

_____________________________________/

## SUMMONS IN A CIVIL ACTION

To: Juan Angel Napout

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Thomas J. McCormack, Esq.**
CHADBOURNE & PARKE, LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 408-5100

**Peter H. Levitt, Esq.**
SHUTTS & BOWEN LLP
200 South Biscayne Boulevard, Suite 4100
Miami, Florida 33131
Telephone: 305-415-9447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 20, 2016




Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF FLORIDA

16-cv-24431-PAS/Turnoff

GOLTV, INC. and
GLOBAL SPORTS PARTNERS LLP,

Plaintiffs,

vs.

FOX SPORTS LATIN AMERICA LTD., ET AL.,

Defendants.

_______________________________________/

## SUMMONS IN A CIVIL ACTION

To: Mariano Jinkis

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Thomas J. McCormack, Esq.**
CHADBOURNE & PARKE, LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 408-5100

**Peter H. Levitt, Esq.**
SHUTTS & BOWEN LLP
200 South Biscayne Boulevard, Suite 4100
Miami, Florida 33131
Telephone: 305-415-9447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 20, 2016




Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF FLORIDA

16-cv-24431-PAS/Turnoff

GOLTV, INC. and
GLOBAL SPORTS PARTNERS LLP,

Plaintiffs,

vs.

FOX SPORTS LATIN AMERICA LTD., ET AL.

Defendants. ______________________ /

## SUMMONS IN A CIVIL ACTION

To: Conmebol
Autopista Aeropuerto Internacional - Km 12
Luque, Gran Asunción
Paraguay

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Thomas J. McCormack, Esq.**
CHADBOURNE & PARKE, LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 408-5100

**Peter H. Levitt, Esq.**
SHUTTS & BOWEN LLP
200 South Biscayne Boulevard, Suite 4100
Miami, Florida 33131
Telephone: 305-415-9447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**SUMMONS**

Date: Oct 20, 2016

Steven M. Larimore
Clerk of Court

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF FLORIDA

16-cv-24431-PAS/Turnoff

GOLTV, INC. and
GLOBAL SPORTS PARTNERS LLP,

Plaintiffs,

vs.

FOX SPORTS LATIN AMERICA LTD., ET AL.

Defendants.

_______________________________________/

## SUMMONS IN A CIVIL ACTION

To: Pan American Sports Enterprises Company
1211 Avenue of the Americas
New York, NY 10036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Thomas J. McCormack, Esq.**
CHADBOURNE & PARKE, LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 408-5100

**Peter H. Levitt, Esq.**
SHUTTS & BOWEN LLP
200 South Biscayne Boulevard, Suite 4100
Miami, Florida 33131
Telephone: 305-415-9447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**SUMMONS**

Date: Oct 20, 2016

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF FLORIDA

16-cv-24431-PAS/Turnoff

GOLTV, INC. and
GLOBAL SPORTS PARTNERS LLP,

Plaintiffs,

vs.

FOX SPORTS LATIN AMERICA LTD., ET AL.

Defendants.

_______________________________________/

**SUMMONS IN A CIVIL ACTION**

To: Fox International Channels (US), Inc.
10201 West Pico Boulevard
Los Angeles, CA 90064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Thomas J. McCormack, Esq.**
CHADBOURNE & PARKE, LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 408-5100

**Peter H. Levitt, Esq.**
SHUTTS & BOWEN LLP
200 South Biscayne Boulevard, Suite 4100
Miami, Florida 33131
Telephone: 305-415-9447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**SUMMONS**

Date: Oct 20, 2016

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF FLORIDA

16-cv-24431-PAS/Turnoff

GOLTV, INC. and
GLOBAL SPORTS PARTNERS LLP,

Plaintiffs,

vs.

FOX SPORTS LATIN AMERICA LTD., ET AL.,

Defendants.

_______________________________________/

## SUMMONS IN A CIVIL ACTION

To: T&T Sports Marketing Ltd.
Fiduciary Trust (Cayman) Limited
One Capital Place, Shedden Road, PO Box 1062
George Town, Grand Cayman
Cayman Islands, British West Indies

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Thomas J. McCormack, Esq.**
CHADBOURNE & PARKE, LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 408-5100

**Peter H. Levitt, Esq.**
SHUTTS & BOWEN LLP
200 South Biscayne Boulevard, Suite 4100
Miami, Florida 33131
Telephone: 305-415-9447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Date: Oct 20, 2016

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF FLORIDA

16-cv-24431-PAS/Turnoff

GOLTV, INC. and
GLOBAL SPORTS PARTNERS LLP,

Plaintiffs,

vs.

FOX SPORTS LATIN AMERICA LTD., ET AL.,

Defendants.

_____________________________________/

## SUMMONS IN A CIVIL ACTION

To: Fox Networks Group, Inc.
10201 West Pico Boulevard
Los Angeles, CA 90064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Thomas J. McCormack, Esq.**
CHADBOURNE & PARKE, LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 408-5100

**Peter H. Levitt, Esq.**
SHUTTS & BOWEN LLP
200 South Biscayne Boulevard, Suite 4100
Miami, Florida 33131
Telephone: 305-415-9447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**SUMMONS**

Date: Oct 20, 2016

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF FLORIDA

16-cv-24431-PAS/Turnoff

GOLTV, INC. and
GLOBAL SPORTS PARTNERS LLP,

Plaintiffs,

vs.

FOX SPORTS LATIN AMERICA LTD., ET AL.,

Defendants.

______________________________________/

## SUMMONS IN A CIVIL ACTION

To: Torneos y Competencias S.A.
Balcarce 510
Piso 2
Balcarce, C1064AAL
Argentina

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Thomas J. McCormack, Esq.**
CHADBOURNE & PARKE, LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 408-5100

**Peter H. Levitt, Esq.**
SHUTTS & BOWEN LLP
200 South Biscayne Boulevard, Suite 4100
Miami, Florida 33131
Telephone: 305-415-9447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**SUMMONS**

Date: Oct 20, 2016

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF FLORIDA

16-cv-24431-PAS/Turnoff

GOLTV, INC. and
GLOBAL SPORTS PARTNERS LLP,

Plaintiffs,

vs.

FOX SPORTS LATIN AMERICA LTD., ET AL.,

Defendants.

_______________________________________/

## SUMMONS IN A CIVIL ACTION

To: Fox Sports Latin America Ltd.
2121 Ponce De Leon Boulevard
Coral Gables, FL 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Thomas J. McCormack, Esq.**
CHADBOURNE & PARKE, LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 408-5100

**Peter H. Levitt, Esq.**
SHUTTS & BOWEN LLP
200 South Biscayne Boulevard, Suite 4100
Miami, Florida 33131
Telephone: 305-415-9447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**SUMMONS**

Date: Oct 20, 2016

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF FLORIDA

16-cv-24431-PAS/Turnoff

GOLTV, INC. and
GLOBAL SPORTS PARTNERS LLP,

Plaintiffs,

vs.

FOX SPORTS LATIN AMERICA LTD., ET AL.,

Defendants.

_______________________________________/

## SUMMONS IN A CIVIL ACTION

To: Full Play Group S.A.
Mones Roses 6937
Montevideo, Uruguay 11500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Thomas J. McCormack, Esq.**
CHADBOURNE & PARKE, LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 408-5100

**Peter H. Levitt, Esq.**
SHUTTS & BOWEN LLP
200 South Biscayne Boulevard, Suite 4100
Miami, Florida 33131
Telephone: 305-415-9447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 20, 2016




Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts