UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GOLTV, INC., and GLOBAL SPORTS PARTNERS LLP,<br><br>                    Plaintiffs,<br><br>       -against-<br><br>FOX SPORTS LATIN AMERICA LTD., PAN AMERICAN SPORTS ENTERPRISES CO., d/b/a FOX SPORTS LATIN AMERICA (individually and as successor to FOX PAN AMERICAN SPORTS LLC), FOX INTERNATIONAL CHANNELS INC., FOX NETWORKS GROUP, INC., T&T SPORTS MARKETING LTD., CARLOS MARTINEZ, HERNAN LOPEZ, JAMES GANLEY, TORNEOS Y COMPETENCIAS, S.A., ALEJANDRO BURZACO, FULL PLAY GROUP S.A., HUGO JINKIS, MARIANO JINKIS, CONFEDERACIÓN SUDAMERICANA DE FUTBOL, d/b/a CONMEBOL, EUGENIO FIGUEREDO, and JUAN ANGEL NAPOUT,<br><br>                    Defendants. | Case No.: 1:16-cv-24431-CMA<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)** |

       Plaintiff GolTV, Inc. is a privately held corporation organized under the laws of the United States that has no parent corporation, and based on U.S. Securities and Exchange Commission Rules regarding beneficial ownership, there is no publicly held corporation that owns 10% or more of GolTV, Inc.'s stock.

       Plaintiff Global Sports Partners LLP is a limited liability partnership organized under the laws of the United Kingdom that has no parent corporation, and based on U.S. Securities and Exchange Commission Rules regarding beneficial ownership, there is no publicly held corporation that owns 10% or more of Global Sports Partners LLP.

Dated:   November 2, 2016

/s/ *Peter H. Levitt*
Peter H. Levitt

**SHUTTS & BOWEN, LLP**
plevitt@shutts.com
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131
Tel:  (305) 358-6300
Fax:  (305) 415-9847

**CHADBOURNE & PARKE, LLP**
Thomas J. McCormack
tmccormack@chadbourne.com
Marcelo Blackburn
mblackburn@chadbourne.com
Julissa Reynoso
jreynoso@chadbourne.com
1301 Avenue of the Americas
New York, NY 10019-6022
Tel:  (212) 408-5100
Fax:  (212) 541-5369

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Corporate Disclosure Statement was served by ECF on all counsel of record on November 2, 2016.

*/s/ Peter H. Levitt*
Peter H. Levitt