UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-24431-CIV-ALTONAGA

GOLTV, INC., and GLOBAL SPORTS
PARTNERS LLP,

           Plaintiffs,

vs.

FOX SPORTS LATIN AMERICA, LTD., PAN
AMERICAN SPORTS ENTERPRISES
COMPANY, d/b/a FOX SPORTS LATIN
AMERICA (individually and as successor to FOX
PAN AMERICAN SPORTS LLC), FOX
INTERNATIONAL CHANNELS (US), INC.,
FOX NETWORKS GROUP, INC. (as successor to
FOX INTERNATIONAL CHANNELS (US),
INC.), CARLOS MARTINEZ, HERNAN LOPEZ,
JAMES GANLEY, T&T SPORTS MARKETING
LTD., TORNEOS Y COMPETENCIAS, S.A.,
ALEJANDRO BURZACO, FULL PLAY GROUP
S.A., HUGO JINKIS, MARIANO JINKIS,
CONFEDERACION SUDAMERICANA DE
FUTBOL, d/b/a CONMEBOL, EUGENIO
FIGUEREDO, and JUAN ANGEL NAPOUT,

           Defendants.
_____/

**NOTICE OF APPEARANCE**

      Morgan A. McDonough, Esq. of Stearns Weaver Miller Weissler Alhadeff & Sitterson,

P.A., Museum Tower, Suite 2200, 150 West Flagler Street, Miami, Florida 33130, enters

appearance as counsel for Fox Sports Latin America, Ltd., Pan American Sports Enterprises

Company, Fox International Channels, Inc., and Fox Networks Group, Inc. and requests that all pleadings and notices concerning this case be forwarded to counsel.

Dated: November 4, 2016                     Respectfully submitted,

By:  /s/ *Morgan McDonough*_____
Jay B. Shapiro
Florida Bar No. 776361
jshapiro@stearnsweaver.com
Morgan McDonough
Florida Bar No. 106104
mmcdonough@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER
  ALHADEFF & SITTERSON, P.A
150 West Flagler Street, Suite 2200
Miami, Florida 33130-1545
(305) 789-3200 (*telephone*)
(305) 789-3395 (*fax*)

*Attorneys for Fox Sports Latin America, Ltd., Pan American Sports Enterprises Company, Fox International Channels, Inc., and Fox Networks Group, Inc.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 4, 2016, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipts. Parties may access this filing through the Court's system.

                                                       */s/ Morgan McDonough*
                                                       Morgan McDonough

## SERVICE LIST

Thomas J. McCormack
tmccormack@chadbourne.com
Julissa Reynoso
jreynoso@chadbourne.com
Marcelo M. Blackburn
mblackburn@chadbourne.com
CHADBOURNE & PARKE LLP
1301 Avenue of the Americas
New York, NY 10019-6022

*Of Counsel for Plaintiffs*

Peter H. Levitt
plevitt@shutts.com
SHUTTS & BOWEN LLP
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

*Attorneys for Plaintiffs*

#5350518 v1