UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:16-cv-24431-PAS

GOLTV, INC., and GLOBAL SPORTS
PARTNERS LLP,

    Plaintiffs,

vs.

FOX SPORTS LATIN AMERICA, LTD., PAN
AMERICAN SPORTS ENTERPRISES
COMPANY, d/b/a FOX SPORTS LATIN
AMERICA (individually and as successor to FOX
PAN AMERICAN SPORTS LLC), FOX
INTERNATIONAL CHANNELS (US), INC.,
FOX NETWORKS GROUP, INC. (as successor to
FOX INTERNATIONAL CHANNELS (US),
INC.), CARLOS MARTINEZ, HERNAN LOPEZ,
JAMES GANLEY, T&T SPORTS MARKETING
LTD., TORNEOS Y COMPETENCIAS, S.A.,
ALEJANDRO BURZACO, FULL PLAY GROUP
S.A., HUGO JINKIS, MARIANO JINKIS,
CONFEDERACION SUDAMERICANA DE
FUTBOL, d/b/a CONMEBOL, EUGENIO
FIGUEREDO, and JUAN ANGEL NAPOUT,

    Defendants.
_____/

**DEFENDANT CONMEBOL'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to this Court's Order of November 4, 2016, requiring the parties to file Certificates of Interested Parties and Corporate Disclosure Statements on or before November 14, 2016 (D.E. 16), Defendant CONFEDERACIÓN SUDAMERICANA DE FÚTBOL d/b/a/ CONMEBOL discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including

1

subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party: **CONFEDERACIÓN SUDAMERICANA DE FÚTBOL**

2. The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings: **NONE**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the twenty largest unsecured creditors): **NONE**

4. The name of each victim (individual or corporate), including every person who may be entitled to restitution: **CONFEDERACIÓN SUDAMERICANA DE FÚTBOL**

Dated: November 14, 2016                    Respectfully submitted,

**CAREY RODRIGUEZ MILIAN GONYA, LLP**

By: */s/ Juan J. Rodriguez*
Juan J. Rodriguez, Esq.
Florida Bar No.: 613843
jrodriguez@careyrodriguez.com
Secondary email: lmejia@careyrodriguez.com
David M. Levine, Esq.
Florida Bar No.: 84431
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: 305-372-7474
Facsimile: 305-372-7475

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November, 2016, l electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM /ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Juan J. Rodriguez*
Juan J. Rodriguez, Esq.

### SERVICE LIST

**Peter H. Levitt, Esq.**
plevitt@shutts.com
Stephen Bernard Gillman
gillman@shutts.com
SHUTTS & BOWEN LLP
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131
Tel: (305) 358-6300
Fax: (305) 381-9982

**Thomas J. McCormack, Esq.**
**Julissa Reynoso, Esq.**
tmccormack@chadbourne.com
jreynoso@chadbourne.com
CHADBOURNE & PARKE LLP
1301 Avenue of the Americas
New York, NY 10019-6022
Tel: (212) 408-5100
Fax: (212) 541-5369
*Attorneys for Plaintiffs, GolTV Inc. and Global Sports Partners, LLP*

**Jay Brian Shapiro, Esq.**
**Morgan Amanda McDonough, Esq.**
Stearns Weaver Miller Weissler Alhadeff & Sitterson
jshapiro@stearnsweaver.com
mmcdonough@stearnsweaver.com
Museum Tower
150 W Flagler Street
Suite 2200
Miami, FL 33130
Tel. (305) 789-3229
Fax: (305)789-3395

**Tobin Joe Romero**
TRomero@wc.com
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005
Tel. (202)-434-5000
*Attorneys for Defendants, Fox Sports Latin America, Ltd., Pan American Sports Enterprises Co., Fox International Channels (U.S.), Inc. and Fox Networks Group, Inc.*