UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

GOLTV, INC. and GLOBAL SPORTS PARTNERS LLP,

Civil Action No.:
16-CV-24431-PAS/Turnoff

VS

*Plaintiff*

FOX SPORTS LATIN AMERICA LTD., ET AL,

*Defendant*

## AFFIDAVIT OF SERVICE

State of Florida }
County of Broward } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Florida.

That on 11/04/2016 at 8:24 PM at 19333 Collins Avenue, Apt 601, Sunny Isles Beach, FL 33160-2368

deponent served a(n) **Summons in a Civil Action and Complaint, Civil Cover Sheet**

on **Juan Angel Napout** by delivering a true copy of each to said defendant personally;

deponent knew the person so served to be the person described as said defendant therein.

Description of Person Served:
Gender: Male
Skin: White
Hair: Brown
Age: 36 - 50 Yrs.
Height: Over 6'
Weight: 161-200 Lbs.
Other:

MILITARY SERVICE: At the time of service defendant was asked whether he/she was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this 8th
day of November, 2016

NOTARY PUBLIC

AMY RUBI
Notary Public - State of Florida
My Comm. Expires Nov 24, 2018
Commission # FF 145806

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

Michael Rubi
License No. CPS#2153