## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 16-CV-24431-PAS/
TURNOFF

Plaintiff:
**GOLTV, INC., AND GLOBAL SPORTS PARTNERS LLP**

vs.

Defendant:
**FOX SPORTS LATIN AMERICA, LTD., ET AL.,**



VER2016000204

For:
Peter Levitt, Esq.
Shutts & Bowen, Llp
200 S. Biscayne Blvd.
Ste. 4100
Miami, FL 33131

Received by ESQ Legal Support Services, Inc. on the 1st day of November, 2016 at 9:00 am to be served on
**JAMES GANLEY, 6930 LONG LEAF DRIVE, PARKLAND, FL 33076**.

I, Andres Mazuera, do hereby affirm that on the **8th day of November, 2016** at **7:12 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons, Complaint and Exhibits** with the date and hour of service endorsed thereon by me, to: **ANN GANLEY** as **WIFE / CO-RESIDENT** at the address of: **6930 LONG LEAF DRIVE, PARKLAND, FL 33076**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: WHITE, Height: 5'7", Weight: 140, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. No notary required per FL. Stat. 92.525(2).

**Andres Mazuera**
CPS # 1301

**ESQ Legal Support Services, Inc.**
**9737 NW 41st Street, # 444**
**Miami, FL 33178**
**(305) 460-8077**

Our Job Serial Number: VER-2016000204

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1g