**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| GOLTV, INC. and GLOBAL SPORTS PARTNERS LLP, | CIVIL ACTION NO.: 16-CV-24431-PAS/TURNOFF |
| **vs** *Plaintiff* | |
| FOX SPORTS LATIN AMERICA LTD., ET AL, | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Rye Brook, New York

That on **11/17/2016** at **5:26 PM** at **162 Julian St., Rye, NY 10580**

deponent served a(n) **Summons in a Civil Action and Complaint, Civil Cover Sheet**

on **Alejandro Burzaco**,

by delivering thereat a true copy of each to **"Jane Doe" (Refused to Give First and Last Name) (Co-Tenant)** a person of suitable age and discretion. Said premises is defendant's dwelling place within the state.

Description of Person Served:
Gender: Female
Skin: White
Hair: Brown
Age: 36 - 50 Yrs.
Height: 5' 9" - 6' 0"
Weight: 131-160 Lbs.
Other:

MILITARY SERVICE: Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the United States as that term is defined in the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this 23rd
day of November, 2016

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2019

Nicholas DiCanio
License No.1422308