# PETICIÓN
# A LOS FINES DE NOTIFICACIÓN O TRASLADO EN EL EXTRANJERO DE UN DOCUMENTO JUDICIAL O EXTRAJUDICIAL

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convenio relativo a la Notificación o Traslado en el Extranjero de Documentos Judiciales y Extrajudiciales en Materia Civil o Comercial, firmado en La Haya, el 15 de noviembre de 1965.**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| Identidad y dirección del requirente<br>Identity and address of the applicant<br>*Identité et adresse du requérant* | Dirección de la autoridad destinataria<br>Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Clerk of the Court<br>United States District Court<br>400 North Miami Avenue<br>Miami, Florida 33128-1812<br>USA | International Legal Assistance Department<br>Office of the Legal Advisor<br>Ministry of Foreign Affairs and Worship<br>Esmeralda 1212, 4th floor, Of. 402.<br>Buenos Aires<br>Argentina<br>dajin@mrecic.gov.ar<br>+54 (11) 4819-7385 |

FILED by YM D.C.
DEC - 2 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

El requirente infrascrito tiene el honor de remitir – en doble ejemplar – a la autoridad destinataria los documentos enumerados, rogándole, conforme al artículo 5 del Convenio antes citado, haga remitir sin demora un ejemplar al destinatario, a saber:

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

**(identidad y dirección)**
(identity and address) / *(identité et adresse)*
**Torneos y Competencias S.A.**
Balcarce 510, Piso 2
Balcarce, C1064AAL, Argentine Republic

| | | |
|---|---|---|
| ☒ | a) | **Según las formas legales (artículo 5, párrafo primero, letra *a*)\***<br>in accordance with the provisions of sub-paragraph *a*) of the first paragraph of Article 5 of the Convention\*<br>*selon les formes légales (article 5, alinéa premier, lettre a)\** |
| ☐ | b) | **Según la forma particular siguiente (artículo 5, párrafo primero, letra *b*)\***<br>in accordance with the following particular method (sub-paragraph *b*) of the first paragraph of Article 5)\*:<br>*selon la forme particulière suivante (article 5, alinéa premier, lettre b)\*:* |
| ☐ | c) | **En su caso, por simple entrega al interesado (artículo 5, párrafo segundo)\***<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5) \*<br>*le cas échéant, par remise simple (article 5, alinéa 2) \** |

Se ruega a esa autoridad envíe o haga enviar al requirente un ejemplar del documento – y de sus anexos\* – con el certificado adjunto.

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate *Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\*- avec l'attestation ci-jointe.*

### Enumeración de los documentos
List of documents / *Énumération des pièces*

Summons in a Civil Action and Complaint in English and in Spanish and duplicates of the Request, Summons in a Civil Action and Complaint in English and in Spanish.

\* Si procede
  *if appropriate / s'il y a lieu*

| Hecho en Miami, Florida, United States<br>Done at / *Fait à*<br>el<br>the / *le*<br>date<br><br>DEC 02 2016 | Firma y / o sello<br>Signature and/or stamp / *Signature et / ou cachet*<br><br>Steven M. Larimore<br><br>Valerie Martinez |
|---|---|

# CERTIFICADO
CERTIFICATE
ATTESTATION

**La autoridad infrascrita tiene el honor de certificar, conforme al artículo 6 de dicho Convenio,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. que la petición ha sido ejecutada\***
that the document has been served *
que la demande a été exécutée*

| | |
|---|---|
| – **el (fecha):** the (date) / le (date) : | |
| – **en (localidad, calle, número):** at (place, street, number) / à (localité, rue, numéro) : | |

| – **en una de las formas siguientes previstas en el artículo 5:** in one of the following methods authorised by Article 5: dans une des formes suivantes prévues à l'article 5 : |
|---|
| ☐ a) **según las formas legales (artículo 5, párrafo primero, letra a)\*** in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention* selon les formes légales (article 5, alinéa premier, lettre a)* |
| ☐ b) **según la forma particular siguiente\*:** in accordance with the following particular method*: selon la forme particulière suivante* . |
| ☐ c) **por simple entrega\*** by delivery to the addressee, if he accepts it voluntarily* par remise simple* |

**Los documentos mencionados en la petición han sido entregados a:**
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identidad y calidad de la persona:** Identity and description of person : Identité et qualité de la personne : | |
| **Vínculos de parentesco, subordinación u otros, con el destinatario del documento:** Relationship to the addressee (family, business or other): Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. que la petición no ha sido ejecutada, en razón a los hechos siguientes\*:**
that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants* :

| |
|---|
| |

☐ **Conforme al artículo 12, párrafo 2, de dicho Convenio, se ruega al requirente el pago o reembolso de los gastos cuyos detalles figuran en la declaración adjunta\*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Anexos*
Annexes / Annexes

| | |
|---|---|
| **Documentos reenviados:** Documents returned: Pièces renvoyées : | |
| **En su caso, los documentos justificativos de la ejecución:** In appropriate cases, documents establishing the service: Le cas échéant, les documents justificatifs de l'exécution : | |

\* Si procede
if appropriate / s'il y a lieu

| **Hecho en** Done at / Fait à   **el** the / le | **Firma y / o sello** Signature and/or stamp / Signature et / ou cachet |
|---|---|

Oficina Permanente, noviembre de 2011

# AVISO
## WARNING
### AVERTISSEMENT

**Identidad y dirección del destinatario**
Identity and address of the addressee
*Identité et adresse du destinataire*
**Torneos y Competencias S.A.**
Balcarce 510, Piso 2
Balcarce, C1064AAL, Argentine Republic

## IMPORTANTE

**EL DOCUMENTO ADJUNTO ES DE NATURALEZA JURÍDICA Y PUEDE AFECTAR SUS DERECHOS Y OBLIGACIONES. LOS "ELEMENTOS ESENCIALES DEL DOCUMENTO" LE PROPORCIONAN INFORMACIÓN SOBRE SU NATURALEZA Y OBJETO. NO OBSTANTE, ES INDISPENSABLE LEER ATENTAMENTE EL TEXTO DEL DOCUMENTO. PUEDE REQUERIR ASISTENCIA JURÍDICA.**

**SI SUS RECURSOS SON INSUFICIENTES, INFÓRMESE SOBRE LA POSIBILIDAD DE OBTENER ASISTENCIA JUDICIAL O ASESORAMIENTO JURÍDICO EN SU PAÍS O EN EL PAÍS DE ORIGEN DEL DOCUMENTO.**

**LAS SOLICITUDES DE INFORMACIÓN SOBRE LA POSIBILIDAD DE OBTENER ASISTENCIA JUDICIAL O ASESORAMIENTO JURÍDICO EN EL PAÍS DE ORIGEN DEL DOCUMENTO PUEDEN DIRIGIRSE A:**

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### TRÈS IMPORTANT

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :*

Clerk of the Court
United States District Court
400 North Miami Avenue
Miami, Florida 33128-1812
USA

**Se recomienda que las menciones impresas en esta nota se redacten en francés y en inglés y, en su caso, además, en otra lengua o en otra de las lenguas oficiales del Estado de origen del documento. Los espacios en blanco podrían completarse en la lengua del Estado al que deba remitirse el documento, en francés o en inglés.**

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

*Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.*

Oficina Permanente, noviembre de 2011

# ELEMENTOS ESENCIALES DEL DOCUMENTO
SUMMARY OF THE DOCUMENT TO BE SERVED
ELEMENTS ESSENTIELS DE L'ACTE

**Convenio relativo a la Notificación o Traslado en el Extranjero de Documentos Judiciales y Extrajudiciales en materia Civil o Comercial,
firmado en La Haya, el 15 de noviembre de 1965 *(artículo 5, párrafo cuarto)*.**
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Nombre y dirección de la autoridad requirente:**<br>Name and address of the requesting authority:<br>Nom et adresse de l'autorité requérante : | Clerk of the Court<br>United States District Court<br>400 North Miami Avenue<br>Miami, Florida 33128-1812<br>USA<br><br>Or authority or person who caused document to be issued:<br>Attorney for Plaintiffs<br>Peter H. Levitt, Esq.<br>Shutts & Bowen, LLP<br>Suite 4100<br>200 South Biscayne Boulevard<br>Miami, Florida 33131<br>(305) 415-9447<br>plevitt@shutts.com |
| **Identidad de las partes\*:**<br>Particulars of the parties*:<br>Identité des parties* : | GolTV, Inc., and Global Sports Partners LLP (Plaintiffs),<br>C/O Attorney for Plaintiffs:<br>Peter H. Levitt, Esq.<br>Shutts & Bowen, LLP<br>Suite 4100<br>200 South Biscayne Boulevard<br>Miami, Florida 33131<br>(305) 415-9447<br>plevitt@shutts.com<br><br>Torneos y Competencias S.A. (Defendant)<br>Balcarce 510, Piso 2<br>Balcarce, C1064AAL, Argentine Republic |

\* Si procede, identidad y dirección de la persona interesada en la remisión del documento.
if appropriate, identity and address of the person interested in the transmission of the document
s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒ **DOCUMENTO JUDICIAL \*\***
JUDICIAL DOCUMENT**
ACTE JUDICIAIRE**

| | |
|---|---|
| **Naturaleza y objeto del documento:**<br>Nature and purpose of the document:<br>Nature et objet de l'acte : | The purpose is to give notice to the Defendant of a civil claim for monetary damages against the Defendant, and to provide the Defendant with an opportunity to serve a response to the claim. |
| **Naturaleza y objeto del procedimiento y, en su caso, cuantía del litigio:**<br>Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | This is a civil legal action for monetary damages. The allegations are set forth in detail in the Complaint. The Court of original jurisdiction will determine the issues and decide whether the Plaintiffs are entitled to any damages against any or all of the Defendants. |
| **Fecha y lugar de comparecencia\*\*:**<br>Date and Place for entering appearance**:<br>Date et lieu de la comparution** : | A personal appearance by the Defendant in the Court of original jurisdiction is not required at this time. The Defendant is required to serve a written response to the Complaint and to file the response in the Court of original jurisdiction. |
| **Autoridad judicial que ha dictado la decisión\*\*:**<br>Court which has given judgment**:<br>Juridiction qui a rendu la décision** : | Not applicable. No judgment has been entered. |


| | |
|---|---|
| **Fecha de la decisión\*\*:**<br>Date of judgment\*\*:<br>*Date de la décision\*\* :* | Not applicable. No judgment has been entered. |
| **Indicación de los plazos que figuran en el documento\*\*:**<br>Time limits stated in the document\*\*:<br>*Indication des délais figurant dans l'acte\*\* :* | Defendant is required to serve a written response to the Complaint on the Plaintiffs' attorney, Peter H. Levitt, whose address appears above, within 21 calendar days after the date of service of the Summons and Complaint on the Defendant, and Defendant is required to file the response in the Court of original jurisdiction. |

\*\* Si procede
*if appropriate / s'il y a lieu*

☐ **DOCUMENTO EXTRAJUDICIAL \*\***
EXTRAJUDICIAL DOCUMENT\*\*
*ACTE EXTRAJUDICIAIRE\*\**

| | |
|---|---|
| **Naturaleza y objeto del documento:**<br>Nature and purpose of the document:<br>*Nature et objet de l'acte :* | Not applicable. |
| **Indicación de los plazos que figuran en el documento\*\*:**<br>Time-limits stated in the document\*\*:<br>*Indication des délais figurant dans l'acte\*\* :* | Not applicable. |

\*\* Si procede
*if appropriate / s'il y a lieu*

Oficina Permanente, noviembre de 2011