UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-cv-24431-CMA

| | |
|---|---|
| GOLTV, INC., and GLOBAL SPORTS PARTNERS LLP,<br><br>          Plaintiffs,<br><br>    -against-<br><br>FOX SPORTS LATIN AMERICA LTD., PAN AMERICAN SPORTS ENTERPRISES CO., d/b/a FOX SPORTS LATIN AMERICA (individually and as successor to FOX PAN AMERICAN SPORTS LLC), FOX INTERNATIONAL CHANNELS (US), INC., FOX NETWORKS GROUP, INC. (as successor to FOX INTERNATIONAL CHANNELS (US), INC.), CARLOS MARTINEZ, HERNAN LOPEZ, JAMES GANLEY, T&T SPORTS MARKETING LTD., TORNEOS Y COMPETENCIAS, S.A., ALEJANDRO BURZACO, FULL PLAY GROUP S.A., HUGO JINKIS, MARIANO JINKIS, CONFEDERACION SUDAMERICANA DE FUTBOL, d/b/a CONMEBOL, EUGENIO FIGUEREDO, and JUAN ANGEL NAPOUT,<br><br>          Defendants. | |

**PLAINTIFFS' STATUS REPORT
REGARDING SERVICE OF PROCESS ON DEFENDANTS**

   Plaintiffs, GolTV, Inc. and Global Sports Partners LLP, through undersigned counsel, respectfully submit this status report in advance of the conference scheduled for Monday, December 5, 2016 at 9:00 a.m. to provide an update on Plaintiffs' efforts to serve Defendants in this matter:

A.   **Defendants That Have Been Served**

1. To date, ten of the sixteen defendants named in this action have been served or have accepted service of process.

2. The following defendants have accepted service:

- **Fox Sports Latin America, Ltd.** (Cayman Islands limited company)
- **Pan American Sports Enterprises Co.** (Delaware corporation)
- **Fox International Channels (US), Inc.** (Delaware corporation)
- **Fox Networks Group, Inc.** (Delaware corporation)
- **Carlos Martinez** (U.S. resident)
- **Hernan Lopez** (U.S. resident)
- **Confederacion Sudamericana de Futbol** (Paraguayan association)

3. Plaintiffs have served the following defendants in the United States under Federal Rule of Civil Procedure ("FRCP") 4:

- **James Ganley** (U.S. resident)
- **Alejandro Burzaco** (Argentine citizen, living in U.S.)
- **Juan Angel Napout** (Uruguayan citizen, with U.S. residence)

B.   **Defendants in the Process of Being Served**

4. The six remaining defendants to be served are foreign-based residents or entities and are in the process of being served.

5. **Full Play Group S.A.** is a Uruguayan company and **Eugenio Figueredo** is a resident of Uruguay. Uruguay is not a signatory to the Hague Service Convention. Plaintiffs are filing a motion today requesting that this Court issue letters rogatory to the designated Uruguayan court to facilitate service of process on these Uruguayan defendants.

6. **T&T Sports Marketing Ltd. ("T&T")** is a Cayman Islands subsidiary of Pan American Sports Enterprises Co. that no longer has a registered agent. Plaintiffs are working with Cayman Islands counsel to properly serve T&T and/or its successor entities.

7. **Torneos y Competencias, S.A. ("Torneos")** is an Argentine corporation. Plaintiffs have initiated service on Torneos under the Hague Service Covention. Plaintiffs are consulting Argentine counsel to facilitate and expedite this procedure.

8. **Hugo Jinkis** and **Mariano Jinkis** are Argentine citizens. Plaintiffs are attempting to serve these parties under the Hague Service Convention. Plaintiffs are consulting Argentine counsel to facilitate and expedite this procedure.

C. **Timing Considerations**

9. All U.S.-based defendants have been served. The remaining defendants to be served are all foreign-based defendants. Although the 90 day time period to serve defendants in FRCP 4(m) (the complaint herein was filed on October 20, 2016) does not apply to service on foreign defendants, Plaintiffs are nonetheless seeking to expedite the time for service on these remaining defendants under the applicable conventions and procedures.

10.     Plaintiffs propose that a further status conference on service of process issues be calendared for approximately 45-60 days from today. In the event that Plaintiffs complete service of process prior to the date, Plaintiffs will advise the Court accordingly.

Dated:  December 2, 2016

        **CHADBOURNE & PARKE LLP**
By: /s/ *Thomas J. McCormack*
Thomas J. McCormack
tmccormack@chadbourne.com
Julissa Reynoso
jreynoso@chadbourne.com
1301 Avenue of the Americas
New York, NY 10019-6022
Tel: (212) 408-5100
Fax: (212) 541-5369
(Admitted Pro Hac Vice)

**SHUTTS & BOWEN LLP**
By: /s/ *Peter H. Levitt*
Peter H. Levitt
plevitt@shutts.com
200 South Biscayne Boulevard, Suite 4100
Miami, FL 33131
Tel: (305) 358-6300
Fax: (305) 415-9847

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Status Report was served by ECF on December 2, 2016 upon all counsel of record as follows.

Defendants Fox Sports Latin America Ltd., Pan American Sports Enterprises Co., Fox International Channels (U.S.) Inc., and Fox Networks Group, Inc.:

    Jay Brian Shapiro
    Morgan Amanda McDonough
    Stearns Weaver Miller Weissler Alhadeff & Sitterson
    Museum Tower
    150 W Flagler Street, Suite 2200
    Miami, FL 33130

       Email: jshapiro@stearnsweaver.com
       Email:  mmcdonough@stearnsweaver.com

       Tobin Joe Romero
       Williams & Connolly, LLP
       725 Twelfth Street, NW
       Washington, DC 20005
       Email:  TRomero@wc.com

Defendant James Ganley:

       Benedict P. Kuehne
       Law Office of Benedict P. Kuehne, P.A.
       Miami Tower, Suite 3550
       100 SE 2nd Street
       Miami, FL 33131-2154
       Email:  ben.kuehne@kuehnelaw.com

       Michael T. Davis
       Benedict P. Kuehne, P.A.
       100 S.E. 2nd Street, Suite 3550
       Miami, FL 33131
       Email:  mdavis@kuehnelaw.com


Defendant Confederacion Sudamerica de Futbol:

       Juan Jose Rodriguez
       Carey Rodriguez Greenberg O'Keefe LLP
       1395 Brickell Avenue
       Suite 700
       Miami, FL 33131
       Email:  jrodriguez@careyrodriguez.com

       David Matthew Levine
       Carey Rodriguez Greenberg O'Keefe, LLP
       1395 Brickell Avenue, Suite 700
       Miami, FL 33131
       Email:  dlevine@careyrodriguez.com


                                                       */s/ Peter H. Levitt*
                                                       Peter H. Levitt