UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-24431-CIV-ALTONAGA/O'Sullivan

**GOLTV, INC.**, *et al.*,

    Plaintiffs,

v.

**FOX SPORTS LATIN AMERICA LTD.**, *et al.*,

    Defendants.

_____/

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
## (LETTERS ROGATORY)

The United States District Court, Southern District of Florida, presents its compliments to the Appropriate Judicial Authority of Uruguay and requests international judicial assistance to effect service of process to be used in a civil proceeding before this Court in the above captioned matter. A trial date on this matter has not been scheduled.

This Court requests the assistance described herein as necessary in the interest of justice. The assistance requested is for the Appropriate Judicial Authority of Uruguay to effect service of process upon the below named business entity pursuant to the laws of Uruguay and in compliance with the Inter-American Convention on Letters Rogatory ("Convention").

PARTY TO BE SERVED:    **FULL PLAY GROUP, S.A.**

LOCATED AT:    Avenida Italia 7519 (Art Carrasco Business Tower) Of 104

    11500 Montevideo, Montevideo Department, Uruguay

CASE NO. 16-24431-CIV-ALTONAGA/O'Sullivan

**SUMMARY OF FACTS BASED ON COMPLAINT**

In the enclosed Complaint, Plaintiffs allege they are business entities that provide soccer telecasts to audiences and bid to obtain the rights to telecast soccer games and tournaments. Plaintiffs further allege that they are the victims of a bribery scheme by the Defendants, including FULL PLAY GROUP S.A., which deprived Plaintiffs of a fair and competitive market to engage in business, and otherwise harmed Plaintiffs. Plaintiffs have asserted civil claims for monetary damages, alleging violations of United States laws, including the Racketeer Influenced and Corrupt Organizations Act ("RICO"), Section 1 of the Sherman Act prohibiting agreements in restraint of trade, and Section 2 of the Sherman Act prohibiting monopolization; violations of the Florida Deceptive and Unfair Trade Practices Act; tortious interference with prospective economic advantage; and civil conspiracy.

**JUDICIAL AUTHORITY**

This letter is issued by the United States District Court for the Southern District of Florida, Wilkie D. Ferguson, Jr. U.S. Courthouse, 400 North Miami Avenue, Miami, FL 33128, +1 (305) 523-5100.

**TIME LIMITS, ADDRESS, AND CONSEQUENCES FOR FAILURE TO RESPOND**

Defendant, FULL PLAY GROUP, S.A., must serve a written answer to the Complaint with the Attorneys for Plaintiffs at CHADBOURNE & PARKE, LLP, 1301 Avenue of the Americas, New York, New York, 10019, USA, within 21 calendar days after the date of service.

Failure to answer the Complaint may result in a final and binding default judgment against Defendant FULL PLAY GROUP, S.A. in their absence.

CASE NO. 16-24431-CIV-ALTONAGA/O'Sullivan

**REQUEST**

The Court requests the appropriate judicial authority of Uruguay assist with international judicial assistance to effect service of process upon FULL PLAY GROUP S.A. to be used in a civil proceeding before this Court.

**RECIPROCITY**

The United States District Court, in and for the Southern District of Florida, expresses a willingness to provide similar assistance to judicial authorities of Uruguay.

**REIMBURSEMENT FOR COSTS**

Plaintiffs and their attorneys, CHADBOURNE & PARKE, LLP, have agreed to reimburse the Judicial Authorities of Uruguay for costs incurred in executing this Court's Letter Rogatory and designate local Uruguayan counsel Alvaro Martínez, Jorge Pereira Schurmann, and Marcela Gorlero Correa, located at Rincón 541 oficina 101, Montevideo, Uruguay, as authorized to transmit this letter and its attachments to the Appropriate Judicial Authority and to pay any of the aforementioned fees, expenses, or costs.

This Court will render appropriate Orders upon the request of your Judicial Authority to ensure timely and complete payment of all costs associated with honoring this request.

**APPLICABLE LAW TO BE USED IN SERVING DEFENDANT**

This will certify that the following laws of the United States of America apply to service of the Defendant in Uruguay: Federal Rules of Civil Procedure 4(h)(2) and 4(f), which provide that service may be effected outside the United States on corporations by any internationally agreed means reasonably calculated to give notice, such as the means authorized by the Convention, and/or as the foreign authority directs in response to a letter rogatory.

CASE NO. 16-24431-CIV-ALTONAGA/O'Sullivan

**DOCUMENTS TO BE SERVED**

The documents enclosed herewith, in accordance with Article 8 of the Convention, are: (1) a copy of the Plaintiffs' Complaint, (2) a copy of the documents attached to the Plaintiffs' original Complaint (including a Civil Cover Sheet, the Summons, and the Superseding Indictment issued by the United States Department of Justice), (3) a copy of United States Federal Rule of Civil Procedure 4(h)(2) and 4(f), and (4) a translated copy of each of the above-mentioned documents.

Witness my hand and seal of United States District Court for the Southern District of Florida, Miami Division, United States of America, on this 6th day of December, 2016.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

United States District Court
For the Southern District of Florida
400 North Miami Avenue, Room 12-2
Miami, Florida 33128

4