```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2                        MIAMI DIVISION
                    CASE NO. 1:16-cv-24431-CMA
 3

 4     GOLTV, INC., et al.,            Miami, Florida

 5            Plaintiff,               December 5, 2016

 6         vs.                         9:09 a.m. to 9:22 a.m.

 7     FOX SPORTS LATIN AMERICA        Courtroom 12-2
       LTD., et al.,
 8                                     (Pages 1 to 13)

 9             Defendant.
       ─────────────────────────────────────────────────────

10                     STATUS CONFERENCE
            BEFORE THE HONORABLE CECILIA M. ALTONAGA,
11                UNITED STATES DISTRICT JUDGE

12     APPEARANCES:

13      FOR THE PLAINTIFFS:    PETER H. LEVITT, ESQ.
                               Shutts & Bowen
14                             200 South Biscayne Boulevard
                               Suite 4100
15                             Miami, Florida 33131
                               (305) 415-9447
16                             PLevitt@shutts.com

17                             THOMAS J. MCCORMACK, ESQ.
                               JULISSA REYNOSO, ESQ.
18                             Chadbourne & Parke
                               1301 Avenue of the Americas
19                             New York, New York 10019-6022
                               (212) 408-5182
20                             (212) 408-5390
                               tmccormack@chadbourne.com
21                             jreynoso@chadbourne.com

22

23

24

25
```

```
 1    APPEARANCES CONTINUED:

 2      FOR THE DEFENDANTS      JAY B. SHAPIRO, ESQ.
        FOX CORPORATE:          MORGAN A. MCDONOUGH, ESQ.
 3                              Stearns Weaver Miller Weissler
                                Alhadeff & Sitterson, P.A.
 4                              Museum Tower
                                150 W. Flagler Street, Suite 2200
 5                              Miami, Florida 33130
                                (305) 789-3229
 6                              (305) 789-3355
                                jshapiro@stearnsweaver.com
 7                              mmcdonough@stearnsweaver.com

 8      FOR THE DEFENDANT       BENEDICT P. KUEHNE, ESQ.
        JAMES GANLEY            MICHAEL T. DAVIS, ESQ.
 9                              Law Offices of Benedict P. Kuehne, P.A.
                                100 Southeast Second Street, Suite 3550
10                              Miami, Florida 33131
                                (786) 369-0213
11                              Ben.kuehne@kuehnelaw.com
        FOR THE DEFENDANT       mdavis@kuehnelaw.com
12      CONMEBOL
                                DAVID MATTHEW LEVINE, ESQ.
13                              JUAN J. RODRIGUEZ, ESQ.
                                Carey Rodriguez
14                              1395 Brickell Avenue, Suite 700
                                Miami, Florida 33131
15                              (305) 372-7474
                                dlevine@careyrodriguez.com
16      FOR THE DEFENDANTS      jrodriguez@careyrodriguez.com
        FOX
17                              TOBIN ROMERO, ESQ.
                                Williams & Connelly LLP
18                              725 Twelfth Street, Northwest
                                Washington, D.C. 20005
19                              (202) 434-5140
        FOR THE DEFENDANT       tromero@wc.com
20      CONMEBOL
                                ANDREW J. DURKOVIC, ESQ.
21                              MIKE DOHERTY, ESQ.
                                Amsterdam & Partners, LLP
22                              The Homer Building
                                601 13th Street, Northwest
23                              Eleventh Floor South
                                Washington, D.C. 20005
24                              (202) 534-1804
                                A.Durkovic@amsterdamandpartners.com
25                              M.Doherty@amsterdamandpartners.com
```

```
1    APPEARANCES CONTINUED:

2     FOR THE DEFENDANT        MATTHEW DONALD UMHOFER, ESQ.
      HERNAN LOPEZ             Spertus, Landes & Umhofer, LLP
3                              1990 South Bundy Drive, Suite 705
                               Los Angeles, California 90025
4                              (310) 826-4700
                               matthew@spertuslaw.com
5

6
      REPORTED BY:            STEPHANIE A. McCARN, RPR
7                             Official Court Reporter
                              400 North Miami Avenue
8                             Twelfth Floor
                              Miami, Florida 33128
9                             (305) 523-5518
                              Stephanie_McCarn@flsd.uscourts.gov
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    <u>I N D E X</u>

2                    <u>WITNESSES</u>

3

   <u>WITNESSES FOR THE PLAINTIFFS:</u>                    <u>Page</u>
4                                                          --

5


6
   <u>WITNESSES FOR THE DEFENDANTS:</u>                    <u>Page</u>
7                                                          --

8

9

10

11

12

13

14
                          <u>MISCELLANEOUS</u>
15
                                                          <u>Page</u>
16  **Proceedings........................................**        **5**
    **Court Reporter's Certificate.......................**       **13**
17

18

19

20

21

22

23

24

25

```
1          (The following proceedings were held at 9:09 a.m.)
2               THE COURT:  GolTV.
3               Please state your appearances.
4               MR. LEVITT:  Good morning, Your Honor.  Peter Levitt,
5     Shutts & Bowen, on behalf of the Plaintiffs.  And I believe
6     Thomas McCormack of Chadbourne and Parke will appear by
7     telephone.
8               MR. MCCORMACK:  That is correct, Your Honor.  It is
9     Tom McCormack from Chadbourne on behalf of the Plaintiff.
10              THE COURT:  Good morning.
11              MR. MCCORMACK:  Good morning, Your Honor.
12              THE COURT:  For Defendants?
13              MR. SHAPIRO:  Good morning, Your Honor.  Jay Shapiro
14    and Morgan McDonough from the Stearns Weaver firm on behalf of
15    the Fox corporate Defendants, and for the record, those are the
16    first four corporate entities named in the complaint.
17              MR. KUEHNE:  Good morning, Judge Altonaga.  Ben Kuehne
18    and Michael Davis, counsel of record for James Ganley.
19              MR. LEVINE:  Good morning, Your Honor, Dave Levine and
20    Juan Rodriguez on behalf of Defendant Conmebol.
21              THE COURT:  Mr. Levine, are you on a speakerphone?
22              MR. LEVINE:  No, Your Honor.
23              THE COURT:  All right.  Your voice comes in and out,
24    so I'm not sure how we can address that, but as you speak,
25    please be mindful.
```

```
1          MR. LEVINE:  Yes, Your Honor, I will call back in.
2          THE COURT:  You will what?  I'm sorry.  Hello?
3          MR. LEVINE:  Yes, I will call back.
4          THE COURT:  Do we have any other defense counsel on
5    the phone?
6          MR. ROMERO:  Yes, this is Tobin Romero for Williams
7    and Connelly for the Fox entity Defendants.
8          MR. DURKOVIC:  This is Andrew Durkovic, Amsterdam and
9    Partners, for defendant Conmebol.
10         MR. DOHERTY:  This is Mike Doherty also with Amsterdam
11   and Partners for Conmebol.
12         THE COURT:  Mike, could you spell your last name,
13   please?
14         MR. DOHERTY:  Certainly, D-O-H-E-R-T-Y.
15         THE COURT:  Thank you.
16         MS. REYNOSO:  Ma'am, this is Julissa Reynoso also with
17   Chadbourne and Parke for GolTV and Global Sports.
18         THE COURT:  I'm sorry.  Is that an attorney for the
19   Plaintiff?
20         MS. REYNOSO:  That's correct.
21         THE COURT:  I don't understand your name at all.
22         MS. REYNOSO:  Julissa Reynoso, R-E-Y-N-O-S-O.
23         THE COURT:  All right.
24         MR. UMHOFER:  And good morning, Your Honor.  This is
25   Matthew Umhofer, my last name is spelled U-M-H-O-F, as in
```

1    foxtrot, -E-R.  I am with Spertus, Landes & Umhofer in Los

2    Angeles and I'm -- we're going to be applying pro hac vice

3    imminently on behalf of Defendant Hernan Lopez.

4              THE COURT:  All right.  Mr. Lopez.  Thank you.

5              Anyone else?

6              We are here on a status conference regarding service

7    on all of the Defendants so we can get the case on a scheduling

8    order, and I have received the Plaintiffs' status report

9    regarding service.  Presently you have six foreign-based

10   Defendants that you still need to serve, and in about two

11   weeks' time the case will have been pending for 60 days, I

12   believe.

13             MR. MCCORMACK:  That's correct.

14             THE COURT:  The deadline, normally, to serve domestic

15   Defendants would be January the 20th under our rules.  I know

16   you are given more time under the federal rules, but based on

17   your status report, Mr. McCormack, I see you are going to try

18   to serve some of these Defendants under The Hague Convention,

19   and my experience is that takes months, even more than a year

20   to accomplish.

21             I know you are asking for another status in about 45

22   days to 60 days to give us an update on service on these, but I

23   don't have any hope that you will have served them -- these

24   Defendants under The Hague Convention by that -- by that time

25   period.  I will hear from you.

1      MR. MCCORMACK:  Thank you, Your Honor.  I would say

2  consistent with what we discussed the last time I was in court,

3  we are trying to expedite -- we are seeking to serve the

4  Uruguayan Defendants through the Inter-American Convention,

5  which I think is why we are seeking the letters rogatory, which

6  would allow us to do that, I think, reasonably promptly.

7      With regard to The Hague Convention, I agree that that

8  could be more of a complication.  We are considering other

9  means, and as you and I discussed last time, if it turns out

10  that I might be facing a year to serve one or more of these

11  Defendants, we would consider dropping them.

12      THE COURT:  All right.

13      Then I -- I also have an initial concern -- and I will

14  set the case for another status to give you the full 90 days of

15  service contemplated by the rules for domestic Defendants.  And

16  then we will examine at that time what your preference is with

17  regard to either closing the case administratively while you

18  continue to work out the process under The Hague Convention or

19  to take a voluntary dismissal of these other Defendants who it

20  will take a significant amount of time to serve.

21      But I have been looking through your complaint,

22  Mr. McCormack, and the complaint needs to be amended already,

23  and I don't know when you want to do that.  I think it would be

24  prudent to do it before we start getting the motion to dismiss,

25  but there are two main concerns that I have that I see right

```
 1    off the bat without even looking at the substantive law.  But

 2    first of all the complaint is a shotgun pleading.  And under 11

 3    Circuit case law, it is subject to being dismissed right now.

 4              Secondly, there are insufficient allegations for the

 5    exercise of personal jurisdiction over several Defendants.  I

 6    know there is reference to an initial payment back in 2011 from

 7    a bank in Miami and their allegations of conspiracy, but I

 8    don't see enough allegations with regard to many of these

 9    foreign-based Defendants that address the Court's personal

10    jurisdiction over them.  And we are going to be facing two

11    rounds of motion practice.  One will be a motion to dismiss for

12    lack of personal jurisdiction and/or forum non conveniens, then

13    I am going to require the Defendants to file as one.  And

14    second will be the motion to dismiss under 12(b)(6) and any

15    other matters that I am not considering right now.

16              So I am trying to streamline the case, as you can see

17    from our prior meeting and from this one as well.  So I leave

18    it up to you whether to amend your complaint now and clean that

19    up or whether you want to wait for that first motion to dismiss

20    for lack of personal jurisdiction.

21              MR. MCCORMACK:  All right.  That's a -- that's a fair

22    point, Your Honor.  I have read the 11th Circuit case law on

23    personal jurisdiction and thought I'd be okay, but my opinion

24    is not as important as yours.  We will look at that fresh.  And

25    I take seriously your observation that it might fall into the
```

1  category of shotgun pleading, particularly with regard, I

2  guess, to these foreign Defendants, and that may coincide

3  nicely with decisions we should make in the next period with

4  regard to the difficulties associated with service of some of

5  these Defendants as well, and I appreciate that guidance.

6           THE COURT:  Well, it is a shotgun pleading more than

7  anything because every count incorporates all of the prior

8  paragraphs, including the paragraph of the preceding counts,

9  and that's a fatal defect right there.

10          MR. MCCORMACK:  Okay.

11          THE COURT:  All right.

12          MR. MCCORMACK:  All right, Your Honor.

13          THE COURT:  Are there any other concerns or issues

14  that any of the attorneys who are here today would like to

15  raise?

16          MR. SHAPIRO:  On behalf of the Fox Defendants, no,

17  Your Honor.  Thank you.  We had noticed the shotgun issue and,

18  in fact, had planned to alert Mr. McCormack to your decisions

19  and the 11th Circuit decisions on that matter so we could fix

20  it before we have to deal with motion practice.  So we will, in

21  fact, with the Court's permission, will get a copy of those

22  cases to Mr. McCormack because that's a problem he can fix

23  pretty easily, I think.

24          THE COURT:  I am sure Mr. Levitt can pick those up

25  very quickly as well.  Thank you.

```
 1          MR. KUEHNE:  With regard to Defendant Ganley, Your
 2   Honor, we would only like the Court to reaffirm that responsive
 3   pleadings are not required until such time as the Court enters
 4   a further order.
 5          THE COURT:  No responsive pleading.  I don't want to
 6   see any responsive pleadings.  I don't want to see any motions
 7   directed to the pleading or any other matter.  So, no, I wanted
 8   to wait and have all of the Defendants before the Court and to
 9   have the Plaintiffs' Plaintiff's decision on how it wishes to
10   proceed with all of them or taking a voluntary dismissal as to
11   those who will hold up the case.
12          I will set the case for another status report.  We'll
13   do that in January.  I can't pull up my calendar.
14          Patricia, can you give us a date near January the
15   20th, please?
16      (Pause in proceedings.)
17          THE COURT:  Okay.  January the 20th at 9 a.m., then.
18          MR. MCCORMACK:  Thank you, Your Honor.  This is
19   Mr. McCormack, on behalf of the Plaintiffs.  Thank you for your
20   time today.  I did have a motion pending with regard to the
21   issuance of letters rogatory.  We respectfully ask that that be
22   acted on so that we may take the appropriate steps toward the
23   Uruguayan-based Defendants.
24          THE COURT:  Well, have you filed that motion, yet?
25          MR. MCCORMACK:  Yes, Your Honor.  We filed it on
```

```
 1   Friday.
 2            THE COURT:  On Friday, very well.  We will get the
 3   order -- did you supply a proposed order by e-mail?
 4            MR. MCCORMACK:  Yes, Your Honor.  And we checked with
 5   the Defendants who have appeared and none -- none were opposed
 6   to it.
 7            THE COURT:  None were what?  I'm sorry.
 8            MR. MCCORMACK:  None were opposed to the motion.
 9            THE COURT:  Very good.
10            MR. MCCORMACK:  It is an unopposed motion.
11            THE COURT:  Excellent.  We will get the order out
12   today, then.
13            MR. MCCORMACK:  Great.  Thank you.
14            THE COURT:  Thank you very much.  Good to see
15   everyone.
16            MR. KUEHNE:  Thank you, Judge.
17            ALL PARTIES:  Thank you, Your Honor.
18            THE COURT:  You all have a good day.
19        (The proceedings adjourned at 9:22 a.m.)
20
21
22
23
24
25
```

1                      C E R T I F I C A T E

2

3        I hereby certify that the foregoing is an

   accurate transcription of the proceedings in the
4
   above-entitled matter.
5

6

7    _12/09/16_          _____
        DATE             STEPHANIE A. McCARN, RPR
8                        Official United States Court Reporter
                         400 North Miami Avenue, Twelfth Floor
9                        Miami, Florida 33128
                         (305) 523-5518
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25