# Exhibit A

# U.S. District Court
## Eastern District of New York (Brooklyn)
### CRIMINAL DOCKET FOR CASE #: 1:15-cr-00252-PKC-RML-10

| | |
|---|---|
| Case title: USA v. Webb et al | Date Filed: 05/20/2015 |

Assigned to: Judge Pamela K. Chen
Referred to: Magistrate Judge Robert M. Levy

**Defendant (10)**

| | | |
|---|---|---|
| **Alejandro Burzaco** | represented by | **Sean Patrick Casey**<br>Kobre & Kim LLP<br>800 3rd Avenue<br>6th Floor<br>New York, NY 10022<br>212-488-1200<br>Fax: 212-488-1220<br>Email: sean.casey@kobrekim.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**John Couriel**<br>Kobre & Kim LLP<br>2 South Biscayne Boulevard, 35th Floor<br>Miami, FL 33131<br>(305)967-6115<br>Fax: (305)967-6120<br>Email: john.couriel@kobrekim.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Lindsey Weiss Harris**<br>Kobre & Kim LLP<br>800 Third Avenue<br>6th Floor<br>New York, NY 10022<br>212-488-1200<br>Fax: 212-488-1220<br>Email: lindsey.weissharris@kobrekim.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| Racketeering Conspiracy<br>(1) | |

Wire Fraud Conspiracy -
CONMEBOL/CONCACAF Copa America
Centenario Scheme
(39)

Money Laundering Conspiracy -
CONMEBOL/CONCACAF Copa America
Centenario Scheme
(40)

## Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

## Highest Offense Level (Terminated)

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

## Interested Party

**CONMEBOL**

---

## Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **Amanda Hector**<br>United States Attorneys Office<br>Eastern District of New York<br>271 Cadman Plaza<br>Brooklyn, NY 11201<br>718-254-6212<br>Fax: 718-254-6076<br>Email: amanda.hector@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government Attorney*<br><br>**Brian D. Morris**<br>United States Attorneys Office<br>271 Cadman Plaza East<br>7th Floor<br>Brooklyn, NY 11201<br>718-254-6512<br>Fax: 718-254-7489<br>Email: brian.morris2@usdoj.gov<br>*LEAD ATTORNEY* |

ATTORNEY TO BE NOTICED
*Designation: Government Attorney*

**Darren LaVerne**
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
718-254-6783
Fax: 718-254-6481
Email: darren.laverne@usdoj.gov
*TERMINATED: 01/04/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Evan M. Norris**
United States Attorneys Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201-1820
718-254-6376
Fax: 718-254-6478
Email: evan.norris@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Keith Daniel Edelman**
U.S. Attorney's Office, Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
718-254-6328
Fax: 718-254-6605
Email: keith.edelman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Paul A. Tuchmann**
United States Attorneys Office
Eastern District Of New York
271 Cadman Plaza East
Brooklyn, NY 11201-1820
718-254-6294
Fax: 718-254-6669
Email: paul.tuchmann@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Samuel P. Nitze**
United States Attorneys Office Eastern

District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
718-254-6465
Fax: 718-254-6076
Email: samuel.nitze@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Girish Karthik Srinivasan**
U.S. Attorney's Office
Eastern District Of New York
271 Cadman Plaza East
Brooklyn, NY 11201
718-254-6013
Fax: 718-254-6076
Email: karthik.srinivasan@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jeremy M Iandolo**
Joseph Mure & Associates
26 Court Sreet
Brooklym, NY 11242
718-305-1702
Fax: 718-395-1732
Email: iandololaw@gmail.com
*ATTORNEY TO BE NOTICED*

**M. Kristin Mace**
U.S. Attorney's Office Eastern District Of New York
Eastern District Of New York
271 Cadman Plaza East
Brooklyn, NY 11201
718-254-6879
Fax: 718-254-6076
Email: kristin.mace@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Nadia Shihata**
US Attorney's Office, Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
(718) 254-6295
Fax: 718-254-6076
Email: nadia.shihata@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Tanya Hajjar**
U.S. Attorney's Office, Eastern District of New York
271 Cadman Plaza East

Brooklyn, NY 11201  
718-254-6109  
Fax: 718-254-6076  
Email: tanya.hajjar@usdoj.gov  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/20/2015 | 1 | SEALED INDICTMENT as to Jeffrey Webb (1) count(s) 1, 25, 26-28, 29, 30, 31, 32, 33-40, Eduardo Li (2) count(s) 1, 14, 15, 16, 17, Julio Rocha (3) count(s) 1, 18, 19-20, 21, 22, Costas Takkas (4) count(s) 1, 25, 26-28, 29, 30, 31, 32, Jack Warner (5) count(s) 1, 9, 10-11, 12, 13, 23, 24, Eugenio Figueredo (6) count(s) 1, 39-46, Rafael Esquivel (7) count(s) 1, 39,40, Jose Maria Marin (8) count(s) 1, 7, 8, 39 ,40, Nicolas Leoz (9) count(s) 1, 2, 3-4, 5, 6,39,40, Alejandro Burzaco (10) count(s) 1,39,40, Aaron Davidson (11) count(s) 1, 25, 29, 33-40, Hugo Jinkis (12) count(s) 1, 39, 40, Mariano Jinkis (13) count(s) 1,39,40, Jose Margulies (14) count(s) 1, 5,39, 40. (Attachments: # 1 Criminal Information Sheet, # 2 Sealing Cover Sheet) (Marziliano, August) Modified on 5/26/2015 (Marziliano, August). (Entered: 05/22/2015) |
| 05/20/2015 | 2 | Order to Seal Case as to Jeffrey Webb, Eduardo Li, Julio Rocha, Costas Takkas, Jack Warner, Eugenio Figueredo, Rafael Esquivel, Jose Maria Marin, Nicolas Leoz, Alejandro Burzaco, Aaron Davidson, Hugo Jinkis, Mariano Jinkis, Jose Margulies.. Ordered by Magistrate Judge Ramon E. Reyes, Jr on 5/20/2015. (Marziliano, August) Modified on 5/22/2015 (Marziliano, August). (Entered: 05/22/2015) |
| 05/26/2015 | | INDICTMENT UNSEALED as to Jeffrey Webb, Eduardo Li, Julio Rocha, Costas Takkas, Jack Warner, Eugenio Figueredo, Rafael Esquivel, Jose Maria Marin, Nicolas Leoz, Alejandro Burzaco, Aaron Davidson, Hugo Jinkis, Mariano Jinkis, Jose Margulies. See Order 2 which states that the Indictment and arrest warrants shall be automatically unsealed for all purposes, without further action of the Court, contemporaneously with the arrest of any of the defendants in this matter. (Marziliano, August) (Entered: 05/27/2015) |
| 07/14/2015 | 29 | Letter dated 6/30/15 from Manuel Garrido, member of the Argentine House of Representatives, to Chief Judge Carol B. Amon, requesting information regarding Indictment as to Jeffrey Webb, Eduardo Li, Julio Rocha, Costas Takkas, Jack Warner, Eugenio Figueredo, Rafael Esquivel, Jose Maria Marin, Nicolas Leoz, Alejandro Burzaco, Aaron Davidson, Hugo Jinkis, Mariano Jinkis, Jose Margulies. (Chee, Alvin) (Entered: 07/14/2015) |
| 07/14/2015 | 30 | Letter dated 7/13/15 from Chief Judge Carol B. Amon, to Manuel Garrido, Argentine House of Representatives, responding to the request for information regarding the Indictment as to Jeffrey Webb, Eduardo Li, Julio Rocha, Costas Takkas, Jack Warner, Eugenio Figueredo, Rafael Esquivel, Jose Maria Marin, Nicolas Leoz, Alejandro Burzaco, Aaron Davidson, Hugo Jinkis, Mariano Jinkis, Jose Margulies. (Chee, Alvin) (Entered: 07/14/2015) |
| 07/16/2015 | 31 | Letter *providing case update* as to Jeffrey Webb, Eduardo Li, Julio Rocha, Costas Takkas, Jack Warner, Eugenio Figueredo, Rafael Esquivel, Jose Maria Marin, Nicolas Leoz, Alejandro Burzaco, Aaron Davidson, Hugo Jinkis, Mariano Jinkis, Jose Margulies (Norris, Evan) (Entered: 07/16/2015) |
| 07/27/2015 | 44 | Letter *regarding update to the government's website* as to Jeffrey Webb, Eduardo Li, Julio Rocha, Costas Takkas, Jack Warner, Eugenio Figueredo, Rafael Esquivel, Jose Maria Marin, Nicolas Leoz, Alejandro Burzaco, Aaron Davidson, Hugo Jinkis, Mariano |

| | | |
|---|---|---|
| | | Jinkis, Jose Margulies (Attachments: # 1 Court events document) (Edelman, Keith) (Entered: 07/27/2015) |
| 07/29/2015 | 45 | NOTICE OF ATTORNEY APPEARANCE M. Kristin Mace appearing for USA. (Mace, M. Kristin) (Entered: 07/29/2015) |
| 07/31/2015 | 50 | NOTICE OF ATTORNEY APPEARANCE: John Couriel appearing for Alejandro Burzaco (Couriel, John) (Entered: 07/31/2015) |
| 07/31/2015 | 51 | NOTICE OF ATTORNEY APPEARANCE: Lindsey Weiss Harris appearing for Alejandro Burzaco (Harris, Lindsey) (Entered: 07/31/2015) |
| 07/31/2015 | 52 | NOTICE OF ATTORNEY APPEARANCE: Sean Patrick Casey appearing for Alejandro Burzaco (Casey, Sean) (Entered: 07/31/2015) |
| 07/31/2015 | 55 | Minute Entry for proceedings held before Magistrate Judge Vera M. Scanlon:AUSA Kristin Mace. Sean Casey and John Couriel for the deft.Arraignment as to Alejandro Burzaco (10) Count 1,39,40 held on 7/31/2015. Plea entered by Alejandro Burzaco (10) Count 1,39,40 Not Guilty on counts ALL COUNTS. Status Conference set for 9/18/2015 11:30 AM in Courtroom 10A South before Judge Raymond J. Dearie. (Tape #3:01- 3:29.) (Attachments: # 1 Sealing Cover Sheet) (Greene, Donna) (Entered: 08/03/2015) |
| 07/31/2015 | 56 | ARREST Warrant Returned Executed on 7/29/15 in case as to Alejandro Burzaco. (Attachments: # 1 Sealing Cover Sheet) (Greene, Donna) (Entered: 08/03/2015) |
| 07/31/2015 | 57 | ORDER Setting Conditions of Release as to Alejandro Burzaco (10) 20,000,000 Secured Appearance Bond. Ordered by Magistrate Judge Vera M. Scanlon on 7/31/2015. (Attachments: # 1 Sealing Cover Sheet) (Greene, Donna) (Entered: 08/03/2015) |
| 07/31/2015 | 58 | Application and Order of Excludable Delay as to Alejandro Burzaco Time excluded from 7/31/15 until 9/18/15. Ordered by Magistrate Judge Vera M. Scanlon on 7/31/2015. (Attachments: # 1 Sealing Cover Sheet) (Greene, Donna) (Entered: 08/03/2015) |
| 07/31/2015 | 59 | ORDER for Acceptance of Cash Bail as to Alejandro Burzaco. Ordered by Magistrate Judge Vera M. Scanlon on 7/31/2015. (Attachments: # 1 Sealing Cover Sheet) (Greene, Donna) (Entered: 08/03/2015) |
| 08/01/2015 | 53 | NOTICE *Bill of Particulars* as to Jeffrey Webb, Eduardo Li, Julio Rocha, Costas Takkas, Jack Warner, Eugenio Figueredo, Rafael Esquivel, Jose Maria Marin, Nicolas Leoz, Alejandro Burzaco, Aaron Davidson, Hugo Jinkis, Mariano Jinkis, Jose Margulies (Morris, Brian) (Entered: 08/01/2015) |
| 08/21/2015 | 62 | TRANSCRIPT of Proceedings as to Alejandro Burzaco held on July 31, 2015, before Judge Scanlon. Court Transcriber: TypeWrite Word Processing Service, Telephone number 718-966-1401. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 9/11/2015. Redacted Transcript Deadline set for 9/21/2015. Release of Transcript Restriction set for 11/19/2015. (Rocco, Christine) (Entered: 08/21/2015) |
| 09/18/2015 | 70 | Minute Entry for proceedings held before Judge Raymond J. Dearie: Status Conference as to Alejandro Burzaco, Aaron Davidson held on 9/18/2015. AUSA Evan Norris, Sam Nitze, Darrin Laverne, Amanda Hector, Keith Edelman; Sean Casey and John Couriel for defendant Burzaco; Lee Vartan and Jenny Kramer for defendant Davidson. Defendant Davidson not present, Court previously granted request of defense counsel to waive defendant's appearance. Discussion held. Case previously designated as complex for |

| | | |
|---|---|---|
| | | discovery purposes, exclusion continues. Case adjourned to 11/18/15 at 10 AM. (Court Reporter: Charleane Heading.) (Chee, Alvin) (Entered: 09/18/2015) |
| 11/03/2015 | 71 | Letter *requesting adjournment of next scheduled status conference* as to Jeffrey Webb, Alejandro Burzaco, Aaron Davidson (Norris, Evan) (Entered: 11/03/2015) |
| 11/05/2015 | | ELECTRONIC ORDER as to Jeffrey Webb, Alejandro Burzaco, Aaron Davidson re 71 Letter Request of government counsel for adjournment of status conference currently scheduled for 11/18/15. Application Granted. Status Conference rescheduled to 12/16/2015 at 12:00 PM in Courtroom 10A South before the undersigned. So Ordered. Judge Raymond J. Dearie. Dated: 11/5/2015. (Mulqueen, Ellen) (Entered: 11/05/2015) |
| 11/16/2015 | 90 | Minute Entry for proceedings held before Magistrate Judge Robert M. Levy :Change of Plea Hearing as to Alejandro Burzaco held on 11/16/2015, Plea entered by Alejandro Burzaco (10) Guilty Count 1,39,40., ( Sentencing set for 6/24/2016 10:00 AM in Courtroom 10A South before Judge Raymond J. Dearie.) (Court Reporter Lisa Schmid.) (Attachments: # 1 Sealing Cover Sheet) (Marziliano, August) Modified on 12/4/2015 (Marziliano, August). (Entered: 11/24/2015) |
| 11/24/2015 | 89 | Consent to have Plea Taken before Magistrate Judge Robert M. Levy as to Alejandro Burzaco. Ordered by Magistrate Judge Robert M. Levy on 11/16/2015. (Marziliano, August) (Additional attachment(s) added on 11/24/2015: # 1 Sealing Cover Sheet) (Marziliano, August). (Entered: 11/24/2015) |
| 11/25/2015 | 91 | SEALED PRELIMINARY ORDER OF FORFEITURE as to Alejandro Burzaco. Ordered by Judge Raymond J. Dearie on 11/23/2015. (Attachments: # 1 Letter, # 2 Sealing Cover Sheet) (Gillespie, Saudia) (Entered: 11/25/2015) |
| 12/02/2015 | 110 | REDACTION by USA as to Alejandro Burzaco to 91 Sealed, Order for Forfeiture of Property (Marziliano, August) (Entered: 12/03/2015) |
| 12/16/2015 | 123 | NOTICE OF ATTORNEY APPEARANCE Tanya Hajjar appearing for USA. (Hajjar, Tanya) (Entered: 12/16/2015) |
| 01/04/2016 | 151 | NOTICE of Appearance for Paul Tuchmann on behalf of the USA. (Marziliano, August) (Entered: 01/04/2016) |
| 01/14/2016 | 172 | Letter *regarding Speedy Trial Act* as to Jeffrey Webb, Eduardo Li, Julio Rocha, Costas Takkas, Jack Warner, Eugenio Figueredo, Rafael Esquivel, Jose Maria Marin, Nicolas Leoz, Alejandro Burzaco, Aaron Davidson, Hugo Jinkis, Mariano Jinkis, Jose Margulies, Alfredo Hawit, Ariel Alvarado, Rafael Callejas, Brayan Jimenez, Rafael Salguero, Hector Trujillo, Reynaldo Vasquez, Juan Angel Napout, Manuel Burga, Carlos Chavez, Luis Chiriboga, Marco Polo Del Nero, Eduardo Deluca, Jose Luis Meiszner, Romer Osuna, Ricardo Teixeira (Mace, M. Kristin) (Entered: 01/14/2016) |
| 01/27/2016 | | ELECTRONIC ORDER as to Jeffrey Webb, Eduardo Li, Julio Rocha, Costas Takkas, Jack Warner, Eugenio Figueredo, Rafael Esquivel, Jose Maria Marin, Nicolas Leoz, Alejandro Burzaco, Aaron Davidson, Hugo Jinkis, Mariano Jinkis, Jose Margulies, Alfredo Hawit, Ariel Alvarado, Rafael Callejas, Brayan Jimenez, Rafael Salguero, Hector Trujillo, Reynaldo Vasquez, Juan Angel Napout, Manuel Burga, Carlos Chavez, Luis Chiriboga, Marco Polo Del Nero, Eduardo Deluca, Jose Luis Meiszner, Romer Osuna, Ricardo Teixeira re 172 Letter. TO ALL COUNSEL: We will revisit the issue of Speedy Trial at our March conference. Signed by Judge Raymond J. Dearie on 1/27/2016. (Mulqueen, Ellen) (Entered: 01/27/2016) |
| 02/17/2016 | 224 | NOTICE OF ATTORNEY APPEARANCE Nadia Shihata appearing for USA. (Shihata, Nadia) (Entered: 02/17/2016) |
| 02/22/2016 | | Case as to Jeffrey Webb, Eduardo Li, Julio Rocha, Costas Takkas, Jack Warner, Eugenio |

| | | |
|---|---|---|
| | | Figueredo, Rafael Esquivel, Jose Maria Marin, Nicolas Leoz, Alejandro Burzaco, Aaron Davidson, Hugo Jinkis, Mariano Jinkis, Jose Margulies, Alfredo Hawit, Ariel Alvarado, Rafael Callejas, Brayan Jimenez, Rafael Salguero, Hector Trujillo, Reynaldo Vasquez, Juan Angel Napout, Manuel Burga, Carlos Chavez, Luis Chiriboga, Marco Polo Del Nero, Eduardo Deluca, Jose Luis Meiszner, Romer Osuna, Ricardo Teixeira Referred to Magistrate Judge Magistrate Judge Robert M. Levy. (Marziliano, August) (Entered: 02/22/2016) |
| 03/14/2016 | 257 | NOTICE OF ATTORNEY APPEARANCE: David I. Goldstein appearing for Jeffrey Webb, Eduardo Li, Julio Rocha, Costas Takkas, Jack Warner, Eugenio Figueredo, Rafael Esquivel, Jose Maria Marin, Nicolas Leoz, Alejandro Burzaco, Aaron Davidson, Hugo Jinkis, Mariano Jinkis, Jose Margulies, Alfredo Hawit, Ariel Alvarado, Rafael Callejas, Brayan Jimenez, Rafael Salguero, Hector Trujillo, Reynaldo Vasquez, Juan Angel Napout, Manuel Burga, Carlos Chavez, Luis Chiriboga, Marco Polo Del Nero, Eduardo Deluca, Jose Luis Meiszner, Romer Osuna, Ricardo Teixeira *(Notice of Appearance on behalf of Defendant, Rafael Esquivel)* (Goldstein, David) (Entered: 03/14/2016) |
| 03/14/2016 | 258 | NOTICE OF ATTORNEY APPEARANCE: Melissa Nicole appearing for Jeffrey Webb, Eduardo Li, Julio Rocha, Costas Takkas, Jack Warner, Eugenio Figueredo, Rafael Esquivel, Jose Maria Marin, Nicolas Leoz, Alejandro Burzaco, Aaron Davidson, Hugo Jinkis, Mariano Jinkis, Jose Margulies, Alfredo Hawit, Ariel Alvarado, Rafael Callejas, Brayan Jimenez, Rafael Salguero, Hector Trujillo, Reynaldo Vasquez, Juan Angel Napout, Manuel Burga, Carlos Chavez, Luis Chiriboga, Marco Polo Del Nero, Eduardo Deluca, Jose Luis Meiszner, Romer Osuna, Ricardo Teixeira *(Notice of Appearance on behalf of Defendant, Rafael Esquivel)* (Nicole, Melissa) (Entered: 03/14/2016) |
| 03/16/2016 | 263 | ORDER: I hereby adopt the recommendation of U.S. Magistrate Judge Robert M. Levy and accept the Deft Alejandro Burzaco's plea of guilty to the Indictment. (See order for details) Ordered by Judge Raymond J. Dearie on 3/11/2016. (Rodriguez, Lori) (Entered: 03/16/2016) |
| 03/16/2016 | 264 | Letter *requesting exclusion of time* as to Jeffrey Webb, Eduardo Li, Julio Rocha, Costas Takkas, Jack Warner, Eugenio Figueredo, Rafael Esquivel, Jose Maria Marin, Nicolas Leoz, Alejandro Burzaco, Aaron Davidson, Hugo Jinkis, Mariano Jinkis, Jose Margulies, Alfredo Hawit, Ariel Alvarado, Rafael Callejas, Brayan Jimenez, Rafael Salguero, Hector Trujillo, Reynaldo Vasquez, Juan Angel Napout, Manuel Burga, Carlos Chavez, Luis Chiriboga, Marco Polo Del Nero, Eduardo Deluca, Jose Luis Meiszner, Romer Osuna, Ricardo Teixeira (Norris, Evan) (Entered: 03/16/2016) |
| 03/28/2016 | 281 | Letter *providing case update and responding to defendant Napout's motion dated March 25, 2016* as to Jeffrey Webb, Eduardo Li, Julio Rocha, Costas Takkas, Jack Warner, Eugenio Figueredo, Rafael Esquivel, Jose Maria Marin, Nicolas Leoz, Alejandro Burzaco, Aaron Davidson, Hugo Jinkis, Mariano Jinkis, Jose Margulies, Alfredo Hawit, Ariel Alvarado, Rafael Callejas, Brayan Jimenez, Rafael Salguero, Hector Trujillo, Reynaldo Vasquez, Juan Angel Napout, Manuel Burga, Carlos Chavez, Luis Chiriboga, Marco Polo Del Nero, Eduardo Deluca, Jose Luis Meiszner, Romer Osuna, Ricardo Teixeira (Hajjar, Tanya) (Entered: 03/28/2016) |
| 03/29/2016 | 284 | Letter dated 3/24/2016 from Katherine Kriegman Graham, Newsroom Counsel for Bloomberg L.P. To Judge Dearie regarding the plea agreement hearing transcript as to Jeffrey Webb, the change of plea hearing transcripts as to Alejandro Burzaco, and Jose Margulies. (Gillespie, Saudia) (Entered: 03/29/2016) |
| 03/29/2016 | 285 | ORDER: Opposition or comments to be filed by close of business on 4/1/2016. As to Jeffrey Webb, Alejandro Burzaco, and Jose Margulies re 284 Letter. So Ordered by Judge Raymond J. Dearie on 3/29/2016. (Gillespie, Saudia) (Entered: 03/29/2016) |

| | | |
|---|---|---|
| 03/31/2016 | 289 | Letter *requesting extension of time to file response to unsealing motion* as to Jeffrey Webb, Alejandro Burzaco, Jose Margulies (Nitze, Samuel) (Entered: 03/31/2016) |
| 04/01/2016 | | ELECTRONIC ORDER as to Jeffrey Webb, Alejandro Burzaco, Jose Margulies 289 Letter dated 3/31/16, re: joint request of counsel for an extension of time until 4/4/16 to respond to request of Bloomberg News to unseal certain documents. Request Approved. So Ordered by Judge Raymond J. Dearie on 4/1/2016. (Mulqueen, Ellen) (Entered: 04/01/2016) |
| 04/04/2016 | 293 | Letter *responding to Bloomberg News request to unseal certain documents* as to Jeffrey Webb, Eduardo Li, Julio Rocha, Costas Takkas, Jack Warner, Eugenio Figueredo, Rafael Esquivel, Jose Maria Marin, Nicolas Leoz, Alejandro Burzaco, Aaron Davidson, Hugo Jinkis, Mariano Jinkis, Jose Margulies, Alfredo Hawit, Ariel Alvarado, Rafael Callejas, Brayan Jimenez, Rafael Salguero, Hector Trujillo, Reynaldo Vasquez, Juan Angel Napout, Manuel Burga, Carlos Chavez, Luis Chiriboga, Marco Polo Del Nero, Eduardo Deluca, Jose Luis Meiszner, Romer Osuna, Ricardo Teixeira (Nitze, Samuel) (Entered: 04/04/2016) |
| 04/11/2016 | 304 | Letter *providing case update* as to Jeffrey Webb, Eduardo Li, Julio Rocha, Costas Takkas, Jack Warner, Eugenio Figueredo, Rafael Esquivel, Jose Maria Marin, Nicolas Leoz, Alejandro Burzaco, Aaron Davidson, Hugo Jinkis, Mariano Jinkis, Jose Margulies, Alfredo Hawit, Ariel Alvarado, Rafael Callejas, Brayan Jimenez, Rafael Salguero, Hector Trujillo, Reynaldo Vasquez, Juan Angel Napout, Manuel Burga, Carlos Chavez, Luis Chiriboga, Marco Polo Del Nero, Eduardo Deluca, Jose Luis Meiszner, Romer Osuna, Ricardo Teixeira (Nitze, Samuel) (Entered: 04/11/2016) |
| 04/15/2016 | 311 | ORDER: The government has submitted proposed redacted transcripts for filing in response to the application of Bloomberg News. The Court approves the proposed redactions and directs that the redacted transcripts be filed by 5:00 P.M., April 18, 2016. The Court has also considered Bloomberg's request that the relevant plea agreements be publicly filed. For the time being, and subject to continuing review and consideration, the request is denied. Mindful of the guidance in United States v. Alcantara, 396 F.3d 189 (2d Cir. 2005), and United States v. Doe, 63 F.3d 121 (2d Cir. 1995), the Court readily concludes thatnon-disclosure is justified at this time. The Court defers further elaboration at this time. The government is again reminded of its obligation to inform the Court of any change in circumstances that might arguably impact the Court's position on this important issue. Ordered by Judge Raymond J. Dearie on 4/15/2016. (Rodriguez, Lori) (Entered: 04/18/2016) |
| 04/18/2016 | 312 | Letter *providing redacted plea transcripts* as to Jeffrey Webb, Alejandro Burzaco, Jose Margulies (Attachments: # 1 Exhibit A (Webb), # 2 Exhibit B (Burzaco), # 3 Exhibit C (Margulies)) (Nitze, Samuel) (Entered: 04/18/2016) |
| 04/27/2016 | 323 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Jeffrey Webb, Eduardo Li, Julio Rocha, Costas Takkas, Jack Warner, Eugenio Figueredo, Rafael Esquivel, Jose Maria Marin, Nicolas Leoz, Alejandro Burzaco, Aaron Davidson, Hugo Jinkis, Mariano Jinkis, Jose Margulies, Alfredo Hawit, Ariel Alvarado, Rafael Callejas, Brayan Jimenez, Rafael Salguero, Hector Trujillo, Reynaldo Vasquez, Juan Angel Napout, Manuel Burga, Carlos Chavez, Luis Chiriboga, Marco Polo Del Nero, Eduardo Deluca, Jose Luis Meiszner, Romer Osuna, Ricardo Teixeira held on March 29, 2016, before Judge Dearie. Court Reporter/Transcriber H. Driscoll, Telephone number 718-613-2274. Email address: hdrisc@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 5/18/2016. Redacted Transcript |

| | | |
|---|---|---|
| | | Deadline set for 5/30/2016. Release of Transcript Restriction set for 7/26/2016. (Driscoll, Holly) (Entered: 04/27/2016) |
| 06/09/2016 | 355 | Letter MOTION to Continue Sentencing by Alejandro Burzaco. (Casey, Sean) (Entered: 06/09/2016) |
| 06/10/2016 | | ELECTRONIC ORDER granting 355 Motion to Continue Sentencing as to Alejandro Burzaco (10). Counsel are advised that Sentence currently scheduled for 6/24/16, at the request of defense counsel and with no objection from government counsel, is rescheduled to 12/2/2016 at 10:00 AM in Courtroom 10A South before the undersigned. So Ordered by Judge Raymond J. Dearie on 6/10/2016. (Mulqueen, Ellen) (Entered: 06/10/2016) |
| 07/01/2016 | 366 | Letter *providing case update* as to Jeffrey Webb, Eduardo Li, Julio Rocha, Costas Takkas, Jack Warner, Eugenio Figueredo, Rafael Esquivel, Jose Maria Marin, Nicolas Leoz, Alejandro Burzaco, Aaron Davidson, Hugo Jinkis, Mariano Jinkis, Jose Margulies, Alfredo Hawit, Ariel Alvarado, Rafael Callejas, Brayan Jimenez, Rafael Salguero, Hector Trujillo, Reynaldo Vasquez, Juan Angel Napout, Manuel Burga, Carlos Chavez, Luis Chiriboga, Marco Polo Del Nero, Eduardo Deluca, Jose Luis Meiszner, Romer Osuna, Ricardo Teixeira (Nitze, Samuel) (Entered: 07/01/2016) |
| 07/21/2016 | 372 | Letter *providing case update* as to Jeffrey Webb, Eduardo Li, Julio Rocha, Costas Takkas, Jack Warner, Eugenio Figueredo, Rafael Esquivel, Jose Maria Marin, Nicolas Leoz, Alejandro Burzaco, Aaron Davidson, Hugo Jinkis, Mariano Jinkis, Jose Margulies, Alfredo Hawit, Ariel Alvarado, Rafael Callejas, Brayan Jimenez, Rafael Salguero, Hector Trujillo, Reynaldo Vasquez, Juan Angel Napout, Manuel Burga, Carlos Chavez, Luis Chiriboga, Marco Polo Del Nero, Eduardo Deluca, Jose Luis Meiszner, Romer Osuna, Ricardo Teixeira (Norris, Evan) (Entered: 07/21/2016) |
| 08/02/2016 | 394 | Letter *providing case update* as to Jeffrey Webb, Eduardo Li, Julio Rocha, Costas Takkas, Jack Warner, Eugenio Figueredo, Rafael Esquivel, Jose Maria Marin, Nicolas Leoz, Alejandro Burzaco, Aaron Davidson, Hugo Jinkis, Mariano Jinkis, Jose Margulies, Alfredo Hawit, Ariel Alvarado, Rafael Callejas, Brayan Jimenez, Rafael Salguero, Hector Trujillo, Reynaldo Vasquez, Juan Angel Napout, Manuel Burga, Carlos Chavez, Luis Chiriboga, Marco Polo Del Nero, Eduardo Deluca, Jose Luis Meiszner, Romer Osuna, Ricardo Teixeira (Nitze, Samuel) (Entered: 08/02/2016) |
| 08/24/2016 | 417 | Letter *in response to the Court's Aug. 23, 2016 Order* as to Jeffrey Webb, Eduardo Li, Julio Rocha, Costas Takkas, Jack Warner, Eugenio Figueredo, Rafael Esquivel, Jose Maria Marin, Nicolas Leoz, Alejandro Burzaco, Aaron Davidson, Hugo Jinkis, Mariano Jinkis, Jose Margulies, Alfredo Hawit, Ariel Alvarado, Rafael Callejas, Brayan Jimenez, Rafael Salguero, Hector Trujillo, Reynaldo Vasquez, Juan Angel Napout, Manuel Burga, Carlos Chavez, Luis Chiriboga, Marco Polo Del Nero, Eduardo Deluca, Jose Luis Meiszner, Romer Osuna, Ricardo Teixeira (Edelman, Keith) (Entered: 08/24/2016) |
| 08/25/2016 | | ORDER REASSIGNING CASE as to Jeffrey Webb, Eduardo Li, Julio Rocha, Costas Takkas, Jack Warner, Eugenio Figueredo, Rafael Esquivel, Jose Maria Marin, Nicolas Leoz, Alejandro Burzaco, Aaron Davidson, Hugo Jinkis, Mariano Jinkis, Jose Margulies, Alfredo Hawit, Ariel Alvarado, Rafael Callejas, Brayan Jimenez, Rafael Salguero, Hector Trujillo, Reynaldo Vasquez, Juan Angel Napout, Manuel Burga, Carlos Chavez, Luis Chiriboga, Marco Polo Del Nero, Eduardo Deluca, Jose Luis Meiszner, Romer Osuna, Ricardo Teixeira. Reassigned to Judge Pamela K. Chen by random selection. Judge Raymond J. Dearie no longer assigned to the case. Please download and review the Individual Practices of the assigned Judge, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such -Signed by Chief Judge Dora Lizette Irizarry on 8/25/2016. (DCP) (Entered: 08/26/2016) |

| | | |
|---|---|---|
| 08/29/2016 | | SCHEDULING ORDER as to Jeffrey Webb, Eduardo Li, Julio Rocha, Costas Takkas, Jack Warner, Eugenio Figueredo, Rafael Esquivel, Jose Maria Marin, Nicolas Leoz, Alejandro Burzaco, Aaron Davidson, Hugo Jinkis, Mariano Jinkis, Jose Margulies, Alfredo Hawit, Ariel Alvarado, Rafael Callejas, Brayan Jimenez, Rafael Salguero, Hector Trujillo, Reynaldo Vasquez, Juan Angel Napout, Manuel Burga, Carlos Chavez, Luis Chiriboga, Marco Polo Del Nero, Eduardo Deluca, Jose Luis Meiszner, Romer Osuna, Ricardo Teixeira: A status conference will be held on 9/19/2016 at 12:00 noon, in Courtroom 4F North. Ordered by Judge Pamela K. Chen on 8/29/2016. (Abdallah, Fida) (Entered: 08/29/2016) |
| 10/26/2016 | 458 | NOTICE OF ATTORNEY APPEARANCE Girish Karthik Srinivasan appearing for USA. *Appearing as a member of the Government's Privilege Review Team only.* (Srinivasan, Girish) (Entered: 10/26/2016) |
| 11/15/2016 | 477 | ORDER granting 467 Motion for Leave to Appear The attorney shall register for ECF, registration is available online at the NYEDs homepage. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. (22). Ordered by Magistrate Judge Robert M. Levy on 11/14/2016. (Marziliano, August) (Entered: 11/15/2016) |
| 11/23/2016 | 494 | Letter MOTION to Continue Sentencing by Alejandro Burzaco. (Casey, Sean) (Entered: 11/23/2016) |
| 11/28/2016 | | ORDER granting 494 Motion to Continue Sentencing as to Alejandro Burzaco (10): Sentencing is adjourned to 5/25/2017 at 10:00 a.m. Ordered by Judge Pamela K. Chen on 11/28/2016. (Abdallah, Fida) (Entered: 11/28/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/10/2017 19:26:01 | | | |
| **PACER Login:** | cp0002RT:4101499:4375306 | **Client Code:** | Chad 814 |
| **Description:** | Docket Report | **Search Criteria:** | 1:15-cr-00252-PKC-RML |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |