UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

GOLTV, INC. and GLOBAL SPORTS PARTNERS LLP,

CIVIL ACTION NO.: 1:16-cv-24431-CMA

**Plaintiff**

VS

FOX SPORTS LATIN AMERICA LTD., ET AL,

**Defendant**

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

I am not a party herein, am over 18 years of age, and reside in Rye Brook, New York.

On January 23, 2017, at 3:14 PM, I entered the reception area at the offices of Kobre & Kim LLP at 800 Third Avenue, 6th Floor, New York, NY 10022 for the purpose of serving process on Sean Patrick Casey, Esq., and Lindsey Weiss Harris, Esq., attorneys at Kobre & Kim LLP.

I told a woman at the front desk, whom I understand to be a receptionist, that I was present to see Mr. Casey and Ms. Harris for the purpose of serving legal process. The receptionist telephoned an individual and handed me the phone, and I spoke with a man who identified himself to me as Mr. Casey.

I told Mr. Casey that I was present to serve process on Alejandro Burzaco in the matter captioned above (the "Civil Action") and listed to him the papers I was attempting to serve: a Summons to Mr. Burzaco in the Civil Action; the Complaint, including exhibit thereto, and Civil Cover Sheet in the Civil Action; an Order of the Court in the Civil Action dated January 19, 2017; and a cover letter from Thomas J. McCormack, Esq., dated January 23, 2017.

Mr. Casey stated that his firm did not represent Mr. Burzaco in the Civil Action and that neither he nor anyone else at Kobre & Kim LLP would accept the papers I was attempting to serve.

I then delivered the aforementioned papers addressed to Mr. Casey and Ms. Harris to the receptionist for Kobre & Kim LLP, "Jane Doe," who declined to provide me with her first or last name.

Description of Person Served:
Gender: Female
Skin: Black
Hair: Brown
Age: 22 - 35 Yrs.
Height: 5' 4" - 5' 8"
Weight: 131-160 Lbs.
Other:

Sworn to before me this
31st day of January, 2017

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2019

Nicholas DiCanio
License No. 1422308

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160