```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                    CASE NO. 1:16-cv-24431-CMA


   GOLTV, INC., et al.,              Miami, Florida

         Plaintiffs,                 January 20, 2017

      vs.                            8:57 a.m. to 9:08 a.m.

   FOX SPORTS LATIN AMERICA          Courtroom 12-2
   LTD., et al.,
                                     (Pages 1 to 14)
         Defendants.


                        STATUS CONFERENCE
              BEFORE THE HONORABLE CECILIA M. ALTONAGA,
                    UNITED STATES DISTRICT JUDGE

   APPEARANCES:

   FOR THE PLAINTIFFS:     THOMAS MCCORMACK, ESQ.
                           Chadbourne & Parke, LLP
                           1301 Avenue of the Americas
                           New York, New York  10019-6022
                           (212) 408-5182
                           tmccormack@chadbourne.com

                           PETER H. LEVITT, ESQ.
                           Shutts & Bowen, LLP
                           200 South Biscayne Boulevard
                           Suite 4100
                           Miami, Florida  33131-2362
                           (305) 415-9447
                           plevitt@shutts.com

   FOR THE DEFENDANTS:     JAY SHAPIRO, ESQ.
                           MORGAN MCDONOUGH, ESQ.
                           Stearns Weaver Miller Weissler Alhadeff
                           & Sitterson, P.A.
                           150 West Flagler Street
                           Suite 2200
                           Miami, Florida 33130-1545
                           (305) 789-3200
                           jshapiro@stearnsweaver.com
                           mmcdonough@stearnsweaver.com
```

```
 1    APPEARANCES CONTINUED:

 2     FOR THE DEFENDANTS:      BENEDICT P. KUEHNE, ESQ.
                                Law Offices of Benedict P. Kuehne, P.A.
 3                              100 Southeast Second Street
                                Suite 3550
 4                              Miami, Florida  33131
                                (786) 369-0213
 5                              ben.kuehne@kuehnelaw.com

 6                              TOBIN ROMERO, ESQ.     (via telephone)
                                Williams & Connolly, LLP
 7                              725 Twelfth Street Northwest
                                Washington, D.C., 20005
 8                              (202) 434-5140
                                tromero@wc.com
 9
                                ANDREW DURKOVIC, ESQ.  (via telephone)
10                              MICHAEL DOHERTY, ESQ.  (via telephone)
                                Amsterdam & Partners, LLP
11                              The Homer Building
                                601 Thirteenth Street Northwest
12                              Eleventh Floor South
                                Washington, D.C., 20005
13                              (202) 534-1804

14                              SAMUEL JOSEPHS, ESQ.   (via telephone)
                                Spertus Landes & Umhofer
15                              1990 South Bundy Drive, Suite 705
                                Los Angeles, California  90025
16                              (310) 826-4700
                                sam@spertuslaw.com
17
                                STEPHEN GRAFMAN, ESQ.  (via telephone)
18                              Sharp & Associates, PLLC
                                1215 Nineteenth Street Northwest
19                              Washington, D.C., 20036-2401
                                (202) 467-4114
20
                                DAVID LEVINE, ESQ.
21                              Carey Rodriguez Greenberg O'Keefe, LLP
                                1395 Brickell Avenue, Suite 700
22                              Miami, FL 33131
                                (305) 372-7474
23                              (305) 372-7475
                                dlevine@careyrodriguez.com
24

25
```

```
 1    APPEARANCES CONTINUED:

 2
                            RICK CRITCHLOW, ESQ.
 3                          1441 Brickell Avenue, Suite 1100
                            Miami, FL   33131
 4                          (305) 373-1000

 5
      REPORTED BY:          STEPHANIE A. McCARN, RPR
 6                          Official Court Reporter
                            400 North Miami Avenue
 7                          Twelfth Floor
                            Miami, Florida 33128
 8                          (305) 523-5518
                            Stephanie_McCarn@flsd.uscourts.gov
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                              I N D E X

 2                              WITNESSES

 3
        WITNESSES FOR THE PLAINTIFFS:                          Page
 4                                                              --

 5

 6
        WITNESSES FOR THE DEFENDANTS:                          Page
 7                                                              --

 8

 9      EXHIBITS IN EVIDENCE              PRE     MARKED     ADMITTED

10      Plaintiffs' Exhibit No.           --        --          --

11      Defendants' Exhibit No.           --        --          --

12

13

14

15

16

17
                               MISCELLANEOUS
18
                                                              Page
19      Proceedings.........................................    5
        Court Reporter's Certificate......................     14
20

21

22

23

24

25
```

```
 1         (The following proceedings were held at 8:57 a.m.)
 2         THE COURT:  GolTV and Global Sports Partners and Fox
 3   Sports Latin America and the remaining defendants.
 4         For plaintiffs, Counsel, please state your
 5   appearances.
 6         MR. MCCORMACK:  Yes, Your Honor, Tom McCormack,
 7   Chadbourne & Parke, on behalf of the Plaintiffs, GolTV and
 8   Global Sports Partners, LLP.
 9         MR. LEVITT:  Good morning, Your Honor, Peter Levitt,
10   Shutts & Bowen, as cocounsel for GolTV and Global Sports
11   Partners, plaintiffs.
12         THE COURT:  Thank you.  For Defendants.
13         MR. SHAPIRO:  Good morning, Your Honor, Jay Shapiro
14   and Morgan McDonough from the Stearns Weaver firm on behalf of
15   the Fox Defendants.
16         MR. KUEHNE:  Good morning, Judge Altonaga.
17   Ben Kuehne, counsel for James Ganley.
18         MR. CRITCHLOW:  Good morning, Your Honor,
19   Rich Critchlow on behalf of Full Play Group.
20         MR. LEVINE:  Good morning, Your Honor, David Levine on
21   behalf of the Defendant CONMEBOL.
22         THE COURT:  We have some parties on the phone, if you
23   would state your names, please.
24         MR. ROMERO:  Hi, this is Toby Romero from Williams &
25   Connolly for the Fox entity Defendants.
```

```
 1              MR. JOSEPHS:  Good morning, Your Honor, this is
 2   Sam Josephs from Spertus Landes & Umhofer, for Hernan Lopez.
 3              THE COURT:  Okay.  I'm sorry, I heard -- is it
 4   Sam Josephs?
 5              MR. JOSEPHS:  Yes, it is, Your Honor.
 6              THE COURT:  Okay.  And could you continue, please, I
 7   didn't hear the rest.
 8              MR. JOSEPHS:  For Hernan Lopez.
 9              THE COURT:  All right.  Thank you.
10              MR. DURKOVIC:  Good morning, Your Honor, this is
11   Andrew Durkovic, Amsterdam & Partners, for CONMEBOL.
12              THE COURT:  Any others on the phone?
13              MR. GRAFMAN:  I don't know if my name was in there,
14   Steve Grafman, Sharp & Associates, for Carlos Martinez.
15              THE COURT:  Okay.  Your name is not, and all I heard
16   was Steve.  What is your last name, please?
17              MR. GRAFMAN:  Grafman, G, as in George, R-A-F, as in
18   Frank, M-A-N.
19              THE COURT:  And who do you represent, Mr. Grafman?
20              MR. GRAFMAN:  Carlos Martinez, along with Ray Abedin.
21              THE COURT:  Along with who?
22              MR. GRAFMAN:  Ray Abedin.  We are going to be pro hac
23   counsel, and Mr. Abedin has just entered an appearance for Mr.
24   Martinez.
25              THE COURT:  Abedin, A-B-A-D-I-N?
```

1          MR. GRAFMAN: A-B-E-D-I-N.
2          THE COURT: Any other attorneys on the phone?
3          MR. DOHERTY: Good morning, Your Honor, my name is
4  Mike Doherty, and I am with Amsterdam & Partners. And along
5  with Andy Durkovic, we represent CONMEBOL.
6          THE COURT: Mr. Doherty, please spell your last name.
7          MR. DOHERTY: Sure, it's D-O-H-E-R-T-Y.
8          THE COURT: Thank you.
9          Anyone else on the phone?
10         If there's anyone on the phone, on a speakerphone, I
11 would ask that you please take off the feature for speakerphone
12 so we can hear you better.
13         And before anyone who's on the phone speaks, please
14 restate your names since we can't see you, so we can properly
15 identify the speaker.
16         I thank everyone for appearing at the status
17 conference. I've received the report filed by the Plaintiffs
18 regarding the status of service on the remaining, I believe it
19 is five or six Defendants?
20         MR. MCCORMACK: Yes, that's correct, Your Honor, five
21 Defendants.
22         THE COURT: All right. Okay. I granted your motion
23 yesterday giving you an additional 30 days to serve one
24 Defendant. That does not resolve the issue of all of the
25 Defendants whom you are seeking to serve under The Hague

```
 1   Convention.  And I know your -- your second status report
 2   indicates that those Argentine Defendants will likely be served
 3   within the 40 -- next 45 days or so.
 4           MR. MCCORMACK:  Yes, Your Honor, that's our
 5   understanding.
 6           THE COURT:  But I don't know what "or so" means.
 7   Because under The Hague Convention, "or so" can be as long as a
 8   year.
 9           MR. MCCORMACK:  Yes.  I guess the key development,
10   it's out of the central authority in Argentina, it's now in the
11   hands of the judicial officer in Argentina.  We were hoping to
12   get that done before the holidays in Argentina.  We didn't.  So
13   I think the holidays end the first week of February.  My
14   understanding is it will be a fairly routine matter once that
15   ends, as I have been advised by Argentine counsel.
16           But I -- I think our estimate was 45 days and,
17   hopefully, much sooner.  We've tried to be as diligent as we
18   can.  We've pressed everything that we can to get this done.
19   We will continue to do that and hopefully we will succeed in
20   getting them served sooner than 45 days, but that was the
21   estimate that we felt was appropriate in light of what we were
22   told by Argentine counsel.
23           I think the holidays continue for another, until --
24   like maybe February 12th or something, so we're going to lose
25   some time to that anyway.
```

```
 1            THE COURT:  So March 6th?
 2            MR. MCCORMACK:  I'm -- I'm -- now I'm going to
 3   press your -- I'm going to be out of the country between
 4   March 1 and March 7 and won't be able to be here.  If -- if
 5   Your Honor would like to proceed in my absence, March 6th is
 6   fine with me, but I won't be here on March 6th.
 7            THE COURT:  Oh, no, no.  I'm sorry.  My question
 8   regarding March 6 is all defendants would need to be served by
 9   March 6th, correct?
10            MR. MCCORMACK:  Well, I'm --
11            THE COURT:  Under your 45 days, if I take out the "or
12   so" qualifier.
13            MR. MCCORMACK:  If you take out the "or so" qualifier,
14   yes, that would be right, March 6th.
15            THE COURT:  Right.  March 6.
16            Okay.  So March 6 is your deadline to serve all
17   Defendants in this case.
18            MR. MCCORMACK:  Okay, Your Honor.
19            THE COURT:  If you haven't served them, then I will
20   administratively close the case and let you tell us all, the
21   Defendants and the Court, when you're ready to proceed against
22   all parties.
23            MR. MCCORMACK:  All right.  And if you
24   administratively close it on March 6th, would I still be able
25   to try to serve the Defendants --
```

```
 1              THE COURT:  Of course.
 2              MR. MCCORMACK:  Okay.  And then seek --
 3              THE COURT:  I have no control over what happens in
 4    Argentina.
 5              MR. MCCORMACK:  Yes, that's what I was about to say
 6    myself.  But thank you.
 7              So I think what you're saying is get them served by
 8    March 6th, and we can get going; if not, you're going to put it
 9    on the calendar till I get them served -- off the calendar till
10    I get them served.
11              THE COURT:  Correct.
12              MR. MCCORMACK:  That's perfect.  Thank you,
13    Your Honor.
14              THE COURT:  Now you --
15              MR. MCCORMACK:  Seems fair to me.
16              THE COURT:  You also mentioned an amended complaint.
17    When are you going to file your amended complaint?
18              MR. MCCORMACK:  Having looked at the subject matter
19    and case law that is relevant to it, we think that it would be
20    wise to do the amended complaint after we finish service.
21              THE COURT:  Why?
22              MR. MCCORMACK:  It's a minority view, but there are
23    cases that suggest that if you serve an amended complaint
24    before completing service of the original complaint, you have
25    to re-serve it.  And I don't want to do that if I can avoid it.
```

1  The 11th Circuit hasn't ruled on that, but other circuits have.
2          And so I thought -- and I had originally intended to
3  file an amended complaint, I heard you very clearly at our last
4  conference, but then I had my troops look and saw that there
5  was a complication to potential service that would possibly
6  require -- doesn't make any sense, by the way, but would
7  possibly require us to start service again if we filed an
8  amended complaint, start service again on any party that hadn't
9  been served by the time we filed the amended complaint.
10         It's a minority view, and some courts have said that
11  it makes zero sense at all, but some courts have said that
12  that's the way to do it.  11th Circuit hasn't ruled, as far as
13  I can tell, but I didn't want to take that risk if I could
14  avoid it.
15         THE COURT:  All right.  So your deadline to file the
16  amended complaint is March 6th as well.  By then, you will have
17  served all parties or not.
18         MR. MCCORMACK:  And if not, then I will report that I
19  haven't.  It'll -- I understand what you will do is put it on
20  the suspense calendar and then --
21         THE COURT:  Exactly.  And then you don't need to file
22  your amended complaint; you'll file it when you know you've
23  served everyone, and you're comfortable filing the amended
24  complaint.
25         MR. MCCORMACK:  That's great.  Fair to me, Your Honor.

 1              THE COURT:  I suspect if it comes to pass that we're
 2  closing out the case on that date for lack of service on all
 3  parties, that then when you let us know to reopen it, you'll
 4  let us know with an amended complaint in hand.
 5              MR. MCCORMACK:  That's exactly what I will do,
 6  Your Honor.  Thank you very much.
 7              THE COURT:  Okay.  Excellent.
 8              Is there proof of service on Hernan Lopez?
 9              MR. MCCORMACK:  Mr. Lopez, counsel for Fox originally
10  representing all of the original Fox-related Defendants, agreed
11  to accept service on behalf of Mr. Lopez and Mr. Martinez, but
12  told me at that time that they would be represented by
13  different counsel.  So they've accepted service, Your Honor.
14              THE COURT:  And how about for Defendant Figueredo?
15              MR. MCCORMACK:  Figueredo was served recently in
16  Uruguay in the last month, since we were here last.  We have
17  not yet heard from him, but he was served along with Full Play
18  in -- in Uruguay.  Full Play has appeared.  We expect we will
19  be hearing from Mr. Figueredo soon.
20              We will be filing the proof of service with the Court
21  with regard to both those Defendants shortly.
22              THE COURT:  All right.  Very good.
23              MR. ROMERO:  Your Honor, this is Toby Romero for the
24  Fox entity Defendants.  I agree with what Mr. McCormack said
25  about service on Mr. Lopez, just so there's one clarification.

```
 1   We did not represent him, but we did accept -- we did say that
 2   we could accept service and that he authorized us to do so.
 3           THE COURT:  Excellent.  Thank you.
 4           MR. MCCORMACK:  Sorry, Toby, for getting that wrong.
 5   Appreciate it.
 6           THE COURT:  All right.  Any -- any other concerns or
 7   questions or information that any Defense counsel would like to
 8   provide?
 9           MR. KUEHNE:  Your Honor, Ben Kuehne.  Just a
10   confirmation from the Court that no Defendants are required to
11   file any pleadings until we have the March 6th or thereabouts
12   status update.
13           THE COURT:  Correct.
14           MR. KUEHNE:  Thank you, Judge.
15           THE COURT:  All right.  I'm not setting it for a
16   status conference on March 6th.  We'll know whether I'm going
17   to be entering an order closing out the case on that date, or
18   whether if -- if I see that there's service on all Defendants,
19   then we'll set it for perhaps a scheduling conference, and we
20   can address a briefing schedule on the anticipated global
21   motion to dismiss.  All right.
22           Anything from counsel who are appearing by phone?
23           ALL PARTIES:  No, Your Honor.
24           THE COURT:  Very good.  I thank everyone for
25   appearing.  You all have a good day.
```

1          ALL PARTIES:  Thank you.

2      (The proceedings adjourned at 9:08 a.m.)

3

4

                    **C E R T I F I C A T E**

5

6    I hereby certify that the foregoing is an

7 accurate transcription of the proceedings in the

8 above-entitled matter.

9

10
   _02/09/17_
11     DATE              STEPHANIE A. McCARN, RPR
                         Official United States Court Reporter
12                       400 North Miami Avenue, Twelfth Floor
                         Miami, Florida 33128
13                       (305) 523-5518