UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-24431-CIV-ALTONAGA/O'Sullivan

**GOLTV, INC.**, *et al.*,

    Plaintiffs,

v.

**FOX SPORTS LATIN AMERICA, LTD.**, *et al.*,

    Defendants.
_____/

## THE UNITED STATES' NOTICE OF APPEARANCE OF COUNSEL

    Undersigned counsel hereby files this Notice of Appearance as counsel of record for the United States of America as proposed intervenor in this cause.

    Respectfully submitted,
    BENJAMIN G. GREENBERG
    ACTING UNITED STATES ATTORNEY

By:   /s/ Samuel P. Nitze
    Samuel P. Nitze
    Special Assistant United States Attorney
    Special Florida Bar ID No. A5502327
    271 Cadman Plaza East
    Brooklyn, New York 11201
    Tel: (718) 254-6465
    Fax: (718) 254-6320
    samuel.nitze@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF on the 12th day of April, 2017.

    /s/ Samuel P. Nitze
Samuel P. Nitze
Special Assistant United States Attorney