UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-24431-CIV-ALTONAGA/O'Sullivan

**GOLTV, INC.**, *et al.*,

    Plaintiffs,

v.

**FOX SPORTS LATIN AMERICA, LTD.**, *et al.*,

    Defendants.

_____/

### **[PROPOSED] ORDER**

**THIS CAUSE** came before the Court upon the United States' Motion for Permission to File Anticipated Motion to Intervene and Stay Civil Proceedings on Partially Sealed and *Ex Parte* Basis (the "Instant Motion"). Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The United States has provided compelling bases in the Instant Motion and the proposed unredacted version of its Motion to Intervene and Stay Civil Proceedings, filed <u>ex parte</u> on CM/ECF on April 14, 2017, to overcome the public's right of access to certain facts in support of its anticipated Motion to Intervene and Stay Civil Proceedings.

2. The proposed redactions set forth in the United States' Motion to Intervene and Stay Civil Proceedings are narrowly tailored to serve those compelling interests, which include the need to protect the integrity of an ongoing grand jury investigation of serious criminal activity, the privacy and reputational interests of subjects and targets of that investigation, and the safety of witnesses.

3. No reasonable alternatives to redaction exist.

4. Accordingly, the United States shall file publicly on CM/ECF the redacted version of its Motion to Intervene and Stay Civil Proceedings within one day of the date of this Order, and the unredacted version of said motion, filed <u>ex</u> <u>parte</u> on CM/ECF on April 14, 2017, will be considered by the Court in addressing the merits of said motion.

5. The unredacted version of the United States' Motion to Intervene and Stay Civil Proceedings is hereby ordered sealed until further order of the Court and shall not be accessible to the public or parties unless and until the Court changes its determination regarding sealing.

**DONE AND ORDERED** in Miami, Florida this ___ day of April, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record