UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-24431-CIV-ALTONAGA/O'Sullivan

**GOLTV, INC.**, *et al.*,

      Plaintiffs,
v.

**FOX SPORTS
LATIN AMERICA LTD.**, *et al.*,

      Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on the United States of America's Motion for Permission to File Anticipated Motion to Intervene and Stay Civil Proceedings on Partially Sealed and *Ex Parte* Basis [ECF No. 125]. The Government seeks to stay the case due to the pending criminal case, *United States v. Hawit*, 15-CR-252(S-1)PKC, in the Eastern District of New York, and a related ongoing grand jury investigation. The same matters at issue in *Hawit* are implicated in this civil case. As such, the Government requests to file its motion to intervene under seal because of its compelling interest in protecting the integrity of the grand jury investigation, the privacy and reputation of the subjects and targets of the grand jury investigation, and the safety of witnesses. (*See* Mot. 3).

While sympathetic to these interests, the Court notes several Defendants object to the Motion (*see id.* 4 n.2), and it does not consider *ex parte* review of the motion necessary at this juncture. For these reasons, and given the public interest in open access to court documents, *see Romero v. Drummond Co.*, 480 F.3d 1234, 1248 (11th Cir. 2007), it is

CASE NO. 16-24431-CIV-ALTONAGA/O'Sullivan

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 125]** is **DENIED**. The United States is allowed until **April 27, 2017** to file a redacted motion to intervene and stay, deleting those matters it does not want to make public.

**DONE AND ORDERED** in Miami, Florida this 17th day of April, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record