# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:16-CV-24431-ALTONAGA/Goodman**

GOLTV, INC., et al.,

               Plaintiffs,

           -against-

FOX SPORTS LATIN AMERICA LTD., et al.,

               Defendants.

**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART THE UNITED STATES GOVERNMENT'S**
**MOTION TO INTERVENE AND TO STAY CIVIL PROCEEDINGS**

**THIS CAUSE** came before the Court on the United States Government's Motion to Intervene and to Stay Civil Proceedings [ECF No. 134], filed April 24, 2017.

Being fully advised, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1.     The Government's Motion to Intervene is **GRANTED**.

2.     The Government's Motion to Stay Civil Proceedings is **DENIED**.

3.     This action shall be stayed until fourteen days after the conclusion of the trial in *United States v. Hawit, et. al.*, 15 CR 252 (S-1) (PKC) (the "Criminal Case"), scheduled to begin on November 6, 2017, subject to the exceptions listed below.

        a.     The Government shall file status reports every 60 days apprising this Court and the parties of the status of the Criminal Case, including the anticipated dates and duration of the trial and whether the related grand

CASE NO. 16-24431-CIV-ALTONAGA/GOODMAN

jury investigation remains ongoing, and promptly notify the Court of the conclusion of the trial in the Criminal Case.

b.    Any Defendants who wish to challenge sufficiency of service of process shall file a single, consolidated motion on June 2, 2017, in the format instructed by the Court in its Orders of March 16 and March 23, 2017. *See* ECF Nos. 105, 113.  Plaintiffs shall file a response to the motion within 21 days of service of the motion.  Defendants shall file any consolidated reply within 14 days of service of the response.

c.    The periods for Defendants to respond to Plaintiffs' outstanding jurisdictional discovery requests shall be tolled as of April 24, 2017, when the Court issued its Order staying jurisdictional discovery.  *See* ECF No. 133.  Defendants' remaining time to respond to the discovery requests shall resume seven days after the stay is lifted by this Court.

d.    Any Defendants who wish to challenge personal jurisdiction or raise issues regarding *forum non conveniens* shall file a single, consolidated motion forty days after the stay is lifted, in the format instructed by the Court in its Orders of March 16 and March 23, 2017.  *See* ECF Nos. 105, 113.  Plaintiffs shall file a response to the motion within 21 days of service of the motion.  Defendants shall file any consolidated reply within 14 days of service of the response.

e.    Defendants shall continue their ongoing obligation to preserve and maintain all documents relevant to any party's claim or defense in this action.

2

CASE NO. 16-24431-CIV-ALTONAGA/GOODMAN

    f.      Defendants that have been served with jurisdictional discovery requests,

and have agreed to produce relevant documents, shall collect, preserve and

maintain responsive documents during the period that discovery is stayed

in order for such defendants to timely respond upon the lifting of the stay.

    g.      The stay shall not preclude the parties from requesting relief from the

Court, including full or partial relief from the stay.

**DONE AND ORDERED** in Miami, Florida this \_\_\_\_ day of _____ 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

3