UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-24431-CIV-ALTONAGA/Turnoff

**GOLTV, INC.**, *et al.*,

    Plaintiffs,

v.

**FOX SPORTS LATIN AMERICA LTD.**, *et al.*,

    Defendants.

_____/

### ORDER

**THIS CAUSE** came before the Court on the Unopposed Motion for Extension of Jurisdictional Discovery Period [ECF No. 152], filed June 7, 2017.

Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 152]** is **GRANTED in part**. Plaintiffs have until **July 12, 2017** to conduct jurisdictional discovery. Those Defendants wishing to challenge personal jurisdiction or raise issues regarding sufficiency of service of process or *forum non conveniens* shall file a single, consolidated motion to dismiss the Amended Complaint [ECF No. 78] one day after the close of jurisdictional discovery, on **July 13, 2017**.

**DONE AND ORDERED** in Miami, Florida this 8th day of June, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record