UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-24431-CIV-ALTONAGA/Turnoff

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
GOLTV, INC., and GLOBAL SPORTS
PARTNERS LLP,

                              Plaintiffs,

  - against -

FOX SPORTS LATIN AMERICA, LTD., PAN
AMERICAN SPORTS ENTERPRISES
COMPANY, d/b/a FOX SPORTS LATIN
AMERICA (individually and as successor to FOX
PAN AMERICAN SPORTS LLC), FOX
INTERNATIONAL CHANNELS (US), INC.,
FOX NETWORKS GROUP, INC. (as successor to
FOX INTERNATIONAL CHANNELS (US),
INC.), CARLOS MARTINEZ, HERNAN LOPEZ,
JAMES GANLEY, T&T SPORTS MARKETING
LTD., TORNEOS Y COMPETENCIAS, S.A.,
ALEJANDRO BURZACO, FULL PLAY GROUP
S.A., CONFEDERACION SUDAMERICANA DE
FUTBOL, d/b/a CONMEBOL, EUGENIO
FIGUEREDO, and JUAN ÁNGEL NAPOUT,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**UNITED STATES' MOTION TO APPEAR TELEPHONICALLY
AT THE ANTICIPATED JUNE 22, 2017 HEARING**

      The United States (the "government"), through the undersigned Special Assistant United States Attorneys ("Special AUSAs"), respectfully moves to appear telephonically at the anticipated June 22, 2017 discovery hearing before United States Magistrate Judge William C. Turnoff. The government understands that Judge Turnoff generally does not permit telephonic appearances. The government respectfully requests an exception from this general policy, however, in light of, among other factors, its unique position as an intervenor in this case and the taxpayer cost required for one of the undersigned Special AUSAs to travel from Brooklyn, New

York to Miami, Florida. Accordingly, the government respectfully requests an order directing that it be permitted to join the anticipated June 22, 2017 hearing telephonically rather than in-person.

Dated: Brooklyn, New York
June 20, 2017

                                      Respectfully submitted,

                                      RANDY HUMMEL
                                      Attorney for the United States, Acting Under
                                      Authority Conferred by 28 U.S.C. § 515.
                                      Southern District of Florida

By:    /s/ Samuel P. Nitze
        Samuel P. Nitze
        Special Assistant United States Attorney
        Special Florida Bar ID No. A5502327
        271 Cadman Plaza East
        Brooklyn, New York 11201
        Tel: (718) 254-6465
        Fax: (718) 254-6320
        samuel.nitze@usdoj.gov

        M. Kristin Mace
        Special Assistant United States Attorney
        Special Florida Bar ID No. A5502326
        271 Cadman Plaza East
        Brooklyn, New York 11201
        Tel: (718) 254-6879
        Fax: (718) 254-6478
        kristin.mace@usdoj.gov

        Patrick T. Hein
        Special Assistant United States Attorney
        Special Florida Bar ID No. A5502324
        271 Cadman Plaza East
        Brooklyn, New York 11201
        Tel: (718) 254-6284
        Fax: (718) 254-7499
        patrick.hein@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF on the 20th day of June, 2017.

    /s/ Patrick T. Hein
Patrick T. Hein
Special Assistant United States Attorney