UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-24431-CV-ALTONAGA/TURNOFF

GOLTV, INC., et al.,

      Plaintiffs.
v.

FOX SPORTS LATIN AMERICA,
LTD., *et al.*,

      Defendants.
_____/

## ORDER FOLLOWING DISCOVERY CONFERENCE

**THIS CAUSE** is before the Court upon a Notice of Hearing filed by Plaintiff **(ECF No. 168)**, and various discovery disputes. The parties appeared before the undersigned for a Discovery Conference on Thursday, June 22, 2017. Upon review of the Notice, the submissions, hearing argument from counsel, and being otherwise duly advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows.

The Government's concerns regarding the deposition of Defendant Torneos y Competencias are **SUSTAINED**. Accordingly, the Government shall be present during the deposition in order to, among other things, protect its active and ongoing investigation, and to preserve any objections related to the disclosure of sensitive information. Pursuant to the applicable discovery rules, all parties to this action may attend said deposition.

It is **FURTHER ORDERED AND ADJUDGED** that, to the extent that they have not already done so, the parties shall confer and reach agreement on the terms of any additional confidentiality agreements that they would like the Court to consider.

It is **FURTHER ORDERED AND ADJUDGED** that all rulings made in open Court are incorporated into this Order by reference.

**DONE AND ORDERED** in Chambers at Miami, Florida on this ___ day of June 2017.

_____
WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Cecilia M. Altonaga
Counsel of Record