UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16-CV-24431-ALTONAGA/TURNOFF

| | |
|---|---|
| GOLTV, INC.; and GLOBAL SPORTS PARTNERS LLP,<br><br>      Plaintiffs,<br><br>    v.<br><br>FOX SPORTS LATIN AMERICA, LTD.; PAN AMERICAN SPORTS ENTERPRISES CO. d/b/a FOX SPORTS LATIN AMERICA (individually and as successor to FOX PAN AMERICAN SPORTS LLC); FOX INTERNATIONAL CHANNELS (US), INC.; FOX NETWORKS GROUP, INC. (as successor to FOX INTERNATIONAL CHANNELS (US), INC.); CARLOS MARTINEZ; HERNAN LOPEZ; JAMES GANLEY; T&T SPORTS MARKETING LTD.; TORNEOS Y COMPETENCIAS, S.A.; ALEJANDRO BURZACO; FULL PLAY GROUP S.A.; CONFEDERACION SUDAMERICANA DE FUTBOL d/b/a CONMEBOL; EUGENIO FIGUEREDO; and JUAN ANGEL NAPOUT,<br><br>      Defendants. | |

**DEFENDANT CONFEDERACION SUDAMERICANA DE FUTBOL'S
REQUEST FOR HEARING**

Defendant Confederación Sudamericana de Futbol ("CONMEBOL"), by and through its undersigned counsel, hereby requests that Magistrate Judge Turnoff hold a hearing on the 2:00 p.m. discovery motion calendar on July 7, 2017 to address: (1) Plaintiffs', GolTV, Inc. and Global Sports Partners LLP, refusal to respond to CONMEBOL's Second Set of Jurisdictional Discovery Requests for Production of Documents to the Plaintiffs; and (2) issues regarding CONMEBOL's privilege log.

Plaintiffs' counsel initially indicated its availability for and willingness to attend the proposed July 7, 2017 hearing but subsequently and abruptly withdrew its agreement to

attend. The requested hearing and the discovery requests at issue are critical to protect CONMEBOL's ability to properly frame its motion to dismiss within the compressed discovery schedule set by the District Court.

WHEREFORE, CONMEBOL asks that its request be granted, and that Magistrate Judge Turnoff order a hearing on July 7, 2017 at 2:00 p.m. and such other relief as the Court may deem appropriate.

**CERTIFICATION OF CONFERENCE WITH OPPOSING COUNSEL**

CONMEBOL's counsel has conferred with the relevant parties in a good faith effort to resolve these matters without need for a hearing, but, to date, have been unable to resolve them.

Dated: July 6, 2017

Respectfully submitted,

| **CAREY RODRIGUEZ MILIAN GONYA, LLP**<br><br>/s/ *Juan J. Rodriguez*<br>Juan J. Rodriguez, Esq.<br>Florida Bar No. 613843<br>jrodriguez@careyrodriguez.com<br>cperez@careyrodriguez.com<br>David M. Levine, Esq.<br>Florida Bar No. 84431<br>dlevine@careyrodriguez.com<br>1395 Brickell Avenue, Suite 700<br>Miami, FL 33131<br>Phone (305) 372-7474<br>Facsimile (305) 372-7475 | **AMSTERDAM & PARTNERS LLP**<br><br>Andrew J. Durkovic, Esq.<br>a.durkovic@amsterdamandpartners.com<br>Robert Michael Doherty, Esq.<br>m.doherty@amsterdamandpartners.com<br>Daniel Vazquez, Esq.<br>D.Vazquez@amsterdamandpartners.com<br>601 13th St., NW<br>Eleventh Floor South<br>Washington, DC 20005<br>Phone (202) 534-1804<br>Facsimile (202) 202-833-9392 |
|---|---|

*Attorneys for Defendant CONMEBOL*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 6, 2017, the foregoing document is being sent via email pursuant to the service list below.

/s/ *Juan J. Rodriguez*
Juan J. Rodriguez, Esq.

**Service List**

**Marcelo M. Blackburn, Esq.**
**John P. Figura, Esq.**
**Seth M. Kruglak, Esq.**
**Thomas J. McCormack, Esq.**
**Julissa Reynoso, Esq.**
Chadbourne & Parke, LLP
1301 Avenue of the Americas
New York, NY 10019-6022
mblackburn@chadbourne.com
jfigura@chadbourne.com
skruglak@chadbourne.com
tmccormack@chadbourne.com
jreynoso@chadbourne.com

**Stephen Bernard Gillman, Esq.**
**Peter Harlan Levitt, Esq.**
Shutts & Bowen
200 S Biscayne Boulevard
Suite 4100
Miami, FL 33131
sgillman@shutts.com
plevitt@shutts-law.com
*Attorneys for Plaintiffs Global Sports Partners LLP and GolTV, Inc.*

**Ramon A. Abadin, Esq.**
Sedgwick LLP
2 South Biscayne Boulevard
One Biscayne Tower - Suite 1500
Miami, FL 33131
ramon.abadin@sedgwicklaw.com

**James E. Sharp, Esq.**
**Stephen W. Grafman, Esq.**
Sharp & Associates, PLLC
1215 19th Street, N.W.
Washington, DC 20005
jsharp@sharp-assoc.com
sgrafman@sharp-assoc.com

*Attorneys for Defendant Carlos Martinez*

**Jacqueline Becerra, Esq.**
**Francisco Oscar Sanchez, Esq.**
Greenberg Traurig
333 Avenue of the Americas
Suite 4400
Miami, FL 33131
becerraj@gtlaw.com
sanchezfo@gtlaw.com
*Attorneys for Defendant Juan Angel Napout*

**Sean P. Casey, Esq.**
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022
Sean.Casey@kobrekim.com

**John Daniel Couriel, Esq.**
Kobre & Kim, LLP
2 South Biscayne Boulevard
35th Floor  Miami, FL 33131
john.couriel@kobrekim.com
*Attorneys for Defendant Alejandro Burzaco*

**Stephanie Anne Casey, Esq.**
**Roberto Martinez**, **Esq.** Colson
Hicks Eidson
255 Alhambra Circle, PH  Coral
Gables, FL 33134
scasey@colson.com
bob@colson.com
*Attorneys for Defendant T&T Sports Marketing Ltd.*

**Christina Maria Ceballos-Levy, Esq.**
**Richard H. Critchlow, Esq.**
**Jeffrey Todd Foreman, Esq.**
**Janelle M. Ans, Esq.**
Kenny Nachwalter, P.A.
Four Seasons Tower
1441 Brickell Avenue
Suite 1100
Miami, FL 33131-4327
rcritchlow@knpa.com
ccl@knpa.com
jforeman@knpa.com
jma@knpa.com
*Attorney for Defendant Full Play Group, S.A.*

**Benedict P. Kuehne, Esq.**
**Michael T. Davis, Esq.**
Benedict P. Kuehne, P.A.
100 S.E. 2nd Street, Suite 3550
Miami, FL 33131
mdavis@kuehnelaw.com
ben.kuehne@kuehnelaw.com
*Attorneys for Defendant James Ganley*

**H. Rowan Gaither, IV, Esq. Maria Lapetina,**
**Esq. David Massey, Esq.**
**T. Jakob Sebrow**
RICHARDS KIBBE & ORBE, LLP
200 Liberty Street
New York, NY 10281
rgaither@rkollp.com
mlapetina@rkollp.com
dmassey@rkollp.com
jsebrow@rkollp.com

**Gerald Edward Greenberg, Esq.**
**Freddy Funes, Esq.**
Gelber Schachter & Greenberg, P.A.
1221 Brickell Avenue
Suite 2010  Miami, FL 33131
ggreenberg@gsgpa.com
ffunes@gsgpa.com
*Attorneys for Defendant Torneos y Competencias, S.A.*

**Samuel Josephs, Esq.**
**Jennifer E. LaGrange, Esq.**
**Matthew Donald Umhofer, Esq.**
Spertus, Landes & Umhofer, LLP
1990 South Bundy Drive, Suite 705
Los Angeles, CA 90025 sam@spertuslaw.com
matthew@spertuslaw.com
jennifer@spertuslaw.com

**Ryan K. Stumphauzer, Esq.**  Stumphauzer &
Sloman, PLLC  One SE Third Ave.
Suite 1820  Miami, FL 33131
rks@oquinnstumphauzer.com
*Attorneys for Defendant Hernan Lopez*

**Curtis Joseph Mahoney, Esq. Tobin Joe Romero, Esq.**
Williams & Connolly LLP
725 Twelfth Street, N.W.

Washington, DC 20005
CMahoney@wc.com
TRomero@wc.com

**Morgan Amanda McDonough, Esq.**
**Jay Brian Shapiro, Esq.**
Stearns Weaver
150 West Flagler
Ste. 2200
Miami, FL 33130
jshapiro@stearnsweaer.com
*Attorneys for Defendants Fox International Channels (U.S.) Inc.,*
*Fox Networks Group, Inc., Fox Sports Latin America, Ltd. and*
*Pan American Sports Enterprises Company*

**Samuel Nitze, Esq.**
**Patrick T. Hein, Esq.**
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
Samuel.Nitze@usdoj.gov
Patrick.hein@usdoj.gov
*Attorney for United States of America (Intervenor)*