**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CASE No.: 1:16-cv-24431-CMA-Altonaga/Turnoff

| |
|---|
| GOLTV, INC., and GLOBAL SPORTS PARTNERS LLP,<br><br>                    Plaintiffs<br><br>-v.-<br><br>FOX SPORTS LATIN AMERICA, LTD., PAN AMERICAN SPORTS ENTERPRISES COMPANY, d/b/a FOX SPORTS LATIN AMERICA (individually and as successor to FOX PAN AMERICAN SPORTS LLC), FOX INTERNATIONAL CHANNELS (US), INC., FOX NETWORKS GROUP, INC. (as successor to FOX INTERNATIONAL CHANNELS (US), INC.), CAROLOS MARTINEZ, HERNAN LOPEZ, JAMES GANLEY, T&T SPORTS MARKETING LTD., TORNEOS Y COMPETENCIAS, S.A., ALEJANDRO BURZACO, FULL PLAY GROUP S.A., CONFEDERACION SUDAMERICANA DE FUTBOL, d/b/a CONMEBOL, EUGENIO FIGUEREDO, and JUAN ANGEL NAPOUT,<br><br>                    Defendants. |

## FOX DEFENDANTS' NOTICE OF DISCOVERY HEARING

YOU ARE HEREBY NOTIFIED that the undersigned has called up for hearing on

Court's Calendar before the HONORABLE MAGISTRATE JUDGE WILLIAM C. TURNOFF,

the following matters to be heard:

**Date and Time:**     THURSDAY, July 20, 2017, at 2 p.m.

| | |
|---|---|
| **Location:** | **United States District Court**<br>**Southern District of Florida**<br>**301 North Miami Avenue**<br>**Courtroom XI, 11th Floor**<br>**Miami, Florida 33128** |
| **Issues:** | **The hearing concerns the following matter:** |

A motion by the Fox Defendants to compel the Rule 30(b)(6) witness for Defendant Torneos y Competencias, S.A. (Torneos) (who was deposed on Monday, July 10, 2017) to answer questions posed by the Fox Defendants to which the government objected and instructed the witness not to answer.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), on July 12, 2017 undersigned counsel contacted the parties affected by the relief sought (Plaintiffs, Torneos, and the government) in a good faith effort to resolve by agreement the issues raised in this motion. Undersigned counsel spoke with Torneos and the government; both oppose the motion. We have not heard back from Plaintiffs. Undersigned counsel originally requested that the hearing be held on July 13, 2017, but counsel for Torneos was unavailable. We therefore have noticed the hearing for the next available discovery calendar, July 20, 2017.

Respectfully submitted,

Dated: July 12, 2017

*/s/ Jay B. Shapiro*_____
Jay B. Shapiro
Florida Bar No. 776361
jshapiro@stearnsweaver.com
Morgan McDonough
Florida Bar No. 106104
mmcdonough@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 West Flagler Street, Suite 2200
Miami, Florida 33130-1545
(305) 789-3200 (*telephone*)
(305) 789-3395 (*fax*)

*/s/ Curtis J. Mahoney*
Tobin J. Romero
*Pro hac vice*
tromero@wc.com
Curtis J. Mahoney
*Pro hac vice*
CMahoney@wc.com
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000 (*telephone*)
*Attorneys for Fox Sports Latin America, Ltd., Pan American Sports Enterprises Company, Fox International Channels, Inc., and Fox Networks Group, Inc.*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 12, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents are being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                            */s/ Jay B. Shapiro*_____
                                            Jay B. Shapiro

**Service List**

**Marcelo M. Blackburn**
**John P. Figura**
**Seth M. Kruglak**
**Thomas J. McCormack**
**Julissa Reynoso**
**Robert Kirby**
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
marcelo.blackburn@nortonrosefulbright.com
jack.figura@nortonrosefulbright.com
seth.kruglak@nortonrosefulbright.com
thomas.mccormack@nortonrosefulbright.com
julissa.reynoso@nortonrosefulbright.com
robert.kirby@nortonrosefulbright.com

**Stephen Bernard Gillman**
**Peter Harlan Levitt**
Shutts & Bowen
200 S Biscayne Boulevard
Suite 4100
Miami, FL 33131
sgillman@shutts.com
plevitt@shutts-law.com
*Attorneys for Plaintiffs Global Sports Partners LLP and GolTV, Inc.*

**Ramon A. Abadin**
Sedgwick LLP
2 South Biscayne Boulevard
One Biscayne Tower - Suite 1500
Miami, FL 33131
ramon.abadin@sedgwicklaw.com

**James E. Sharp**
**Stephen W. Grafman**
Sharp & Associates, PLLC
1215 19th Street, N.W.
Washington, DC 20005
jsharp@sharp-assoc.com
sgrafman@sharp-assoc.com
*Attorneys for Defendant Carlos Martinez*

5

**Jacqueline Becerra**
**Francisco Oscar Sanchez**
Greenberg Traurig
333 Avenue of the Americas
Suite 4400
Miami, FL 33131
becerraj@gtlaw.com
sanchezfo@gtlaw.com
*Attorneys for Defendant Juan Angel Napout*

**Sean P. Casey**
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022
Sean.Casey@kobrekim.com

**John Daniel Couriel**
**Laura Maria Gonzalez-Marques**
Kobre & Kim, LLP
2 South Biscayne Boulevard
35th Floor
Miami, FL 33131
john.couriel@kobrekim.com
laura.gonzalez@kobrekim.com
*Attorneys for Defendant Alejandro Burzaco*

**Stephanie Anne Casey**
**Roberto Martinez**
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134
scasey@colson.com
bob@colson.com
*Attorneys for Defendant T&T Sports Marketing Ltd.*

**Christina Maria Ceballos-Levy**
**Richard H. Critchlow**
**Jeffrey Todd Foreman**
**Janelle M. Ans**
Kenny Nachwalter, P.A.
Four Seasons Tower
1441 Brickell Avenue
Suite 1100
Miami, FL 33131-4327
rcritchlow@knpa.com
ccl@knpa.com

jforeman@knpa.com
jans@knpa.com
*Attorney for Defendant Full Play Group, S.A.*

**Benedict P. Kuehne**
**Michael T. Davis**
Benedict P. Kuehne, P.A.
100 S.E. 2nd Street, Suite 3550
Miami, FL 33131
mdavis@kuehnelaw.com
ben.kuehne@kuehnelaw.com
*Attorneys for Defendant James Ganley*

**H. Rowan Gaither, IV**
**Maria Lapetina**
**David Massey**
**T. Jakob Sebrow**
RICHARDS KIBBE & ORBE, LLP
200 Liberty Street
New York, NY 10281
rgaither@rkollp.com
mlapetina@rkollp.com
dmassey@rkollp.com
jsebrow@rkollp.com

**Gerald Edward Greenberg**
**Freddy Funes**
**Adam Michael Schachter**
Gelber Schachter & Greenberg, P.A.
1221 Brickell Avenue
Suite 2010
Miami, FL 33131
ggreenberg@gsgpa.com
ffunes@gsgpa.com
aschachter@gsgpa.com
*Attorneys for Defendant Torneos y Competencias, S.A.*

**Andrew J. Durkovic**
**Daniel A. Vazquez Diaz**
**Robert Michael Doherty**
Amsterdam & Partners LLP
The Homer Building
601 Thirteenth Street, NW
Eleventh Floor South
Washington, DC 20005
A.Durkovic@amsterdamandpartners.com

D.Vazquez@amsterdamandpartners.com
M.Doherty@amsterdamandpartners.com

**David Philip Milian**
**Juan Jose Rodriguez**
**David Matthew Levine**
Carey Rodriguez Greenberg O'Keefe LLP
1395 Brickell Avenue, Suite 700
Miami, FL 33131
dmilian@careyrodriguez.com
jrodriguez@careyrodriguez.com
dlevine@careyrodriguez.com
*Attorneys for Defendant Confederacion Sudamerica de Futbol d/b/a Conmebol*

**Samuel Josephs**
**Jennifer E. LaGrange**
**Matthew Donald Umhofer**
Spertus, Landes & Umhofer, LLP
1990 South Bundy Drive, Suite 705
Los Angeles, CA 90025
sam@spertuslaw.com
matthew@spertuslaw.com
jennifer@spertuslaw.com

**Ryan K. Stumphauzer**
**Christopher Ellis Gottfried**
Stumphauzer & Sloman, PLLC
One SE Third Ave.
Suite 1820
Miami, FL 33131
rks@oquinnstumphauzer.com
cgottfried@sslawyers.com
*Attorneys for Defendant Hernan Lopez*

**Samuel Nitze**
**Patrick Hein**
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
samuel.nitze@usdoj.gov
patrick.hein@usdoj.gov
*Attorney for United States of America (Intervenor)*