# Exhibit H



*South American Football Confederation  (Confederación Sudamericana de Fútbol)*

# ACT

Meeting of the Executive Committee from CONMEBOL [*Name of the Confederation*] Santiago – Chile – October 16th 2015

## Assistants

I.      Members of the Executive Committee

-   President

    Mr. Juan Angel Napout (Paraguay)

-   Vicepresident

    Mr. Sergio Jadue (Chile)
    Mr. Wilmar Valdez (Uruguay)

-   Directors

    Mr. Luis Chiriboga (Ecuador)
    Mr. Luis Bedoya (Colombia), representative of the Executive Committee
    FIFA [*Association of the International Federation of Football*]
    Mr. Luis Segura (Argentina)
    Mr. Alejandro Domínguez (Paraguay)
    Mr. Edwin Oviedo (Perú)
    Mr. Laurano González (Venezuela)

II.     Assistance of

    Mr. Fernando Sarney: substitute representative of the CBF President
    Mr. Gorka Villar: General Director, acting as the General Secretary "ad hoc" in
    his absence.
    Mr. Alfredo Montanaro: General Juridical Assessor
    Mrs. María Lis Rolón: Presidential Assistant

South American Football Confederation
Autopista Aeropuerto Internacional (Airport International Highway  - km 12)
Luque – Gran Asuncion – Paraguay

1



*South American Football Confederation  (Confederación Sudamericana de Fútbol)*

---

At 10:30 hrs, the President takes the word and starts the treatment from the following:



---

South American Football Confederation
Autopista Aeropuerto Internacional (Airport International Highway  - km 12)
Luque – Gran Asuncion – Paraguay

2



*South American Football Confederation  (Confederación Sudamericana de Fútbol)*



South American Football Confederation
Autopista Aeropuerto Internacional (Airport International Highway  - km 12)
Luque – Gran Asuncion – Paraguay

3



*South American Football Confederation  (Confederación Sudamericana de Fútbol)*

Outside Scope of Jx Discovery Stip.

Outside Scope of Jx Discovery Stip.

South American Football Confederation
Autopista Aeropuerto Internacional (Airport International Highway  - km 12)
Luque – Gran Asuncion – Paraguay

4



*South American Football Confederation  (Confederación Sudamericana de Fútbol)*

Outside Scope of Jx Discovery Stip.



South American Football Confederation
Autopista Aeropuerto Internacional (Airport International Highway  - km 12)
Luque – Gran Asuncion – Paraguay

5



*South American Football Confederation  (Confederación Sudamericana de Fútbol)*



Outside Scope of Jx Discovery Stip.

Outside Scope of Jx Discovery Stip.

South American Football Confederation
Autopista Aeropuerto Internacional (Airport International Highway  - km 12)
Luque – Gran Asuncion – Paraguay

6



*South American Football Confederation  (Confederación Sudamericana de Fútbol)*

Outside Scope of Jx Discovery Stip.



South American Football Confederation
Autopista Aeropuerto Internacional (Airport International Highway  - km 12)
Luque – Gran Asuncion – Paraguay

7



*South American Football Confederation  (Confederación Sudamericana de Fútbol)*

Outside Scope of Jx Discovery Stip.



South American Football Confederation
Autopista Aeropuerto Internacional (Airport International Highway  - km 12)
Luque – Gran Asuncion – Paraguay

8



*South American Football Confederation  (Confederación Sudamericana de Fútbol)*

Outside Scope of Jx Discovery Stip.

South American Football Confederation
Autopista Aeropuerto Internacional (Airport International Highway  - km 12)
Luque – Gran Asuncion – Paraguay

9



*South American Football Confederation (Confederación Sudamericana de Fútbol)*

Outside Scope of Jx Discovery Stip.

South American Football Confederation
Autopista Aeropuerto Internacional (Airport International Highway  - km 12)
Luque – Gran Asuncion – Paraguay

10



*South American Football Confederation  (Confederación Sudamericana de Fútbol)*

Outside Scope of Jx Discovery Stip.

South American Football Confederation
Autopista Aeropuerto Internacional (Airport International Highway  - km 12)
Luque – Gran Asuncion – Paraguay

11



*South American Football Confederation  (Confederación Sudamericana de Fútbol)*

Outside Scope of Jx Discovery Stip.

South American Football Confederation
Autopista Aeropuerto Internacional (Airport International Highway  - km 12)
Luque – Gran Asuncion – Paraguay

12



*South American Football Confederation  (Confederación Sudamericana de Fútbol)*



Outside Scope of Jx Discovery Stip.

South American Football Confederation
Autopista Aeropuerto Internacional (Airport International Highway  - km 12)
Luque – Gran Asuncion – Paraguay

13



*South American Football Confederation  (Confederación Sudamericana de Fútbol)*

Outside Scope of Jx Discovery Stip.

South American Football Confederation
Autopista Aeropuerto Internacional (Airport International Highway  - km 12)
Luque – Gran Asuncion – Paraguay

14



*South American Football Confederation  (Confederación Sudamericana de Fútbol)*

Outside Scope of Jx Discovery Stip.



*South American Football Confederation  (Confederación Sudamericana de Fútbol)*

Outside Scope of Jx Discovery Stip.

South American Football Confederation
Autopista Aeropuerto Internacional (Airport International Highway  - km 12)
Luque – Gran Asuncion – Paraguay

16



*South American Football Confederation  (Confederación Sudamericana de Fútbol)*

South American Football Confederation
Autopista Aeropuerto Internacional (Airport International Highway  - km 12)
Luque – Gran Asuncion – Paraguay

17



*South American Football Confederation  (Confederación Sudamericana de Fútbol)*

Privileged

South American Football Confederation
Autopista Aeropuerto Internacional (Airport International Highway  - km 12)
Luque – Gran Asuncion – Paraguay

18

*South American Football Confederation  (Confederación Sudamericana de Fútbol)*

Privileged

South American Football Confederation
Autopista Aeropuerto Internacional (Airport International Highway  - km 12)
Luque – Gran Asuncion – Paraguay

19



*South American Football Confederation  (Confederación Sudamericana de Fútbol)*

Privileged

South American Football Confederation
Autopista Aeropuerto Internacional (Airport International Highway  - km 12)
Luque – Gran Asuncion – Paraguay

20



*South American Football Confederation (Confederación Sudamericana de Fútbol)*

Privileged



All of them hereby unanimously approve the conclusion of the contract of law of the Copa Libertadores, Copa Sudamericana and Recopa between CONMEBOL and FOX INTERNATIONAL CHANNELS for the seasons 2016, 2017 and 2018 for a sum of $USD435 million dollars as long as the liberation of the rights of retransmission of the Copa Libertadores, Copa Sudamericana y Recopa from 2019 is achieved at the same time.

Outside Stip. Jx Discovery Scope

Outside Stip. Jx Discovery Scope

Likewise, it is unanimously agreed that the President of CONMEBOL, on behalf of the Executive Committee and

South American Football Confederation
Autopista Aeropuerto Internacional (Airport International Highway - km 12)
Luque – Gran Asuncion – Paraguay

21



*South American Football Confederation (Confederación Sudamericana de Fútbol)*

CONMEBOL can carry out all the necessary actions for the formalization of said contracts to write it with full binding effects for the confederation.

South American Football Confederation
Autopista Aeropuerto Internacional (Airport International Highway - km 12)
Luque – Gran Asuncion – Paraguay

22



*South American Football Confederation  (Confederación Sudamericana de Fútbol)*

# Outside Stip. Jx Discovery Scope

[signature]                    [signature]

South American Football Confederation
Autopista Aeropuerto Internacional (Airport International Highway  - km 12)
Luque – Gran Asuncion – Paraguay

23



City of New York, State of New York, County of New York

I, Angela Lo, hereby certify that the document, "Acta Comite Ejecutivo 16_10_2015 Santiago Chile" is, to the best of my knowledge and belief and within the given parameters, a true and accurate translation from Spanish (International) into English.

Angela Lo

Sworn to before me this

June 14, 2017

Signature, Notary Public

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
PUBLIC
STATE OF NEW YORK

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE



*Confederación Sudamericana de Fútbol*

## ACTA

Reunión del Comité Ejecutivo de la CONMEBOL
Santiago - Chile – 16 de octubre de 2015

### ASISTENTES

I. Miembros del Comité Ejecutivo

– Presidente

Sr. Juan Angel Napout (Paraguay)

– Vicepresidentes

Sr. Sergio Jadue (Chile)
Sr. Wilmar Valdez (Uruguay)

– Directores

Sr. Luis Chiriboga (Ecuador)
Sr. Luis Bedoya (Colombia), representante en el Comité Ejecutivo FIFA
Sr. Luis Segura (Argentina)
Sr. Alejandro Domínguez (Paraguay)
Sr. Edwin Oviedo (Perú)
Sr. Laurano González (Venezuela)

II. Con la asistencia de

Sr. Fernando Sarney: representante en sustitución del Presidente de la CBF
Sr. Gorka Villar: Director General, actuando como Secretario General "ad hoc"
por ausencia de éste último.
Sr. Alfredo Montanaro: Asesor Jurídico General
Sra. María Lis Rolón: asistente de la Presidencia

CON_001824



*Confederación Sudamericana de Fútbol*

Siendo las 10:30 horas, toma la palabra el Sr. Presidente y da inicio al tratamiento del siguiente:



Outside Stip. Jx Discovery Scope

CON_001825



*Confederación Sudamericana de Fútbol*



Outside Stip. Jx Discovery Scope

Outside Stip. Jx Discovery Scope

Confederación Sudamericana de Fútbol
Autopista Aeropuerto Internacional – Km 12
Luque – Gran Asunción – Paraguay

3

CON_001826



*Confederación Sudamericana de Fútbol*



Outside Stip. Jx Discovery Scope

Confederación Sudamericana de Fútbol
Autopista Aeropuerto Internacional – Km 12
Luque – Gran Asunción – Paraguay

4

CON_001827



*Confederación Sudamericana de Fútbol*



Outside Stip. Jx Discovery Scope

**Confederación Sudamericana de Fútbol**
Autopista Aeropuerto Internacional – Km 12
Luque – Gran Asunción – Paraguay

5

CON_001828



*Confederación Sudamericana de Fútbol*



Outside Stip. Jx Discovery Scope

Confederación Sudamericana de Fútbol
Autopista Aeropuerto Internacional – Km 12
Luque – Gran Asunción – Paraguay

6

CON_001829



*Confederación Sudamericana de Fútbol*



Outside Stip. Jx Discovery Scope

Confederación Sudamericana de Fútbol
Autopista Aeropuerto Internacional – Km 12
Luque – Gran Asunción – Paraguay

7

CON_001830



*Confederación Sudamericana de Fútbol*



Outside Stip. Jx Discovery Scope

CON_001831



*Confederación Sudamericana de Fútbol*



Outside Stip. Jx Discovery Scope

CON_001832



*Confederación Sudamericana de Fútbol*

Outside Stip. Jx Discovery Scope

Outside Stip. Jx Discovery Scope

CON_001833



*Confederación Sudamericana de Fútbol*



Outside Stip. Jx Discovery Scope

Confederación Sudamericana de Fútbol
Autopista Aeropuerto Internacional – Km 12
Luque – Gran Asunción – Paraguay

11

CON_001834



*Confederación Sudamericana de Fútbol*



Outside Stip. Jx Discovery Scope

Outside Stip. Jx Discovery Scope

Confederación Sudamericana de Fútbol
Autopista Aeropuerto Internacional – Km 12
Luque – Gran Asunción – Paraguay

12

CON_001835



*Confederación Sudamericana de Fútbol*



Outside Stip. Jx Discovery Scope

CON_001836



*Confederación Sudamericana de Fútbol*



Outside Stip. Jx Discovery Scope

Outside Stip. Jx Discovery Scope

Confederación Sudamericana de Fútbol
Autopista Aeropuerto Internacional – Km 12
Luque – Gran Asunción – Paraguay

14

CON_001837



*Confederación Sudamericana de Fútbol*



Outside Stip. Jx Discovery Scope

Confederación Sudamericana de Fútbol
Autopista Aeropuerto Internacional – Km 12
Luque – Gran Asunción – Paraguay

15

CON_001838



*Confederación Sudamericana de Fútbol*



Outside Stip. Jx Discovery Scope

CON_001839



*Confederación Sudamericana de Fútbol*



Outside Stip. Jx Discovery Scope

Privileged

Confederación Sudamericana de Fútbol
Autopista Aeropuerto Internacional – Km 12
Luque – Gran Asunción – Paraguay

17

CON_001840



*Confederación Sudamericana de Fútbol*



Confederación Sudamericana de Fútbol
Autopista Aeropuerto Internacional – Km 12
Luque – Gran Asunción – Paraguay

CON_001841



*Confederación Sudamericana de Fútbol*



Privileged

CON_001842



*Confederación Sudamericana de Fútbol*



Privileged

Confederación Sudamericana de Fútbol
Autopista Aeropuerto Internacional – Km 12
Luque – Gran Asunción – Paraguay

20

CON_001843



*Confederación Sudamericana de Fútbol*



Privileged

Todos los presentes aprueban por unanimidad la celebración del Contrato de derechos de difusión de la Copa Libertadores, Copa Sudamericana y Recopa Sudamericana entre la CONMEBOL y FOX INTERNATIONAL CHANNELS por las temporadas 2016, 2017 y 2018 por un una suma de USD 435 millones siempre y cuando se consiga al mismo tiempo la liberación de los derechos de retransmisión de la Copa Libertadores, Copa Sudamericana y Recopa Sudamericana a partir de 2019.



Outside Stip. Jx Discovery Scope

Outside Stip. Jx Discovery Scope

Outside Stip. Jx Discovery Scope

Outside Stip. Jx Discovery Scope

Asimismo se conviene por unanimidad facultar al Presidente de la CONMEBOL para que en nombre del Comité Ejecutivo y de

CON_001844



*Confederación Sudamericana de Fútbol*

la CONMEBOL pueda realizar todas las actuaciones necesarias para la formalización de los referidos contratos y suscribirlos con plenos efectos vinculantes para la Confederación.



Outside Stip. Jx Discovery Scope

Confederación Sudamericana de Fútbol
Autopista Aeropuerto Internacional – Km 12
Luque – Gran Asunción – Paraguay

22

CON_001845



*Confederación Sudamericana de Fútbol*



Outside Stip. Jx Discovery Scope

**Confederación Sudamericana de Fútbol**
Autopista Aeropuerto Internacional – Km 12
Luque – Gran Asunción – Paraguay

23

CON_001846

CON_001847