# Exhibit K

CONFIDENTIAL

# GLOBAL SPORTS

[stamp:] CONMEBOL
File No. *3038*
Date: *11/15/13* Time:
Received by:

Gran Luque, Asuncion, November 18th of 2013

President of the CONMEBOL
Mr. Eugenio Figueredo.

By means of this letter we write to you in relation to the conversations that were held after the meeting of the Executive Committee and Presidents of the CONMEBOL, held in Asuncion on October 22nd.

As you stated to us at that meeting, **it was decided to reconsider the contracts for television rights for the Copa Libertadores and the Copa Sudamericana in place with T&T Sports**, in relation to the markedly superior proposal that we had made to the previous administration in October of 2012.

Given the negotiating and decision making powers that the ten presidents of the various federations have granted you, we held negotiations on several occasions where we not only confirmed the validity of our proposal, but we even improved it in order to be able to resolve differences with the various parties.

Faced with these circumstances and through negotiations we accepted in the first instance, the option of sharing the television rights by halves with T&T, in such a way as to include the operators that have been obtaining the benefit of these rights.

Consequently, at your request and in order to include the interests of T&T and to avoid the CONMEBOL being involved in possible legal actions filed by that company (something legally inadmissible from our point of view), we are prepared to pay the sum of US $120,000,000.00 per year, directly to CONMEBOL, for the TV rights relating to half of the games of the Copa Libertadores and Copa Sudamericana up to the year 2018, tolerating the fact that T&T will continue to pay what it currently does for the other half and that it markets them for figures that are much higher to the FOX and GLOBO stations.

In relation to this, you called a meeting in Los Angeles for the last 12th of November attended by all of the affected parties, in order to formalize the final agreement.

Before the date of this meeting we were informed that the meeting had been cancelled, it being our understanding that you were disinclined to continue with the

[signature]
[stamp:] **CONMEBOL**
**THE EXECUTIVE SECRETARY**
[signature]
**Francisco Figueredo Britez**

GLOBAL SPORTS PARTNERS LLP
11 Church Road - Great Bookham - Surrey - KT23 3PB U.K. - Company No. OC34862
E-mail: contact@globalsportsgroup.co.uk - www.globalsportsgroup.co.uk

CON_00026

# GLOBAL SPORTS

negotiations which you and Mr. Juan Angel Napout and Luis Bedoya were empowered to carry out.

Our position is that we do not understand how it is possible that our proposal continues to not be accepted and that attitudes that are not in harmony with good faith continue to be tolerated as demonstrated by T&T and FOX, aiming to delay a decision that not only would benefit all of the clubs and players that participate in these tournament, but CONMEBOL itself.

For these reasons, on the basis of the negotiations and conversations that we held in recent days, we confirm to you our new improved offer that we agreed verbally, that is, the sum of US $170,000,000.00 million per year for the totality of the television rights of the Copa Libertadores, Copa Sudamericana and Recopa for the years 2015 to 2018 and US $360 million per year for the same events for the years 2019 to 2024, all of which we guarantee in accordance with commercial practices.

With said amounts, on the one hand, CONMEBOL would cover the possible contingency of an unlikely claim from T&T for the rescission of the contracts and on the other, all the clubs that participate in these tournaments would receive revenues that would be three times greater than what they currently receive from CONMEBOL in relation to the years 2015 to 2018 and more than seven times their current revenues for the events relating to the years 2019 to 2024.

Therefore, in reaction to the decision of the Executive Committee of CONMEBOL dated October 22 of 2013 and of the presidents of all of the federations of the continent in relation to our proposal, we now present it in an improved manner in the conditions negotiated with you, and we ask that it be approved in all of its terms without further discussions.

Without anything further to add we send our best regards,

[signature]
Francisco Casal

[stamp:]
**CONMEBOL**
**THE EXECUTIVE SECRETARY**
**Francisco Figueredo Britez**

[signature] *11/19/03*

GLOBAL SPORTS PARTNERS LLP
11 Church Road - Great Bookham - Surrey - KT23 3PB U.K. - Company No. OC34862
E-mail: contact@globalsportsgroup.co.uk - www.globalsportsgroup.co.uk

CON_00027



City of New York, State of New York, County of New York

I, Angela Lo, hereby certify that the document "CON_000017-CON_000032" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

_____
Angela Lo

Sworn to before me this
July 10, 2017

_____
Signature, Notary Public

[Notary Seal: WENDY POON, NOTARY, NO. 01PO6356754, QUALIFIED IN QUEENS COUNTY, COMM. EXP. 04-03-2021, STATE OF NEW YORK, PUBLIC]

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE



# GLOBAL SPORTS

Gran Luque, Asunción, 18 de noviembre de 2013.

Señor Presidente de la CONMEBOL
Don Eugenio Figueredo.
De nuestra mayor consideración:



CONMEBOL
Expediente Nº 3038
Fecha: 19.11.13  Hora:
Recibido por:

Por medio de la presente nos dirijimos a Usted en relación a las conversaciones que se mantuvieron con posterioridad a la reunión del Comité Ejecutivo y de Presidentes de la CONMEBOL, realizada en Asunción el pasado 22 de octubre.

Conforme Usted nos comunicara en dicha reunión, **se decidió reconsiderar los contratos de los derechos de TV de las Copas Libertadores y Sudamericana suscritos con T&T Sports,** ante la propuesta notoriamente superior que habíamos realizado a la anterior administración en octubre de 2012.

Dadas las facultades para negociar y resolver que los diez presidentes de las diferentes federaciones le otorgaron, es que mantuvimos diversas negociaciones donde no sólo le ratificamos la vigencia de nuestra propuesta sino que incluso la mejoramos para que se pudieran solucionar diferencias con las distintas partes.

Ante esta situación y por la vía de la negociación es que aceptamos en primera instancia, la alternativa de compartir por mitades los derechos de televisación con T&T, de tal forma que se contemplara a los operadores que han venido beneficiándose de esos derechos.

Por ello, a su pedido y para contemplar los intereses de T&T y evitar un posible litigio a la CONMEBOL por parte de esa empresa (para nosotros jurídicamente inadmisible), es que estuvimos dispuestos a pagar la suma de U$S 120 millones por año, directamente a la CONMEBOL, por los derechos de TV correspondientes a la mitad de los partidos de las copas Libertadores, Sudamericana y Recopa hasta el año 2018, tolerando que T&T siguiera pagando lo que abona actualmente por la otra mitad y que los comercializara por cifras muy superiores a las cadenas FOX y GLOBO.

Ante esa situación, Usted concertó una reunión en Los Ángeles para el pasado 12 de noviembre donde estaríamos todas las partes involucradas, a fin de cerrar el acuerdo definitivo.

Antes de la misma se nos comunicó que esa reunión se había cancelado, entendiendo por su parte y la nuestra la negativa de continuar con las

CONMEBOL
EL SECRETARIO EJECUTIVO

Francisco Figueredo Brítez

GLOBAL SPORTS PARTNERS LLP
11 Church Road - Great Bookham - Surrey - KT23 3PB U.K. - Company No. OC34862
E-mail: contact@globalsportsgroup.co.uk - www.globalsportsgroup.co.uk



## GLOBAL SPORTS

negociaciones para las cuales, Usted y los Sres. Juan Ángel Napout y Luis Bedoya fueran facultados.

Por nuestra parte, no comprendemos cómo es posible que se siga sin aceptar nuestra propuesta y se continúen tolerando actitudes reñidas con la buena fe por parte T&T y FOX, en procura de dilatar una decisión que no solo beneficiaría a todos los clubes y jugadores que participan en estos torneos, sino a la propia CONMEBOL.

Por los motivos antes expresados, fruto de las negociaciones y conversaciones que mantuviéramos días atrás, le confirmamos nuestra nueva mejor oferta que acordáramos verbalmente, esto es, la suma de U$S 170 millones por año por la totalidad de los derechos de televisación de las copas Libertadores, Sudamericana y Recopa para los años 2015 a 2018 y U$S 360 millones por año por los mismos eventos para los años 2019 a 2024, todo lo cual se garantizará conforme a las prácticas comerciales.

Con dichas sumas, por un lado, la CONMEBOL podrá cubrir la eventual contingencia de un improbable reclamo de T&T por la rescisión de los contratos y por otro, permitir que los clubes que disputen estos torneos perciban ingresos equivalentes al triple que lo que actualmente reciben de la CONMEBOL en lo que refiere a los años 2015 a 2018 y a más de siete veces su actual ingreso para los eventos correspondientes a los años 2019 a 2024.

Por tanto, ante la decisión del Comité Ejecutivo de la CONMEBOL de fecha 22 de Octubre del 2013 y de los Presidentes de todas las federaciones del continente en cuanto a reconsiderar nuestra propuesta, ahora la presentamos en forma mejorada en las condiciones negociadas con Usted, y le solicitamos que se apruebe sin más trámite la misma en todos sus términos.

Sin otro particular le saludan atentamente

Francisco Casal

CONMEBOL
EL SECRETARIO EJECUTIVO

Francisco Figueredo Brítez

GLOBAL SPORTS PARTNERS LLP
11 Church Road - Great Bookham - Surrey - KT23 3PB U.K. - Company No. OC34862
E-mail: contact@globalsportsgroup.co.uk - www.globalsportsgroup.co.uk