IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16-CV-24431-ALTONAGA/TURNOFF

**GOLTV, INC.**, and **GLOBAL SPORTS PARTNERS LLP**,

    Plaintiffs,

**v.**

**FOX SPORTS LATIN AMERICA, LTD.**,
**PAN AMERICAN SPORTS ENTERPRISES COMPANY**, d/b/a FOX SPORTS LATIN AMERICA (individually and as successor to FOX PAN AMERICAN SPORTS LLC),
**FOX INTERNATIONAL CHANNELS (US), INC.**, **FOX NETWORKS GROUP, INC.** (as successor to FOX INTERNATIONAL CHANNELS (US), INC.), **CAROLOS MARTINEZ**, **HERNAN LOPEZ**, **JAMES GANLEY**, **T&T SPORTS MARKETING LTD.**, **TORNEOS Y COMPETENCIAS, S.A.**, **ALEJANDRO BURZACO**, **FULL PLAY GROUP S.A.**, **CONFEDERACION SUDAMERICANA DE FUTBOL**, d/b/a CONMEBOL, **EUGENIO FIGUEREDO**, and **JUAN ANGEL NAPOUT**,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon the Motion for Addendum to Stipulated Protective Orders for Jurisdictional Discovery of Defendants Fox Sports Latin America, Ltd.; Pan American Sports Enterprises Co. d/b/a/ Fox Sports Latin America; Fox International Channels (US), Inc.; Fox Networks Group, Inc.; Carlos Martinez; Hernan Lopez; James Ganley; T&T Sports Marketing Ltd.; Torneos y Competencias, S.A.; Alejandro Burzaco; Full Play Group S.A.; Confederacion Sudamericana de Futbol d/b/a/ Conmebol; and Juan Angel Napout.

Being fully advised, it is

CASE NO. 1:16-CV-24431-ALTONAGA/TURNOFF

**ORDERED AND ADJUDGED** that:

The Motion is **GRANTED**. The Stipulated Protective Orders for Jurisdictional Discovery (D.E. 165 and D.E. 174) are hereby amended such that Defendants Fox Sports Latin America, Ltd.; Pan American Sports Enterprises Co. d/b/a/ Fox Sports Latin America; Fox International Channels (US), Inc.; Fox Networks Group, Inc.; Carlos Martinez; Hernan Lopez; James Ganley; T&T Sports Marketing Ltd.; Torneos y Competencias, S.A.; Alejandro Burzaco; Full Play Group S.A.; Confederacion Sudamericana de Futbol d/b/a/ Conmebol; and Juan Angel Napout are bound by those Orders to the same extent as the Stipulating Parties identified in those Orders.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 14th day of July, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record