UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-24431-CIV-ALTONAGA/Turnoff

**GOLTV, INC.** and
**GLOBAL SPORTS PARTNERS LLP**,

      Plaintiffs,
v.

**FOX SPORTS
LATIN AMERICA LTD.**, *et al.*,

      Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant, Confederación Sudamericana de Fútbol ("CONMEBOL")'s Motion for Leave to File Under Seal ("Motion to Seal") [ECF No. 193]; and Defendants, CONMEBOL, Full Play Group S.A., and Alejandro Burzaco's Consolidated Jurisdictional Motion to Dismiss ("Jurisdictional Motion") [ECF No. 194], which was filed under seal. Defendants seek leave to file under seal unredacted versions of the Jurisdictional Motion and the Affidavit of Fátima Lorena González Toppi [ECF No. 195] and confidential exhibits attached to both documents [ECF Nos. 194-1 to 194-2, 195-1 to 195-14].

CONMEBOL asserts it has filed under seal documents marked confidential or highly confidential by the parties under the Protective Orders. (*See* Mot. to Seal ¶¶ 3–6; *see also* Stipulated Protective Orders for Jurisdictional Discovery [ECF Nos. 165, 174]). CONMEBOL indicates disclosure of proprietary, marketing, and strategic information, confidential contracts, and interrogatory responses would be harmful to CONMEBOL and other parties; further, disclosure of certain information could jeopardize the integrity of the parallel criminal

proceeding, the privacy and reputation of subjects and targets of the grand jury investigation, and the safety of witnesses. (*See* Mot. to Seal ¶¶ 7–8).

The redacted versions of the Consolidated Jurisdictional Motion to Dismiss ("Redacted Jurisdictional Motion") [ECF No. 191] and Affidavit of Fátima Lorena González Toppi [ECF No. 192] and their accompanying exhibits include whole documents filed under seal. CONMEBOL provides the legal standard in balancing interests to determine whether a document should be placed under seal, but it does not provide its reasons for sealing entire documents other than the fact they contain some confidential information. While some portions of the documents may be sensitive and thus entitled to being sealed, CONMEBOL's request is not sufficiently limited and targeted. *See United States v. Castillo*, 568 F. App'x 774, 783 n.1 (11th Cir. 2014) (holding the defendant's motion to seal the entire record on appeal was overly broad because the defendant failed to identify which portions of the record contained potentially sensitive information and thus failed "to overcome the presumption in favor of public access to judicial records," while granting "limited and targeted" motion to seal a reply brief). CONMEBOL fails to identify which portions of the documents are sensitive enough to require sealing, and which potentially may be made available to the public.

Due to the public interest in open access to court documents, *see Romero v. Drummond Co.*, 480 F.3d 1234, 1248 (11th Cir. 2007), the Court declines to grant the Motion to Seal. It further notes certain parties have not provided their positions related to the filing of the Motion to Seal. (*See* Mot. to Seal 6–7). Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion for Leave to File Under Seal **[ECF No. 193]** is **DENIED**. The redacted Consolidated Jurisdictional Motion to Dismiss **[ECF No. 191]** and Affidavit of Fátima Lorena González Toppi **[ECF No. 192]** are **STRICKEN**.

CASE NO. 16-24431-CIV-ALTONAGA/Turnoff

CONMEBOL and Defendants are allowed until **July 24, 2017** to refile an unredacted motion to dismiss and accompanying unredacted affidavits and/or exhibits. No document is to be filed under seal unless prior Court approval is obtained.

**DONE AND ORDERED** in Miami, Florida this 17th day of July, 2017.

*[signature]*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record