UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GOLTV, INC., and GLOBAL SPORTS PARTNERS LLP,<br><br>       Plaintiffs,<br><br>-against-<br><br>FOX SPORTS LATIN AMERICA, LTD., PAN AMERICAN SPORTS ENTERPRISES COMPANY, d/b/a FOX SPORTS LATIN AMERICA (individually and as successor to FOX PAN AMERICAN SPORTS LLC), FOX INTERNATIONAL CHANNELS (US), INC., FOX NETWORKS GROUP, INC. (as successor to FOX INTERNATIONAL CHANNELS (US), INC.), CARLOS MARTINEZ, HERNAN LOPEZ, JAMES GANLEY, T&T SPORTS MARKETING LTD., TORNEOS Y COMPETENCIAS, S.A., ALEJANDRO BURZACO, FULL PLAY GROUP S.A., CONFEDERACION SUDAMERICANA DE FUTBOL, d/b/a CONMEBOL, EUGENIO FIGUEREDO, and JUAN ANGEL NAPOUT,<br><br>       Defendants. | No. 16-cv-24431-CMA<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS** |

TO THE CLERK OF THE COURT AND ALL PARTIES:

  PLEASE TAKE NOTICE THAT effective July 17, 2017, Julissa Reynoso, counsel of record for Plaintiffs, became affiliated with Winston & Strawn LLP. All pleadings, notices, orders, correspondence and other papers in connection with the above-captioned action shall be served at the following address:

        Julissa Reynoso
        WINSTON & STRAWN LLP
        200 Park Avenue
        New York, New York 10166
        Telephone: (212) 294-6700

            Facsimile: (212) 294-4700
            Email: jreynoso@winston.com

 Please revise your records accordingly.

Dated: July 24, 2017          Respectfully submitted,

            _____
            Julissa Reynoso
            WINSTON & STRAWN LLP
            200 Park Avenue
            New York, New York 10166
            Telephone: (212) 294-6700

            *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on July 24, 2017 [25th], I served a true copy of the foregoing Notice of Change of Firm Affiliation and Address by means of the Court's ECF filing system, whereby the Court's Notice of Electronic Filing was transmitted to all counsel of record.

            */s/ Peter H. Levitt*
            Peter H. Levitt