**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:16-CV-24431-ALTONAGA/Turnoff**

GOLTV, INC., *et al.*,

                                        Plaintiffs,

        -against-

FOX SPORTS LATIN AMERICA, LTD., *et al*,

                                        Defendants.

**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT
FOR THEIR RESPONSE TO THE MOVING DEFENDANTS' CONSOLIDATED
MOTION TO DISMISS AMENDED COMPLAINT**

        Plaintiffs, pursuant to Local Rule 7.1, hereby respectfully move this Court for leave to

exceed the page limit for their Memorandum in Opposition to Defendants'[1] Consolidated

Jurisdictional Motion to Dismiss Amended Complaint filed July 24, 2017 (D.E. 203).  Plaintiffs

state the following:

        1.        On July 13, 2017, the Moving Defendants filed their initial Consolidated

Jurisdictional Motion to Dismiss Amended Complaint (D.E. 191), and Conmebol filed a

supporting Affidavit (D.E. 192) and a related Motion to Seal (D.E. 193).

        2.        In a July 17, 2017 Order (D.E. 198), the Court denied the Motion to Seal and

struck the Motion to Dismiss (D.E. 191) and Affidavit (D.E. 192).  The Court granted the

Moving Defendants leave to file unredacted papers.

───────────────

        [1] As used herein, "Moving Defendants" refers to the three Defendants who have moved
to dismiss the Amended Complaint – Conmebol, Full Play and Alejandro Burzaco.

3.      On July 24, 2017, the Moving Defendants filed a replacement Consolidated Jurisdictional Motion to Dismiss (D.E. 203) (the "Consolidated Motion"), and Conmebol filed a replacement Affidavit (D.E. 204).  Conmebol removed the redactions and removed the sealed exhibits.[2]

4.      The Court previously authorized the Moving Defendants to exceed the 20-page limit set forth in Local Rule 7.1(c)(2).  (D.E. 105, at ¶2).  The Court did not expressly authorize *Plaintiffs* to exceed the 20-page limit in their memorandum in opposition.  (*Id*. ¶¶ 2, 3).

5.      The Moving Defendants' Consolidated Motion is 70 pages long, excluding cover page, tables, certificates and exhibits.  It includes separate sections for each of the three Moving Defendants – Conmebol, Full Play and Burzaco – and seeks dismissal for lack of personal jurisdiction and forum non conveniens.

6.      Plaintiffs are in the process of preparing their memorandum in opposition. Plaintiffs are responding, in a single memorandum, to the numerous arguments and evidentiary assertions advanced by the three Moving Defendants.  Plaintiffs are also introducing substantial additional evidence relevant to jurisdiction.

7.      Plaintiffs therefore request an equal number of pages (70) for their opposition in order to assure that Plaintiffs have an adequate opportunity to support their position that the Court has personal jurisdiction over Defendants and that this case should not be dismissed based on forum non conveniens.

---

[2] Treating the filing date of the original (stricken) motion (served on July 13, 2017) as providing the start date, Defendants' response is due on Thursday, August 3, 2017 – the date that is twenty-one (21) days after service of the stricken July 13, 2017 motion.  *See* Order dated March 16, 2017 (D.E. 105, ¶ 3).

8.      Plaintiffs will endeavor to be concise, and it is possible that Plaintiffs will not require an equal number of pages, but, in an abundance of caution, Plaintiffs request equal pages.

9.      The Moving Defendants -- Conmebol, Full Play and Burzaco -- all consent to this requested enlargement of the page limit.

10.     A proposed order is submitted herewith for the Court's consideration.

**WHEREFORE**, Defendants respectfully move this Court for entry of an order granting this Unopposed Motion to Exceed Page Limit and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

By: _/s/ Peter H. Levitt_
Peter H. Levitt, Esq.
Fla. Bar No. 650978
SHUTTS & BOWEN LLP
200 South Biscayne Boulevard, Suite 4100
Miami, Florida  33131
Telephone: 305-358-6300
Telecopier: 305-415-9847
Email:plevitt@shutts.com

## Certificate of Conference

Counsel for the parties have conferred about the requested enlargement of pages, and undersigned counsel has been advised that Moving Defendants Conmebol, Full Play and Burzaco do not oppose the requested enlargement of page limit.

## Certificate of Service

**I hereby certify** that on July 27, 2017, I served a copy of the foregoing motion by ECF to all counsel of record listed on the attached Service List.

_/s/ Peter H. Levitt_
Peter H. Levitt

## ECF SERVICE LIST

Jay Brian Shapiro
Morgan Amanda McDonough
Email: jshapiro@stearnsweaver.com
Email: mmcdonough@stearnsweaver.com

Curtis Joseph Mahoney
Tobin Joe Romero
Email: CMahoney@wc.com
Email: TRomero@wc.com

James E. Sharp
Stephen W. Grafman
Email: jsharp@sharp-assoc.com
Email: sgrafman@sharp-assoc.com

Ramon A. Abadin
Email: ramon.abadin@sedgwicklaw.com

Jennifer E. LaGrange
Matthew Donald Umhofer
Samuel Josephs
Email: jennifer@spertuslaw.com
Email: matthew@spertuslaw.com
Email: sam@spertuslaw.com

Ryan K. Stumphauzer
Email: rks@oquinnstumphauzer.com

Benedict P. Kuehne
Michael T. Davis
Email: ben.kuehne@kuehnelaw.com
Email: mdavis@kuehnelaw.com

Roberto Martinez
Stephanie Anne Casey
Email: bob@colson.com
Email: scasey@colson.com

David Massey
H. Rowan Gaither, IV
Maria Lapetina
T. Jakob Sebrow
Email: dmassey@rkollp.com
Email: rgaither@rkollp.com

Email: mlapetina@rkollp.com
Email: jsebrow@rkollp.com
Freddy Funes
Gerald Edward Greenberg
Email: ffunes@gsgpa.com
Email: ggreenberg@gsgpa.com

John Daniel Couriel
Sean P. Casey
Email: john.couriel@kobrekim.com
Email: Sean.Casey@kobrekim.com

Christina Maria Ceballos-Levy
Jeffrey Todd Foreman
Richard H. Critchlow
Email: ccl@knpa.com
Email: jforeman@knpa.com
Email: rcritchlow@knpa.com

Juan Jose Rodriguez
David Matthew Levine
David Philip Milian
Email: jrodriguez@careyrodriguez.com
Email: dlevine@careyrodriguez.com
Email: dmilian@careyrodriguez.com

Andrew J. Durkovic
Daniel A. Vazquez Diaz
Robert Michael Doherty
Email:
A.Durkovic@amsterdamandpartners.com
Email:
D.Vazquez@amsterdamandpartners.com
Email:
M.Doherty@amsterdamandpartners.com

Francisco Oscar Sanchez
Jacqueline Becerra
Email: sanchezfo@gtlaw.com
Email: becerraj@gtlaw.com

Samuel P. Nitze
Email: samuel.nitze@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:16-CV-24431-ALTONAGA/Turnoff**

GOLTV, INC., *et al.*,

Plaintiffs,

-against-

FOX SPORTS LATIN AMERICA, LTD., *et al*,

Defendants.

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXCEED**
**PAGE LIMIT FOR PLAINTIFFS' RESPONSE TO DEFENDANTS'**
**CONSOLIDATED MOTION TO DISMISS AMENDED COMPLAINT**

**THIS CAUSE** came before the Court on Defendants' Unopposed Motion to Exceed Page

Limit for Plaintiffs' Response to Defendants' Consolidated Motion to Dismiss Amended

Complaint (D.E. 203). Being fully advised, it is

**ORDERED and ADJUDGED** that the Motion is **GRANTED**. The page limit for

Defendants' memorandum in opposition to Defendants' Consolidated Jurisdictional Motion to

Dismiss Amended Complaint is seventy (70) pages, exclusive of cover page, tables, certificates

and exhibits.

**DONE and ORDERED** in Chambers at Miami, Florida this _____ day of July, 2017.

_____
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of Record