UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:16-CV-24431-ALTONAGA/Turnoff**

GOLTV, INC., *et al.*,

                            Plaintiffs,

-against-

FOX SPORTS LATIN AMERICA, LTD., *et al.*,

                            Defendants.

**DECLARATION OF THOMAS J. MCCORMACK IN OPPOSITION TO DEFENDANTS' CONSOLIDATED JURISDICTIONAL MOTION TO DISMISS**

THOMAS J. MCCORMACK hereby declares and states pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm Norton Rose Fulbright US LLP, counsel to Plaintiffs in this action. As such, I am fully familiar with the facts set forth herein and make the statements herein based upon my own personal knowledge or upon a review of the documents in my possession. I submit this declaration in opposition to the defendants' consolidated jurisdictional motion to dismiss the above-captioned action. [ECF Nos. 191, 203.]

2. Attached hereto as Exhibit 1 is a true and correct copy of an email from Eugenio Figueredo dated November 8, 2013, bearing Bates number FOX-00000140, together with a certified translation.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the transcript of the deposition of Santiago Sluzewski Monti on July 10, 2017.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Amended Responses and Objections of Torneos y Competencias S.A., to Plaintiffs' First Set of Jurisdictional Discovery Interrogatories, dated June 26, 2017.

5. Attached hereto as Exhibit 4 is a true and correct copy of an email from Carlos Martinez dated November 19, 2014, bearing Bates range FOX-00000001-5, together with a certified translation.

6. Attached hereto as Exhibit 5 is a true and correct copy of an email from Carlos Martinez dated February 4, 2015, bearing Bates range FOX-00000165-66, together with a certified translation.

7. Attached hereto as Exhibit 6 is a true and correct copy of an email from Carlos Martinez dated March 31, 2015, bearing Bates range FOX-00000128-29, together with a certified translation.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the transcript of the deposition of Fatima Lorena Gonzalez Toppi on June 28, 2017.

9. Attached hereto as Exhibit 8 is a true and correct copy of a document produced by counsel for Conmebol at the deposition of Fatima Lorena Gonzalez Toppi on June 28, 2017, purporting to list certain members of Conmebol's Executive Committee, together with a certified translation.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the transcript of the deposition of Fatima Lorena Gonzalez Toppi on June 29, 2017.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the transcript of the deposition of Scott Bouchner on July 7, 2017.

12. Attached hereto as Exhibit 11 is a true and correct copy of a document titled No Waiver of Rights and Payment Agreement, dated July 2015, bearing Bates range T&T00000053-62.

13. Attached hereto as Exhibit 12 is a true and correct copy of a document titled Release Agreement, dated November 18, 2015, bearing Bates range CON_000582-97.

14. Attached hereto as Exhibit 13 is a true and correct copy of a document titled Copa Sudamericana, Program Purchase Agreement, dated January 1, 2010, bearing Bates range T&T00000008-22.

15. Attached hereto as Exhibit 14 is a true and correct copy of a document titled Recopa Sudamericana, Program Purchase Agreement, dated January 1, 2010, bearing Bates range T&T00000023-34.

16. Attached hereto as Exhibit 15 is a true and correct copy of a document titled Copa Libertadores, Program Purchase Agreement, dated January 1, 2011, bearing Bates range T&T00000035-48.

17. Attached hereto as Exhibit 16 is a true and correct copy of a document titled Complementary Agreement to the Copa Libertadores - Copa Sudamericana - Recopa Sudamericana, Program Purchase Agreement, dated December 19, 2012, bearing Bates range T&T00000001-4.

18. Attached hereto as Exhibit 17 is a true and correct copy of excerpts from the transcript of the deposition of Gregory Ikemoto on July 11, 2017.

19. Attached hereto as Exhibit 18 is a true and correct copy of the Fox Defendants' Supplemental Responses and Objections to Plaintiffs' First Set of Jurisdictional Discovery Interrogatories, dated June 26, 2017.

20.     Attached hereto as Exhibit 19 is a true and correct copy of the Defendant Confederacion Sudamericana de Futbol's Third Supplemental Responses to Plaintiffs' First Set of Jurisdictional Discovery Interrogatories, dated June 27, 2017.

21.     Attached hereto as Exhibit 20 is a true and correct copy of an email from Taylor Emilio dated April 8, 2015, bearing Bates range CON_000989-91, together with a certified translation.

22.     Attached hereto as Exhibit 21 is a true and correct copy of an email from Taylor Emilio dated September 23, 2010, bearing Bates range CON_001142-43, together with a certified translation.

23.     Attached hereto as Exhibit 22 is a true and correct copy of an email from Eugenio Figueredo dated July 24, 2013, bearing Bates number CON_001811, together with a certified translation.

24.     Attached hereto as Exhibit 23 is a true and correct copy of an email from Taylor Emilio dated January 23, 2014, bearing Bates number CON_001149, together with a certified translation.

25.     Attached hereto as Exhibit 24 is a true and correct copy of television listings published in the Miami Herald, dated from June 13, 2012 through September 18, 2014, obtained from LexisNexis.

26.     Attached hereto as Exhibit 25 is a true and correct copy of an Amended Complaint filed by Conmebol in the New York Supreme Court on January 11, 2017, in the action captioned *Confederacion Sudamericana de Futbol v. Int'l Soccer Marketing, Inc., et al.*, No. 655619/2016.

27. Attached hereto as <u>Exhibit 26</u> is a true and correct copy of a document titled Assignment of Transmission Rights Agreement for Copa Libertadores de America, dated March 6, 2008, bearing Bates range CON000354-58, together with a certified translation.

28. Attached hereto as <u>Exhibit 27</u> is a true and correct copy of a document titled Final Assignment of Rights Agreement for the New Copa Sudamericana de Futbol, dated March 6, 2008, bearing Bates range CON000361-68, together with a certified translation.

29. Attached hereto as <u>Exhibit 28</u> is a true and correct copy of a document titled Addendum to the Assignment of Transmission Rights Agreement for Copa Libertadores de America, dated January 2010, bearing Bates range CON000359-60, together with a certified translation.

30. Attached hereto as <u>Exhibit 29</u> is a true and correct copy of a document titled Addendum to the Final Assignment of Rights Agreement for the New Copa Sudamericana de Futbol and the Complementary Agreement, dated January 2010, bearing Bates range CON000369-70, together with a certified translation.

31. Attached hereto as <u>Exhibit 30</u> is a true and correct copy of a press release published by PR Newswire titled Fox Hispanic Cable Networks Post Record Ratings in 2010, dated January 5, 2011, and obtained from LexisNexis.

32. Attached hereto as <u>Exhibit 31</u> is a true and correct copy of an email from Taylor Emilio dated March 29, 2011, bearing Bates range CON_001251-52, together with a certified translation.

33. Attached hereto as <u>Exhibit 32</u> is a true and correct copy of an email from Eladio Rodriguez dated February 23, 2012, bearing Bates range CON_000185-86, together with a certified translation.

34. Attached hereto as Exhibit 33 is a true and correct copy of a document titled Minutes, CONMEBOL Executive Committee Meeting, dated October 24, 2012, and bearing Bates range CON_001963-72, together with a certified translation.

35. Attached hereto as Exhibit 34 is a true and correct copy of a document titled Minutes No. 06/2012, Meeting of the Presidents and Executive Committee of the South American Soccer Confederation, dated October 24, 2012, and bearing Bates range CON_002182-86, together with a certified translation.

36. Attached hereto as Exhibit 35 is a true and correct copy of excerpts from a Conmebol Newsletter dated November-December 2012.

37. Attached hereto as Exhibit 36 is a true and correct copy of a document titled Complementary Agreement to the Assignment of Transmission Rights Agreements for the Copa Libertadores de America, the Copa Sudamericana and the Recopa Sudamericana, dated December 6, 2012, bearing Bates range CON000371-73, together with a certified translation.

38. Attached hereto as Exhibit 37 is a true and correct copy of a document titled Assignment of Transmission Rights Agreement for the Copa Libertadores de America, the Copa Sudamericana and the Recopa Sudamericana, dated December 20, 2012, bearing Bates range CON000431-38, together with a certified translation.

39. Attached hereto as Exhibit 38 is a true and correct copy of a letter from Nicolas Leoz dated March 12, 2013, bearing Bates number CON_000822, together with a certified translation.

40. Attached hereto as Exhibit 39 is a true and correct copy of a document titled MINUTES, CONMEBOL Executive Committee Meeting, dated October 22, 2013, and bearing Bates range CON_003999-4013, together with a certified translation.

41. Attached hereto as Exhibit 40 is a true and correct copy of an email from Eugenio Figueredo dated November 4, 2013, bearing Bates number FOX-00000141, together with a certified translation.

42. Attached hereto as Exhibit 41 is a true and correct copy of an email from Eugenio Figueredo dated November 5, 2013, bearing Bates number FOX-00000137, together with a certified translation.

43. Attached hereto as Exhibit 42 is a true and correct copy of an email from Eugenio Figueredo dated November 7, 2013, bearing Bates number FOX-00000142, together with a certified translation.

44. Attached hereto as Exhibit 43 is a true and correct copy of an email from Eugenio Figueredo dated November 8, 2013, bearing Bates number FOX-00000136, together with a certified translation.

45. Attached hereto as Exhibit 44 is a true and correct copy of an email from Eugenio Figueredo dated November 8, 2013, bearing Bates number FOX-00000139, together with a certified translation.

46. Attached hereto as Exhibit 45 is a true and correct copy of a letter from Jose Luis Meiszner to Members of Conmebol's Executive Committee, dated November 27, 2013, bearing Bates number CON_000028, together with a certified translation.

47. Attached hereto as Exhibit 46 is a true and correct copy of a document titled MINUTES, CONMEBOL Executive Committee Meeting, dated August 25, 2015, and bearing Bates range CON_002750-67, together with a certified translation.

48. Attached hereto as Exhibit 47 is a true and correct copy of an email from Nelson Sanabria, dated November 18, 2014, attaching a Summary of the Activities of the President of

the Confederacion Sudamericana de Futbol, and bearing Bates range CON000594-604, together with a certified translation.

49. Attached hereto as <u>Exhibit 48</u> is a true and correct copy of an email from Maria Lis Rolon dated August 28, 2014, bearing Bates range CON_000071-72, together with a certified translation.

50. Attached hereto as <u>Exhibit 49</u> is a true and correct copy of an email from Monica Costa dated September 4, 2014, bearing Bates range CON_000074-75, together with a certified translation.

51. Attached hereto as <u>Exhibit 50</u> is a true and correct copy of a flight invoice and corresponding receipt dated March 19, 2014, bearing Bates range CON000539-40, together with a certified translation.

52. Attached hereto as <u>Exhibit 51</u> is a true and correct copy of a letter from Romer Osuna and Eugenio Figueredo to Banco do Brasil, S.A., dated August 5, 2013, and bearing Bates number CON_000411, together with a certified translation.

53. Attached hereto as <u>Exhibit 52</u> is a true and correct copy of an email from Carlos Martinez dated April 6, 2015, bearing Bates range FOX-00000159-60, together with a certified translation.

54. Attached hereto as <u>Exhibit 53</u> is a true and correct copy of an email from Maria Lis Rolon dated November 19, 2014, bearing Bates range CON_000677-78, together with a certified translation.

55. Attached hereto as <u>Exhibit 54</u> is a true and correct copy of an email from Carlos Martinez dated February 10, 2015, bearing Bates number FOX-00000162, together with a certified translation.

56. Attached hereto as <u>Exhibit 55</u> is a true and correct copy of an email from Carlos Martinez dated March 10, 2015, bearing Bates number FOX-00000161, together with a certified translation.

57. Attached hereto as <u>Exhibit 56</u> is a true and correct copy of an email from Carlos Martinez dated April 21, 2015, bearing Bates number FOX-00000158, together with a certified translation.

58. Attached hereto as <u>Exhibit 57</u> is a true and correct copy of an email from Carlos Martinez dated April 21, 2015, bearing Bates number FOX-00000157, together with a certified translation.

59. Attached hereto as <u>Exhibit 58</u> is a true and correct copy of an article published by the Associated Press International titled Spain Suspends Football President Villar, dated July 25, 2017, obtained from LexisNexis.

60. Attached hereto as <u>Exhibit 59</u> is a true and correct copy of an email from Carlos Martinez dated April 20, 2015, bearing Bates number FOX-00000454, together with a certified translation.

61. Attached hereto as <u>Exhibit 60</u> is a true and correct copy of an email from Ruth Van Strate, dated June 11, 2015, attaching a draft License Agreement for the Copa Libertadores, Copa Sudamericana and Recopa Sudamericana, bearing Bates range CON000616-29, together with a certified translation.

62. Attached hereto as <u>Exhibit 61</u> is a true and correct copy of an email from Eugenio Figueredo dated December 23, 2014, bearing Bates number FOX-00000291, together with a certified translation.

63. Attached hereto as <u>Exhibit 62</u> is a true and correct copy of an email from Carlos Martinez dated May 15, 2015, bearing Bates range FOX-00000150-51, together with a certified translation.

64. Attached hereto as <u>Exhibit 63</u> is a true and correct copy of an email from Carlos Martinez dated May 16, 2015, bearing Bates number FOX-00000155, together with a certified translation.

65. Attached hereto as <u>Exhibit 64</u> is a true and correct copy of a letter from Eugenia Ricardes to Gorka Villar dated June 1, 2015, bearing Bates number CON_000046, together with a certified translation.

66. Attached hereto as <u>Exhibit 65</u> is a true and correct copy of an email from Juan Angel Napout dated July 12, 2015, bearing Bates number FOX-00000310, together with a certified translation.

67. Attached hereto as <u>Exhibit 66</u> is a true and correct copy of an email from Juan Angel Napout dated July 16, 2015, bearing Bates number FOX-00000305, together with a certified translation.

68. Attached hereto as <u>Exhibit 67</u> is a true and correct copy of a document titled No Waiver of Rights and Payment Agreement, dated July 2015, bearing Bates range CON000520-26.

69. Attached hereto as <u>Exhibit 68</u> is a true and correct copy of an email from Carlos Martinez dated September 15, 2015, bearing Bates number FOX-00000130, together with a certified translation.

70. Attached hereto as <u>Exhibit 69</u> is a true and correct copy of an email from Carlos Martinez dated September 15, 2015, bearing Bates number FOX-00000400, together with a certified translation.

71. Attached hereto as <u>Exhibit 70</u> is a true and correct copy of a document titled Media Rights Agreement (2016-2018), dated November 13, 2015, and bearing Bates range CON000382-407, with certain redactions requested by counsel for the Fox Defendants.

72. Attached hereto as <u>Exhibit 71</u> is a true and correct copy of a document titled MINUTES, CONMEBOL Executive Committee Meeting, dated November 26, 2015, and bearing Bates range CON_002931-64, together with a certified translation.

73. Attached hereto as <u>Exhibit 72</u> is a true and correct copy of an email from Osvaldo Maciel dated August 31, 2015, attaching Fox Entertainment Group, Electronic Transfer Request for Payments in Foreign Currency, and bearing Bates range CON_000239-49, together with a certified translation.

74. Attached hereto as <u>Exhibit 73</u> is a true and correct copy of an email from Gorka Villar dated December 15, 2015, attaching a letter from Jose Silva to Fox International Channels, and bearing Bates range CON_001038-39, together with a certified translation.

75. Attached hereto as <u>Exhibit 74</u> is a true and correct copy of an email from Cesar Balbuena dated May 9, 2011, bearing Bates number CON_001499, together with a certified translation.

76. Attached hereto as <u>Exhibit 75</u> is a true and correct copy of excerpts from a Conmebol Newsletter dated July-August 2012.

77. Attached hereto as <u>Exhibit 76</u> is a true and correct copy of excerpts from a Conmebol Newsletter dated March-April 2013.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 3rd day of August, 2017

_____
Thomas J. McCormack