UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 16-cv-24431-CMA-ALTONAGA/Turnoff

_____

GOLTV, INC, AND Global
 SPORTS PARTNERS LLP
                PLAINTIFFS,

    v.

FOX SPORTS LATIN AMERICAM, LTD, *et al*

              DEFENDANTS.

_____

MOTION TO WITHDRAW AS COUNSEL

    Stephen W. Grafman, admitted *pro hac vice* as one of the counsel for defendant Carlos Martinez, is retiring from the practice of law and accordingly seeks leave to withdraw his appearance as counsel for Mr. Martinez. Pursuant to Rule 11.1(d) (3) of the Rules of this Court a copy of this motion and proposed order are being sent electronically to Mr. Martinez at his business address 2121 Ponce de Leon Boulevard, Coral Gables, Florida, and electronically to all counsel of record in this law suit including Ramon Abadin, Florida counsel for Mr. Martinez who continues as such.

    A proposed order to withdraw is appended to this motion for the Court's consideration.

Dated this 4th of January, 2018.    Respectfully Submitted,


/*s/ Ramón Abadin*
Ramón A. Abadin
Florida Bar No.: 707988
rabadin@abadinlaw.net
**Ramon A. Abadin P.A.**
2333 Ponce de Leon Blvd, Suite 314
Coral Gables, FL 33134
Telephone: (305) 768-9839

*Attorneys for defendant Carlos Martinez*


_____/s/_____
Stephen W. Grafman
Sharp & Associates, PLLC
 1215 19th Street, N.W.
 Washington, D.C.  20036
 202/467-1609


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Motion to Withdraw, together with the proposed order to with draw has been submitted electronically to all counsel of record.

/*s/ Ramón Abadin*
Ramón A. Abadin
Florida Bar No.: 707988