UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16-CV-24431-ALTONAGA/Turnoff

GOLTV, INC., *et al.*,

                    Plaintiffs,

-against-

FOX SPORTS LATIN AMERICA, LTD., *et al.*,

                    Defendants.

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE AMENDED COMPLAINT AND MEMORANDUM OF LAW IN SUPPORT**

Plaintiffs, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 15(a) and Local Rule 15.1, request leave to file the attached Second Amended Complaint, and as good grounds state as follows:

1. On October 20, 2016, Plaintiffs filed this action for damages, alleging harm as a result of Defendants' involvement in a multi-year bribery scheme. *See* ECF No. 1.

2. On March 6, 2017, Plaintiffs filed an Amended Complaint including, among other things, new details revealed in the Torneos y Competencias S.A. Deferred Prosecution Agreement dated as of December 13, 2017. *See* ECF No. 78.

3. On July 24, 2017, Defendants, Confederación Sudamericana de Fútbol ("Conmebol"); Full Play Group, S.A.; and Alejandro Burzaco filed a Consolidated Jurisdictional Motion to Dismiss. *See* ECF No. 203.

4. On September 19, 2017, this Court granted in part and denied in part the Consolidated Jurisdictional Motion to Dismiss. *See* ECF No. 238.

5. On October 9, 2017, Defendants Fox Sports Latin America, Ltd.; Pan American Sports Enterprises Company; Fox International Channels (US), Inc.; Fox Networks Group, Inc.; Torneos y Competencias, S.A.; T&T Sports Marketing Ltd.; Hernan Lopez; Carlos Martinez; James Ganley; Alejandro Burzaco; and Juan Angel Napout (collectively, "Defendants") filed a Motion to Dismiss the Amended Complaint. *See* ECF No. 255.

6. On January 26, 2018, this Court granted in part and denied in part Defendants' Motion to Dismiss. *See* ECF No. 293. In pertinent part, the Court held that "Count Ten for tortious interference under Florida law survives the Motion" and that "Count Eleven [conspiracy to commit tortious interference] is not dismissed." *Id.* at 45-46.

7. The Amended Complaint includes demands for damages in both Counts Ten and Eleven, as well as requests in the Prayer for Relief for, among other things, compensatory damages and "such other and further relief as the Court may deem just and proper." ECF No. 78 at 96-97.

8. Plaintiffs now seek leave to amend the Complaint to make explicit that Plaintiffs seek disgorgement of Defendants' ill-gotten profits in connection with their tortious interference claim (Count Ten) and conspiracy to commit tortious interference claim (Count Eleven), as permitted under Florida law. *See, e.g., Advantor Sys. Corp. v. DRS Tech. Servs., Inc.,* 678 F. App'x 839, 852-53 (11th Cir. 2017); *Bailey v. St. Louis*, 196 So. 3d 375, 379 (Fla. 2d DCA 2016); *see also* Restatement (Third) of Restitution and Unjust Enrichment § 44 (2011) ("[a] person who obtains a benefit by conscious interference with a claimant's legally protected interests (or in consequence of such interference by another) is liable in restitution as necessary to prevent unjust enrichment, unless competing legal objectives make such liability inappropriate."); *id.* at cmt. B, illus. 7.

9. Federal Rule of Civil Procedure 15(a) provides that the Court should "freely give [leave to amend] when justice so requires." Interpreting this rule, courts have held that "Rule 15(a) favors allowing amendment, especially in the early stages of litigation." *Corstone Indus., L.L.C. v. Home Depot U.S.A., Inc.*, No. 1:09-CV-2707-RLV, 2010 WL 11509133, at *1 n.1 (N.D. Ga. Jan. 7, 2010). Indeed, as this Court has explained "[t]he Supreme Court has directed that leave to amend should be denied only in cases marked by undue delay, bad faith or dilatory motive, futility of amendment, or undue prejudice to the opposing party." *GB, L.L.C. v. Certain Underwriters at Lloyd's London*, No. 09-60796-CIV, 2010 WL 11506994, at *8 (S.D. Fla. Apr. 16, 2010) (Altonaga, J.).

10. In this case, Defendants have yet to file an answer and discovery is just beginning. The parties have taken no depositions and have just recently served their first requests for production of documents, which have not yet been responded to. Moreover, the Scheduling Order in this case set a deadline of February 16, 2018 for the filing of amended pleadings, and this motion for leave to amend is being filed in advance of that deadline. *See* ECF No. 261. Accordingly, there has been no undue delay and there would be no prejudice to Defendants by granting Plaintiffs leave to file their proposed amended Complaint.

**WHEREFORE** Plaintiff respectfully requests that this Court grant Plaintiffs leave to file the proposed Second Amended Complaint.

### CERTIFICATE OF GOOD FAITH CONFERENCE

This Motion is not interposed for the sake of delay or any improper purpose. Pursuant to Local Rule 7.1(a)(3), on February16, 2018 at 11:19am counsel emailed the parties and non-

parties who may be affected by the relief sought in this motion in a good faith effort to resolve by agreement the issues raised in this motion.

- The following Defendants opposed the motion: Defendants Fox Sports Latin America, LTD.; Pan American Sports Enterprises Co. d/b/a Fox Sports Latin America (individually and as successor to Fox Pan American Sports LLC); Fox International Channels (US), Inc.; Fox Networks Group, Inc. (as successor to Fox International Channels (US), Inc.; Torneos y Competencias, S.A.; T&T Sports Marketing LTD; Juan Angel Napout; James Ganley; Hernan Lopez; and Carlos Martinez.

- The following Defendant provided no response: Alejandro Burzaco.

Dated:  February 16, 2018                                              /s/ *Julissa Reynoso*

| | |
|---|---|
| Peter H. Levitt (FBN 650978)<br>Stephen Bernard Gillman (FBN 196734) | Seth C. Farber (*pro hac vice*)<br>Julissa Reynoso (*pro hac vice*)<br>George Mastoris (*pro hac vice*)<br>Marcelo Blackburn (*pro hac vice*)<br>Cristina I. Calvar (FBN 114201)<br>Michael A. Fernández (*pro hac vice*)<br>Lauren Duxstad (*pro hac vice*) |
| SHUTTS & BOWEN LLP<br>200 South Biscayne Boulevard<br>Suite 4100<br>Miami, FL 33131<br>Tel.: (305) 358-6300<br>Fax: (305) 381-9982<br>plevitt@shutts.com<br>sgillman@shutts.com | WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>Tel.: (212) 294-6700<br>Fax: (212) 294-4700<br>sfarber@winston.com<br>jreynoso@winston.com<br>gmastoris@winston.com<br>mblackburn@winston.com<br>ccalvar@winston.com<br>mafernandez@winston.com<br>lduxstad@winston.com |

*Counsel for Plaintiffs GolTV, Inc. and Global Sports Partners LLP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th of February, 2018, I electronically filed the foregoing document and a copy of the Second Amended Complaint with accompanying Exhibits to the Clerk of the Court using CM/ECF. I also certify that the foregoing documents are being served this day on all counsel of record.

/s/ Cristina Calvar
Cristina Calvar