UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 1:16-cv-24431-Altonaga/ McAliley

GOLTV, INC., and GLOBAL SPORTS
PARTNERS LLP,

                              Plaintiffs,

                 -v.-

FOX SPORTS LATIN AMERICA, LTD., PAN
AMERICAN SPORTS ENTERPRISES
COMPANY, d/b/a FOX SPORTS LATIN
AMERICA (individually and as successor to FOX
PAN AMERICAN SPORTS LLC), FOX
INTERNATIONAL CHANNELS (US), INC.,
FOX NETWORKS GROUP, INC. (as successor to
FOX INTERNATIONAL CHANNELS (US),
INC.), CARLOS MARTINEZ, HERNAN LOPEZ,
JAMES GANLEY, T&T SPORTS MARKETING
LTD., TORNEOS Y COMPETENCIAS, S.A.,
ALEJANDRO BURZACO, FULL PLAY GROUP
S.A., CONFEDERACION SUDAMERICANA
DE FUTBOL, d/b/a CONMEBOL, EUGENIO
FIGUEREDO, and JUAN ANGEL NAPOUT,

                            Defendants.

**AFFIDAVIT OF WILLIAM J. VIGEN IN SUPPORT OF
DEFENDANTS' MOTION FOR ISSUANCE OF LETTERS ROGATORY**

WILLIAM J. VIGEN hereby declares and states pursuant to 28 U.S.C. § 1746:

    1.     I am a member of the law firm Williams & Connolly LLP, counsel to Defendants

Fox Sports Latin America, Ltd., Pan American Sports Enterprises Company, Fox International

Channels (US), Inc., and Fox Networks Group, Inc., in this action. As such, I am fully familiar

with the facts set forth herein and make the statements based herein upon my own personal

knowledge or upon a review of the documents in my possession.  I submit this declaration in support of defendants' motion for issuance of letters rogatory in the above-captioned action.

2.      Attached hereto as Exhibit 1 is a true and correct copy of a news article published on May 29, 2015 entitled "De aliados a enemigos: la relación Figueredo-Casal," available at https://www.elpais.com.uy/informacion/aliados-enemigos-relacion-figueredo-casal.html#, followed by a certified English translation of the same.

3.      Attached hereto as Exhibit 2 is a true and correct copy and translation of a news article published on August 23, 2016 entitled "Amenaza de renuncias en Uruguay antes de enfrentar a Argentina," available at:  https://www.clarin.com/deportes/futbol-internacional/amenaza-renuncias-uruguay-enfrentar-argentina_0_rJOhfWc5.html, followed by a certified English translation of the same.

4.      Attached hereto as Exhibit 3 is a true and correct copy of a news article published on July 25, 2017 entitled "Ya no hay lugar para trampas," available at: https://www.elespectador.com/deportes/futbol-internacional/ya-no-hay-lugar-para-trampas-presidente-de-la-conmebol-articulo-704894, followed by a certified English translation of the same.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 30, 2018

William J. Vigen

# EXHIBIT 1

De aliados a enemigos: la relación Figueredo-Casal - Información - Últimas noticias de Uruguay y el Mundo actualizadas - Diario EL PAIS Uruguay

## Información

LOS DERECHOS DE TV LOS UNIERON EN LA AUF Y LOS SEPARARON EN LA CONMEBOL

# De aliados a enemigos: la relación Figueredo-Casal

El interés de Paco Casal por lograr los derechos de TV de los torneos sudamericanos lo llevó a embestir en 2013 al entonces muy fuerte castillo de la Conmebol, cuyo presidente era el paraguayo Nicolás Leoz, pero su verdadero rey era el argentino Julio Grondona. Eugenio Figueredo, como escudero, quedó de ese lado. Y allí permaneció hasta la redada del miércoles en Zúrich.

Viernes, 29 Mayo 2015



Casal fue aliado de Figueredo pero terminó enfrentándose con él cuando quiso entrar a Conmebol.

La relación entre el empresario y el ahora detenido vicepresidente de la FIFA ya se había deteriorado, luego de una etapa en la cual sus intereses coincidieron.

Aquel invierno de 1997 el clima era gélido en el fútbol uruguayo, casi fuera del Mundial de Francia, lleno de conflictos y sin presidente por la renuncia de

De aliados a enemigos, la relación Figueredo-Casal - Información - Últimas noticias de Uruguay y el Mundo actualizadas - Diario EL PAIS Uruguay

Carlos Maresca.

Pensando en que las soluciones podían venir de afuera, los clubes votaron como nuevo presidente a Eugenio Figueredo, ya que tenía "conexiones internacionales", según se decía, debido a su ya notoria actuación en la Conmebol. De cualquier manera, la elección fue reñida, hubo misteriosos cambios de postura de dirigentes y algunos clubes, como Danubio, Defensor Sporting y Liverpool que nunca lo apoyaron.

Pero la primera conexión de Figueredo fue con el empresario Paco Casal. Con él llevó adelante el primer contrato de cesión de derechos de televisión y la Selección, que provocó tantas polémicas que sus ecos todavía se escuchan en el ambiente del fútbol.

"En ese momento Paco tenía un contrato muy pequeño por todos los derechos. Con Juan Damiani le ofrecimos el fútbol a los tres canales. Ninguno lo quiso. Entonces negociamos con Casal e hicimos un contrato de US$ 50.000.000 por 10 años. Eso fue en 1997. Probablemente si hoy lo revisás decís ¡qué barbaridad lo que se hizo!, pero era 1997 y no había nada, ¡nada! Era lo único. Cumplió, pagó y hasta hoy veo que el único dinero que circula en Uruguay es el de Casal", afirmó Figueredo a El País en agosto de 2014.

En realidad, la propuesta de Casal no fue la única. Bersabel SA ofrecía 32 millones más que Paco y sus socios Nelson Gutiérrez y Enzo Francescoli. Pero una asamblea de clubes en la cual intervinieron los propios exfutbolistas convertidos en empresarios, aprobó el acuerdo con Tenfield.

El expresidente de Defensor Sporting, Eduardo Arsuaga, aportó un dato más en una entrevista publicada ayer por el semanario Búsqueda. "Figueredo tenía un 10% de comisión por el otorgamiento de los derechos de televisión del fútbol uruguayo durante su presidencia en la AUF. Eso significó en su momento cinco millones de dólares. El 10% eran US$ 500.000 (…) Claro, era una coima", aseguró. Además, Arsuaga recordó que poco después de aquel episodio, Figueredo compró un apartamento por 500.000 dólares al contado.

De aliados a enemigos, la relación Figueredo-Casal - Información - Últimas noticias de Uruguay y el Mundo actualizadas - Diario EL PAIS Uruguay

A partir de aquel contrato, la relación de Casal con Figueredo y con la AUF fue muy estrecha. Por sugerencia del empresario, se trajo al argentino Daniel Passarella para dirigir a la Selección e incluso él aportó un porcentaje del elevado salario del profesional. Uruguay, aunque sin Passarella, se clasificó al Mundial 2002 y alguien escribió "Gracias Paco" en el tablero electrónico de la tribuna Colombes.

Después, la conexión entre Figueredo y Casal se fue deteriorando por razones de fútbol y también por negocios privados, según se maneja en el ambiente. El dirigente perdió su cargo en la AUF, pero se mantuvo en la Conmebol. Cuando los negocios de ambos volvieron a chocar, se produjo la gran ruptura.

## Asamblea de famosos contra la Conmebol.

En septiembre de 2013, Paco Casal patrocinó un encuentro de exfutbolistas realizado en la sede del Corinthians de San Pablo, con la presencia de notables como Diego Maradona, Oscar Ruggeri, José Luis Chilavert, Iván Zamorano, Romario y Enzo Francescoli. Allí se criticó duramente a la Conmebol y se reclamó que el organismo fuera presidido por un antiguo jugador, como ocurre con el francés Michel Platini en la UEFA.

## Los vaivenes de un vínculo.

Casal y Figueredo firmaron el primer contrato sobre derechos del fútbol uruguayo en 1997.

El empresario le sugirió a Figueredo la contratación de Passarella para dirigir a Uruguay.

un 2005, Figueredo propuso mediar entre Peñarol y Casal en el caso Bueno-"Cebolla" Rodríguez-Bizera, pero no llegó lejos.

En 2006, cuando el Ejecutivo de la AUF encabezado por José Luis Corbo pretendía un cambio en las condiciones del contrato con Casal, este buscó que Figueredo intercediera en su favor.

De aliados a enemigos: la relación Figueredo-Casal - Información - Últimas noticias de Uruguay y el Mundo actualizadas - Diario El País Uruguay

En 2013, Casal logró que siete clubes presentaran una denuncia ante la Justicia por corrupción en la Conmebol, el último feudo de Figueredo.

## PAGO O COIMA.

## La AUF no habló ayer y Bauzá espera.

El expresidente de la Asociación Uruguaya de Fútbol, Sebastián Bauzá, presentó ayer una nota ante la institución para que se le entregue el balance del año 2013 y el comprobante que acredita que el 26 de diciembre de ese año ingresaron a las arcas de la institución US$ 1,5 millones por concepto de adelanto por contrato de derechos de televisión.

En la denuncia del Departamento de Justicia de los Estados Unidos, se maneja que ese dinero formó parte del pago de un soborno para los responsables de cada una de las confederaciones de la Conmebol por la organización de varias copas América. Bauzá pretende hacerse de la documentación para aclarar cualquier duda sobre su gestión en conferencia de prensa. Bauzá dijo a El País que el dinero llegó bajo la forma de transferencia bancaria desde Paraguay e ingresó a una cuenta de la AUF. Ayer, en su página web la Asociación no publicó información destinada a aclarar el hecho que tuvo repercusión mundial. El gobierno, a través del director nacional de Deportes, Fernando Cáceres, dio fe ayer del ingreso del dinero como parte del pago por derechos de televisación, y calificó de "canallada" cualquier insinuación sobre la gestión de Bauzá.

## Conmebol investigará 20 años de contratos.

El presidente de la Asociación Uruguaya de Fútbol (AUF), Wilmar Valdez, dijo a El País desde Zúrich que la Conmebol (Confederación Sudamericana de Fútbol) aprobó hoy por unanimidad "que se haga una investigación interna sobre los manejos financieros de los últimos veinte años". La propuesta fue elevada por el propio presidente de la Conmebol, el paraguayo Juan Ángel Napout.

La Conmebol, integrada por diez países de América del Sur, fue la más golpeada en la denuncia que investiga el Departamento de Justicia de Estados Unidos, ya

De aliados a enemigos: la relación Figueredo-Casal - Información - Últimas noticias de Uruguay y el Mundo 4/30/2018 - Diario EL PAIS Uruguay

que la mayoría de los arrestados pertenecen a ella y se la acusa de haber recibido
sobornos por US$ 110 millones por contratos vinculados a las copas América.



# TRANSLATION CERTIFICATION

**County of Monroe**
**State of New York**

Date: April 17, 2018

To Whom It May Concern:

This is to certify that the attached translation from Spanish into English is an accurate representation of the documents received by this office.

The documents are designated as:
- De aliados a enemigos_ la relación Figueredo-Casal - Información - Últim...

Kiel Henry, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Kiel J. Henry

Case 1:16-cv-24431-CMA   Document 368-3   Entered on FLSD Docket 04/30/2018   Page 10 of 34

From allies to enemies: the Figueredo-Casal relationship – Information – Latest updated news of Uruguay and the World – Diario EL PAIS Uruguay

## Information

TV RIGHTS UNITED THEM AT THE AUF AND SEPARATED THEM AT THE CONMEBOL

EL PAIS          INFORMATION

## From Allies to Enemies: the Figueredo-Casal Relationship

The interest of Paco Casal in obtaining the TV rights of the South American tournaments led him to struck the then very strong castle of the Conmebol, whose president was the Paraguayan Nicolás Leoz, but whose true king was the Argentine Julio Grondona. Eugenio Figueredo, as squire, remained on that side. And he stayed there until the bust occurred on Wednesday in Zurich.

Friday, May 29, 2015



Casal was the ally of Figueredo, but ended up facing him when he wanted to enter the Conmebol.

The relationship between the entrepreneur and the Vice-president of the FIFA, who is now under arrest, had deteriorated, after a period in which they had the same interests.

In the winter of 1997 the weather was icy in Uruguayan football, almost out of the France World Cup, full of conflicts and with no president due to the resignation of

From allies to enemies: the Figueredo-Casal relationship – Information – Latest updated news of Uruguay and the World – Diario EL PAIS Uruguay

Carlos Maresca.

Thinking that solutions may come from outside, the clubs voted Eugenio Figueredo as the new President, who already had "international links", people said, due to his notorious performance at the Conmebol. Anyway, the election was close, there were mysterious changes of position on the part of leaders and some clubs, as Danubio, Defensor Sporting and Liverpool, who never supported him.

But the first relationship of Figueredo was with the entrepreneur Paco Casal. With him, he carried forward the first contract for the assignment of TV rights and the National Team, which caused so many controversies that their echoes are still heard in the football environment.

"At that time, Paco had a very small contract for all the rights. With Juan Damiani, we offered football to the three channels. None of them wanted it. Then we negotiated with Casal and concluded a contract amounting to USD 50,000,000 for 10 years. That was in 1997. Probably, if you reviewed it today, you would say: "What a nonsense!", but it was 1997, and there was nothing. Nothing! That was the only thing. He complied with it, he paid and until this date, I see that the only money circulating in Uruguay of that of Casal", Figueredo said to El País on August 2014.

Actually, Casal's proposal was not the only one. Bersabel SA offered 32 million more than Paco and his partners Nelson Gutiérrez and Enzo Francescoli. But a club assembly with the participation of the former players turned into entrepreneurs approved the agreement with Tenfield.

The former President of Defensor Sporting, Eduardo Arsuaga, provided more information in an interview published yesterday by the Búsqueda weekly newspaper. "Figueredo had a commission of 10% for the granting of the TV rights of Uruguayan football during his presidency at the AUF. At the time, this amounted to five million dollars. Ten percent was USD 500,000 (…) Of course, it was a bribe", he affirmed. Furthermore, Arsuaga remembered that soon after that episode, Figueredo bought an apartment for 500,000 dollars in cash.

From the moment of the execution of said contract, the relationship of Casal and Figueredo with the AUF was very close. At the suggestion of the entrepreneur, the Argentine Daniel Passarella was brought to lead the National Team and he even contributed with a high percentage of the salary of the professional. Without Passarella, Uruguay classified for the 2002 World Cup and someone wrote "Thank you Paco" in the electronic board of the Colombes stand.

After that, the relationship between Figueredo and Casal deteriorated for reasons related to football and also private businesses, as it is said in the environment. The leader lost his position at the AUF, but he stayed at the Conmebol. When their businesses conflicted again, the big rupture occurred.

### Assembly of Famous People against the Conmebol.

In September 2013, Paco Casal sponsored a meeting of former football players held at the headquarters of Corinthians of San Pablo, with the presence of important people such as Diego Maradona, Oscar Ruggeri, José Luis Chilavert, Iván Zamorano, Romario and Enzo Francescoli. The Conmebol was strongly criticized and a claim was made for the entity to be presided by a former player, as is the case with Michel Platini at the UEFA.

## The whims of a relationship

Casal and Figueredo signed the first contract on the rights of Uruguayan football in 1997.

The entrepreneur suggested Figueredo hiring Passarella to lead Uruguay.

In 2005, Figueredo proposed to act as mediator between Peñarol and Casal in the case of Bueno "Cebolla" Rodríguez-Bizera, but he did not get far.

In 2006, when the Executive Board of the AUF led by José Luis Corbo wanted a change in the conditions of the contract with Casal, he wanted Figueredo to intervene on his behalf.

From allies to enemies: the Figueredo-Casal relationship – Information – Latest updated news of Uruguay and the World – Diario EL PAIS Uruguay

In 2013, Casal managed to make seven clubs file a complaint before the justice system for corruption at the Conmebol, the last fief of Figueredo.

## PAYMENT OR BRIBE

### The AUF did not speak yesterday and Bauzá waits.

The former President of the Uruguayan Football Association, Sebastián Bauzá, made a submission before the institution yesterday, to receive the balance sheet of the year 2013 and the receipt that proves that on December 26 of said year USD 1.5 million flowed into the coffers of the institution as advance payment pursuant to a TV rights contract.

In the complaint of the United States Department of Justice, it is stated that said money was part of the payment of a bribe for the persons in charge of each of the confederations of the Conmebol for the organization of several Copa América tournaments. Bauzá intends to obtain the documentation to clarify any doubts about his administration in a press conference. Bauzá told El País that the money came through bank transfer from Paraguay and flowed into an account of the AUF. Yesterday, the Association did not publish information to shed light on this fact that had global impact on its webpage. The government, through the national director of Sports, Fernando Cáceres, testified to the entrance of money as part of the payment for TV broadcast rights, and described any insinuation about Bauzá's administration as a "dirty trick".

### Conmebol will investigate 20 years of contracts.

From Zurich, the President of the Uruguayan Football Association (AUF), Wilmar Valdez, told El País that the Conmebol (South American Football Association) unanimously approved today "an internal investigation of the financial operations of the last twenty years". The proposal was made by the President of the Conmebol himself, the Paraguayan Juan Ángel Napout.

The Conmebol, composed of ten countries of South America, was the hardest hit in the complaint being investigated by the United States Department of Justice, since

most of the persons under arrest belong to it, and it is accused of having received bribes amounting to USD 110 million for contracts related to the Copa América tournaments.

# EXHIBIT 2

23/08/2016 - 13:47   Clarin.com   Deportes   Fútbol Internacional

**Eliminatorias sudamericanas**

# Amenaza de renuncias en Uruguay antes de enfrentar a Argentina

Los jugadores están en conflicto con los dirigentes, que deben decidir entre dos ofertas por los derechos de imagen.



Godín, capitán de Uruguay, durante la reciente Copa América Centenario. (Foto: EFE)

 Guillermo Pellegrino

Selección de fútbol de Uruguay      Eliminatoria Sudamericana

El fantasma de las renuncias se proyecta sobre la Celeste. La polémica sobre los derechos de imagen de las selecciones nacionales -en la que la Asociación Uruguaya de Futbol (AUF) deberá elegir entre las ofertas de las firmas Nike y Puma o llamar a una licitación abierta internacional- se ha tornado en una disputa acerca de la independencia del fútbol oriental respecto a la empresa Tenfield, de Francisco *Paco* Casal. Y el conflicto llegó a tal punto que, según una nota publicada este martes por **El País**, los jugadores estarían

dispuestos a no defender al seleccionado, ni a ceder sus derechos de imagen, a menos que a la AUF ingrese un dinero igual o mayor al que ofrece Nike, que cuadriplica al que se dispone a pagar Puma -vinculada a Casal- en una primera instancia.

> Mirá también
> Un conflicto que jaquea al próximo rival de la Selección

De acuerdo a fuentes consultadas por el diario montevideano, los futbolistas no quieren ser cómplices de una decisión en la que la dirigencia se incline por una oferta económica muy inferior (la de Nike es de US$ 3.500.000 por año, mientras que Puma, sponsor actual, pagaría US$ 750.000 por el mismo período de tiempo). Y en caso de que eso suceda, ya les comunicaron a los integrantes del Ejecutivo de la AUF la resolución de **no jugar más por la selección**, cuyo próximo compromiso por eliminatorias es el 1° de septiembre, en Mendoza, frente a Argentina.

Si bien esta noche en la AUF se celebrará una Asamblea Extraordinaria para votar sobre las dos ofertas de sponsoreo que en la actualidad hay sobre la mesa, todo parece indicar que no se llegaría en esta instancia a una determinación. Y que esta novela tendrá, de aquí en adelante, muchísimos más capítulos, que seguramente contribuirán a que los jugadores no se autoexcluyan de la selección, que desde 2010, a fuerza de buenos resultados, ha entrado en la piel de la afición deportiva local.

Para la reunión de esta noche, por ahora, hay más dudas que certezas. Pero como adelantó **Clarín** hoy, por más que la oferta económica de Nike sea notoriamente superior a la de Puma, varios clubes no estarían dispuestos a votarla. ¿Las razones? Diversas. Algunas instituciones, porque le deben favores a Tenfield, que fue su fuente de dinero en distintas ocasiones para poder solventarse. Otras, porque entienden que si se inclinan por Nike, la AUF se expone a un juicio por parte de Tenfield y Puma, que tienen el derecho de igualar la mejor oferta "a partir del 31 de diciembre de 2016", fecha en la que vence el contrato del actual sponsor de La Celeste. Y otras porque entienden que no hay que quedarse con las dos propuestas actuales, y que hay que abrirse a una licitación, para que pugnen más empresas interesadas. Aunque, según una nota del diario **El Observador**, el Ejecutivo de la AUF sostiene que ese camino es peligroso porque las empresas pueden

coordinarse para no ofrecer más dinero que los US$ 24,5 millones (por siete años), además de la casi certeza de que Nike retiraría la oferta.

Esta noche seguramente será el primer acto de una obra que promete alargarse, porque está en juego, nada más y nada menos, que el futuro de un fútbol cargado de gloria, que desde hace poco más de un lustro volvió a estar en un sitial de privilegio.



# TRANSLATION CERTIFICATION

**County of Monroe**
**State of New York**

Date: April 17, 2018

To Whom It May Concern:

This is to certify that the attached translation from Spanish into English is an accurate representation of the documents received by this office.

The documents are designated as:

- Amenaza de renuncias en Uruguay antes de enfrentar a Argentina

Kiel Henry, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____

Signature of Kiel J. Henry

08/23/2016 – 1:47 PM          Clarin.com          Sports     International Football

**South American Qualifying Games**

# Threats to Resign in Uruguay before Facing Argentina

The players are in conflict with the leaders, who must decide between two offers for image rights.



Godin, Captain of Uruguay, during the recent Copa América Centenario. (Picture: EFE)

 Guillermo Pellegrino

---

---

Uruguay football team                    South American Qualifying Games

The ghost of resignations projects onto the "La Celeste". The controversy over the image rights of the national teams —where the Uruguayan Football Association (AUF) must choose between the offers made by Nike and Puma or calling an international open tender— has become a dispute about the independence of Uruguayan football with respect to the company Tenfield, of Francisco *Paco* Casal. And the conflict reached such point that, according to an article published this Tuesday by **El País**, the players would be

willing not to defend the national team or assign its image rights, unless an amount of money equivalent to that offered by Nike, which quadruples the sum that Puma —linked to Casal—is willing to pay, is received by the AUF.

See also
A conflict that hijacks the next rival of the National Team

According to sources consulted by the newspaper of Montevideo, the football players do not want to be accomplices to a decision in which the leadership leans towards a much lower offer (the one made by Nike amounts to USD 3,500,000 per year, while Puma, current sponsor, would pay USD 750,000 for the same period of time). And if this happens, they already informed the members of the Executive Board of the AUF of the **decision not to play for the national team**, whose next match for the qualifying games is on September 1, in Mendoza, against Argentina.

Even though an Extraordinary Meeting will be held tonight at the AUF to vote on the two current sponsoring offers on the table, everything seems to indicate that a decision will not be reached at this stage. And that this novel will have, from now on, many more chapters, which most probably will contribute to preventing players from excluding themselves from the national team, which since 2010, thanks to the good results, has awaken local sport interest.

So far, for tonight's meeting, there are more doubts than certainties. But as **Clarín** said today, although Nike's economic offer is significantly higher than that of Puma, several clubs are allegedly not willing to vote for it. The reasons? Several. In the case of some institutions, because they owe favors to Tenfield, which was their source of money on different occasions to be able to cover their costs. In the case of other institutions, because they consider that if they lean towards Nike, the AUF exposes itself to legal proceedings by Tenfield and Puma, who have the right to match the best offer "as from December 31, 2016", when the contract of the current sponsor of La Celeste expires. And in the case of others, because they consider that they must not choose from the two current offers, and that a tender must be opened, so that more interested companies can compete. However, according to the article of the newspaper **El Observador**, the Executive Board of the AUF states that that road is dangerous because the companies can

make arrangements among them so as not to offer more money than the USD 24.5 million (for seven years), apart from the almost-certainty that Nike would withdraw the offer.

Tonight most likely will be the first act of a play that promises to be longer, because what is at stake is nothing less than the future of a kind of football stowed with glory, which since just over five years was put back on a privileged position.

# EXHIBIT 3



# EL ESPECTADOR

Viernes 13 De Abril

# "Ya no hay lugar para trampas": presidente de la Conmebol

Fútbol Internacional   25 Jul 2017 – 6:23 PM
Por: AFP

Alejandro Domínguez, señaló además que "abrimos una licitación para seleccionar una agencia que replantee toda la comercialización de los derechos y productos de la Conmebol".



/ AFP

El presidente de la Conmebol, **Alejandro Domínguez, dijo que en la**

   

"Es importante que lo escuchen y lo repitan. Se acabó. **Acá ya no hay lugar para trampas,** no hay lugar para los Burzacos, los Jinkins o los Casales", subrayó Domínguez en el discurso de apertura de un Taller de Desarrollo para las Asociaciones Miembro.

"Acá vamos a hacer las cosas de forma abierta y transparente, con procesos competitivos basados en méritos, y diseñados por profesionales para optimizar los ingresos del fútbol sudamericano y asegurar que la plata llegue al desarrollo del fútbol en lugar de quedar en manos de intermediarios inescrupulosos como antes", enfatizó.

Tras reiterar que la Conmebol vive un nuevo tiempo, remarcó que la entidad se encuentra en su proceso más importante. **"Abrimos una licitación para seleccionar una agencia que replantee toda la comercialización de los derechos y productos de la Conmebol"**, precisó.

Domínguez dio el discurso de apertura del Taller de Desarrollo para las Asociaciones Miembro en la sede permanente de la entidad en Asunción este martes.

Dijo que después de esta licitación vendrán procesos abiertos y transparentes de licitación de los activos de la Conmebol: derechos televisivos, audiovisuales, digitales y de mercadeo.

La organización, núcleo de las 10 asociaciones de fútbol de Sudamérica, publicó la semana pasada una invitación a participar en el proceso de licitación para contratar una agencia que preste servicios profesionales y especializados de consultoría.

El llamado busca encauzar la comercialización, venta y posventa de los activos comerciales de las competencias de clubes de la Conmebol en el periodo 2019–2022.

**Enemigos**



reformas y, particularmente, la decisión política de adoptar nuevos procesos profesionales y competitivos de comercialización.

**"Estos procesos van a molestar**. Hay gente que no cambió, enemigos del fútbol que se vienen moviendo para que la Conmebol no se modernice, no se democratice y no se transparente", denunció.

Sostuvo que tales enemigos "nunca dan la cara".

"Siempre hablan a través de otros personajes y siempre difaman sin fundamento o prueba alguna. Ante estos cambios, estos enemigos van a exacerbar los ataques, desesperados por frenar la apertura y por defender las trampas de la vieja guardia", apuntó.

Reveló que en los últimos 18 meses, la organización se ha transformado con nuevos estatutos que abrieron la participación y fortalecieron la democracia. "Se instalaron estrictos controles que obligan a rendir cuentas".

**"Somos la única Confederación en hacer una investigación interna y auditoría forense de la corrupción del pasado,** en compartir esos resultados con las autoridades y en accionar contra los responsables", remarcó el directivo.

Domínguez destacó también que el dinero recaudado ahora llega para el desarrollo del fútbol sudamericano.

**Temas relacionados**

Alejandro Domínguez          Conmebol

**0 Comentarios**

Ya no hay lugar para trampas: presidente de la Conmebol | ELESPECTADOR.COM

## SECCIONES

| | | |
|---|---|---|
| Política | Judicial | |
| Paz | Salud | |
| Nacional | Actualidad | |
| Vice | Redes Sociales | |
| Cultura | Medio Ambiente | |
| Investigación | El Mundo | |
| Bogotá | Educación | |
| Alto Turmequé | Opinión | |
| Economía | Deportes | |
| Entretenimiento | Vivir | |
| Tecnología | Blogs | |

## RED DE PORTALES

caracolnext.com

caracoltv.com

noticiascaracol.com

golcaracol.com

caracolplay.com

caracoltvcorporativo.com

bluradio.com

lakalle.com

cromos.com.co

shock.co

cinecolombia.com

teatromayor.org

primerafila.com.co

dataifx.com

Paute con nosotros

Foros El Espectador

## SERVICIOS

Suscripciones impresas

Círculo de experiencias

Edictos y avisos judiciales

Superintendencia de Industria y Comercio

Urna Virtual

Editores

## EDICIONES

On-line

Síganos en

f     twitter     youtube     instagram

Miembro de

Ya no hay lugar para trampas: presidente de la Conmebol | ELESPECTADOR.COM

El uso de este sitio web implica la aceptación de los Términos y Condiciones y Políticas de privacidad de COMUNICAN S.A. Todos los Derechos Reservados D.R.A. Prohibida su reproducción total o parcial, así como su traducción a cualquier idioma sin la autorización escrita de su titular. Reproduction in whole or in part, or translation without written permission is prohibited. All rights reserved 2013

Servicio al cliente: LÍNEA NACIONAL 01 8000 510903. EN BOGOTÁ: 4055540, servicioalcliente@elespectador.com.

   



# TRANSLATION CERTIFICATION

**County of Monroe**
**State of New York**

Date: April 13, 2018

To Whom It May Concern:

This is to certify that the attached translation from Spanish into English is an accurate representation of the documents received by this office.

The documents are designated as:

- 2017.07.25 - El Espectador - 'Ya no hay lugar para trampas' - presidente de la Conmebol

Kiel Henry, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Kiel J. Henry

**Global Solutions.** Local Expertise.

# EL ESPECTADOR

**Friday, April 13**

## "There's no more room for traps":

## president of the Conmebol

<span style="color:orange">International Soccer</span> July 25, 2017 – 6:23 PM

By: AFP

Alejandro Dominguez also pointed out that "we have opened a tender in order to select an agency that reframes the marketing of the Conmebol rights and products".



**/ AFP**

The President of the Conmebol, **Alejandro Domínguez, said that in the**

   

"It is important that this is heard and reproduced. It's over. **There's no more room for traps here,** there's no room for Burzacos, Jinkins or the Casales", highlighted Domínguez in the opening speech for a Development Workshop for Member Associations.

"Here, we're going to do things in an open and transparent manner, with competitive processes based on hard work and designed by professionals in order to optimize the income of South American soccer and make sure that the money goes to the development of soccer instead of going to the hands of unscrupulous intermediaries as it has happened in the past", he stated.

After repeating that the Conmebol is living a new era, he highlighted the fact that the entity is going through its most important process. **"We have opened a tender in order to select an agency that reframes the marketing of the Conmebol rights and products",** he mentioned.

Domínguez pronounced the opening speech for a Development Workshop for Member Associations at the permanent headquarters in Asunción, this Tuesday.

He said that after this tender, there will come open and transparent tender processes regarding the Conmebol assets: television, audiovisual, digital and marketing rights.

The organization, core of the 10 soccer associations of South America, published an invitation to tender last week in order to hire an agency that provides professional and specialized consulting services.

This call is seeking to channel the commercialization, sales and after-sales of commercial assets of the Conmebol club competitions during the period 2019-2022.

**Enemies**



Reforms and particularly, the political decision to adopt new professional and competitive marketing processes.

**"These processes are going to be annoying.** There's people who haven't changed, soccer enemies trying to avoid that the Conmebol becomes modern, democratic and transparent", he exposed.

He held that such enemies "never show up".

"They always speak through other characters and always tend to defame unsubstantially. In view of these changes, these enemies are going to fuel their attacks, in a desperate attempt to prevent the opening from taking place and defend the old-school traps", he pointed out.

He revealed that in the last 18 months, the organization has been transformed and included new statutes that have opened the participation and have strengthened democracy. "Strict controls requiring accountability were introduced".

**"We are the only Confederation that has made an internal investigation and a forensic audit regarding the past corruption,** and the only ones to share the result of such with authorities and take action against the ones to be accounted for it", highlighted the director.

Domínguez also pointed out that the money collected is now going to be used for the development of South American soccer.

**Related Topics**

Alejandro Domínguez          Conmebol

**0 Comments**

SECTIONS

| Politics | Legal |
|---|---|
| Peace | Health |
| National | Latest News |
| Vice | Social Networks |
| Culture | Environment |
| Investigation | The World |
| Bogotá | Education |
| Alto Turmequé | Opinion |
| Economy | Sports |
| Entertainment | Living |
| Technology | Blogs |

NETWORK OF PORTALS

caracolnext.com

caracoltv.com

noticiascaracol.com

golcaracol.com

caracolplay.com

caracoltvcorporativo.com

bluradio.com

lakalle.com

cromos.com.co

shock.co

cinecolombia.com

teatromayor.org

primerafila.com.co

dataifx.com

Advertise with Us

El Espectador Forums

SERVICES

Print subscriptions

Circle of experiences

Public Notices and Legal Ads

Virtual Ballot Box

EDITIONS

On-line

Editors

Follow us

Member of

https://www.elespectador.com/deportes/futbol-internacional/ya-no-hay-lugar-para-trampas-presidente-de-la-conmebol-articulo-704893

The use of this website implies the acceptance of the Terms and Conditions and Privacy Policies of COMUNICAN S.A. All rights reserved D.R.A. Reproduction in whole or in part, or translation to any language without written permission of its owner is prohibited. All rights reserved 2013.

Customer Service: NATIONAL HOT LINE 01 8000 510903. IN BOGOTÁ: 4055540, servicioalcliente@elespectador.com

