UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16-cv-24431-Altonaga/McAliley

GOLTV, INC. and GLOBAL SPORTS PARTNERS LLP,

                          Plaintiffs,

       v.

FOX SPORTS LATIN AMERICA, LTD., PAN AMERICAN SPORTS ENTERPRISES CO., d/b/a FOX SPORTS LATIN AMERICA (individually and as successor to FOX PAN AMERICAN SPORTS LLC), FOX INTERNATIONAL CHANNELS (US), INC., FOX NETWORKS GROUP, INC. (as successor to FOX INTERNATIONAL CHANNELS (US), INC.), CARLOS MARTINEZ, HERNAN LOPEZ, JAMES GANLEY, T&T SPORTS MARKETING LTD., TORNEOS Y COMPETENCIAS, S.A., ALEJANDRO BURZACO, FULL PLAY GROUP S.A., CONFEDERACION SUDAMERICANA DE FUTBOL, d/b/a CONMEBOL, EUGENIO FIGUEREDO, and JUAN ANGEL NAPOUT,

                          Defendants.

## NOTICE OF APPEARANCE

The undersigned, Jeffrey B. Goldberg of the law firm Hughes Hubbard & Reed LLP, hereby appears as counsel for JUAN ÁNGEL NAPOUT, and requests that copies of all future pleadings, briefs, motions, orders, correspondence, and other papers be served upon him.

Dated:  May 14, 2018

HUGHES HUBBARD & REED LLP
201 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131-4332
Telephone:  (305) 358-1666
Facsimile:  (305) 371-8759
By: /s/Jeffrey B. Goldberg
Jeffrey B. Goldberg
Florida Bar No. 118689
jeffrey.goldberg@hugheshubbard.com

*Attorneys for Defendant Juan Ángel Napout*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of May, 2018, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I further certify that the foregoing is being served this day upon all counsel of record.

/s/ Jeffrey B. Goldberg
Jeffrey B. Goldberg