UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-24431-CIV-ALTONAGA/Goodman

**GOLTV, INC.**, *et al.*,

    Plaintiffs,
v.

**FOX SPORTS LATIN AMERICA LTD.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court at a May 16, 2018 hearing [ECF No. 388] on Defendants, Fox Sports Latin America, Ltd., Pan American Sports Enterprises Company, Fox International Channels (US) Inc., Fox Networks Group, Inc., and Torneos y Competencias S.A.'s Motion for Issuance of Letters Rogatory [ECF No. 368], filed April 30, 2018.  On May 14, 2018, Plaintiffs, GolTV, Inc. and Global Sports Partners LLP, filed an Opposition to Certain Discovery [ECF No. 380], to which Defendants filed a Reply [ECF No. 383].  The Court has carefully considered the parties' submissions, the record, and applicable law.

For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** that Defendants' Motion **[ECF No. 368]** is **GRANTED**.

**DONE AND ORDERED** in Miami, Florida, this 16th day of May, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record