# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE No. 1:16-cv-24431-Altonaga/McAliley

GOLTV, INC., and GLOBAL SPORTS
PARTNERS LLP,

                Plaintiffs,

           -v.-

FOX SPORTS LATIN AMERICA, LTD.,
PAN AMERICAN SPORTS ENTERPRISES
COMPANY, d/b/a FOX SPORTS LATIN
AMERICA (individually and as successor to FOX
PAN AMERICAN SPORTS LLC), FOX
INTERNATIONAL CHANNELS (US), INC.,
FOX NETWORKS GROUP, INC. (as successor to
FOX INTERNATIONAL CHANNELS (US),
INC.), CARLOS MARTINEZ, HERNAN LOPEZ,
JAMES GANLEY, T&T SPORTS MARKETING
LTD., TORNEOS Y COMPETENCIAS, S.A.,
ALEJANDRO BURZACO, FULL PLAY GROUP
S.A., CONFEDERACION SUDAMERICANA
DE FUTBOL, d/b/a CONMEBOL, EUGENIO
FIGUEREDO, and JUAN ANGEL NAPOUT,

                Defendants.

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
## (LETTERS ROGATORY)

## TO THE APPROPRIATE JUDICIAL AUTHORITY
## IN THE ORIENTAL REPUBLIC OF URUGUAY

The United States District Court for the Southern District of Florida, in the United States of America, presents its compliments to the appropriate judicial authority of the Oriental Republic of Uruguay and respectfully requests international judicial assistance in obtaining evidence to be used in the above-captioned civil action proceeding before this Court.  This Court requests the assistance described herein as necessary in the interest of justice.  The assistance requested is that the appropriate judicial authority of the Oriental Republic of Uruguay, by the proper and usual process of your Court, make the necessary Order or Orders to compel the production, inspection, and copying of all documents that are in possession, custody, or control of Eugenio Figueredo, the Asociación Uruguaya de Fútbol, Tenfield S.A., and Full Play Group, S.A., as identified in Schedule A, Schedule B, Schedule C, and Schedule D, respectively.

The applicants for this Letter Rogatory are Defendants Fox Sports Latin America, Ltd., Pan American Sports Enterprises Company, Fox International Channels (US), Inc., and Fox Networks Group, Inc. (collectively, "Fox") and Torneos y Competencias S.A. ("Torneos"). Respective Uruguayan counsel for Fox and Torneos are available to answer any questions the appropriate judicial authority of the Oriental Republic of Uruguay may have.

This request is made pursuant to 28 U.S.C. § 1781(b)(2) (allowing United States courts to issue Letters Rogatory directly to a foreign tribunal or agency) and this Court's Order granting the Defendants' Motion for Issuance of Letters Rogatory.  The United States District Court for the Southern District of Florida is a competent court of law and equity which properly has jurisdiction over this proceeding, and has the power to compel the production of documents both within and outside its jurisdiction.

2

The production of documents is intended for use at trial or directly in the preparation of trial, and in the view of this Court, will be relevant to claims and defenses in the case. The requesting Court is satisfied that the evidence sought to be obtained through this request is relevant and necessary and cannot reasonably be obtained by other methods. Because this Court lacks jurisdiction to compel participation of these persons and entities and, such participation being necessary in order that justice be served in the above-captioned proceedings, this Court respectfully requests assistance from the appropriate judicial authority in the Oriental Republic of Uruguay.

1.    NAMES AND ADDRESSES OF THE PARTIES OF THE CASE AND THEIR REPRESENTATIVES

The documents requested relate to civil action No. 1:16-cv-24431, bearing the caption *GOLTV, Inc. et al. v. Fox Sports Latin America, Ltd. et al.*, which is currently pending in the United States District Court for the Southern District of Florida. The parties and their representatives are listed herein as follows:

**Plaintiffs**

**GOLTV, Inc.**
1580 John F. Kennedy Causeway
North Bay Village, FL 33141
United States

**Global Sports Partners, LLP**
11 Church Road
Great Bookham
Surrey
KT23 3 PB

*Represented By:*

Seth Farber
sfarber@winston.com
Julissa Reynoso
jreynoso@winston.com

3

George Mastoris
gmastoris@winston.com
Marcelo Blackburn
mblackburn@winston.com
Cristina Calvar
ccalvar@winston.com
Michael Alexander Fernandez
MAFernandez@winston.com
Lauren E. Duxstad
lduxstad@winston.com
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
212-294-6700

Peter H. Levitt
plevitt@shutts.com
Stephen Bernanrd Fillman
sgillman@shutts.com
SHUTTS & BOWEN LLP
200 S. Biscayne Boulevard, Suite 4100
Miami, FL 33131
(305) 358-6300

**Defendants**

**Fox Sports Latin America, Ltd.**
2121 Ponce De Leon Boulevard
Coral Gables, FL 33134
United States

**Pan American Sports Enterprises Company**
2121 Ponce De Leon Boulevard
Coral Gables, FL 33134
United States

**Fox International Channels (US), Inc.**
10201 West Pico Boulevard
Los Angeles, CA 90035
United States

**Fox Networks Group, Inc.**
10201 West Pico Boulevard
Los Angeles, CA 90035
United States

*Represented By:*

Jay B. Shapiro
jshapiro@stearnsweaver.com
Morgan McDonough
mmcdonough@stearnsweaver.com
Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
150 West Flagler Street, Suite 2200
Miami, Florida 33130-1545
(305) 789-3200

Tobin J. Romero
tromero@wc.com
Jonathan B. Pitt
jpitt@wc.com
Craig D. Singer
csinger@wc.com
William J. Vigen
wvigen@wc.com
Carol Joan Pruski
CPruski@wc.com
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000

**Alejandro Burzaco**
c/o Adam Louis Schwartz
Homer Bonner Jacobs
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131
United States

*Represented by:*

John Daniel Couriel
john.couriel@kobrekim.com
Laura Maria Gonzalez-Marques
laura.gonzalez@kobrekim.com
Kobre & Kim, LLP
201 South Biscayne Boulevard
Suite 1900
Miami, FL 33131
(305) 967-6115

Adam Louis Schwartz
aschwartz@homerbonner.com
Rayda Aleman
raleman@homerbonner.com
Homer Bonner Jacobs
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131
(305) 350-5116

**James Ganley**
c/o Benedict P. Kuehne
Kuehne Davis Law, P.A.
100 S.E. 2nd Street, Suite 3550
Miami, FL 33131
United States

*Represented by:*

Michael T. Davis
mdavis@kuehnelaw.com
Benedict P. Kuehne
ben.kuehne@kuehnelaw.com
Kuehne Davis Law, P.A.
100 S.E. 2nd Street, Suite 3550
Miami, FL 33131
(305) 789-5989

**Hernan Lopez**
c/o Ryan K. Stumphauzer
Stumphauzer & Sloman PL
1 SE 3rd Avenue
Suite 1820
Miami, FL 33131
United States

*Represented by:*

Christopher Ellis Gottfried
cgottfried@sslawyers.com
Ryan K. Stumphauzer
rstumphauzer@sslawyers.com
Jorge A Perez Santiago
jperezsantiago@sslawyers.com
Stumphauzer & Sloman PL

1 SE 3rd Avenue
Suite 1820
Miami, FL 33131
(305) 371-9686

Jennifer E. LaGrange
jennifer@spertuslaw.com
Samuel Josephs
sam@spertuslaw.com
Matthew Donald Umhofer
matthew@spertuslaw.com
Spertus, Landes & Umhofer, LLP
1990 South Bundy Drive, Suite 705
Los Angeles, CA 90025
(310) 826-4700

**Carlos Martinez**
c/o Steven J. McCool
Mallon & McCool, LLC
1776 K Street, N.W., Suite 200
Washington, DC  20006

*Represented by:*

Steven J. McCool
smccool@mallonandmccool.com
Julia M. Coleman
jcoleman@mallonandmccool.com
Mallon & McCool, LLC
1776 K Street, N.W., Suite 200
Washington, DC  20006

James E. Sharp
jsharp@sharp-assoc.com
Sharp & Associates, PLLC
1215 19th Street, N.W.
Washington, DC 20005
(202) 467-4114

Ramon A. Abadin
ramon.abadin@sedgwicklaw.com
Sedgwick LLP
2 South Biscayne Boulevard
One Biscayne Tower - Suite 1500
Miami, FL 33131
(305) 671-2124

**Juan Angel Napout**
c/o Francisco Oscar Sanchez
Greenberg Traurig, P.A.
333 Avenue of the Americas
Miami, FL 33131

*Represented by:*

Francisco Oscar Sanchez
sanchezfo@gtlaw.com
Jacqueline Becerra
becerraj@gtlaw.com
Greenberg Traurig, P.A.
333 Avenue of the Americas
Miami, FL 33131
(305) 579-0610

**T&T Sports Marketing Ltd.**
c/o PAGET BROWN Trust Company Limited
Boundary Hall Cricket SQUARE P O Box 1111
Grand Cayman
KYI-1102 Cayman Island

*Represented by:*

Roberto Martinez
bob@colson.com
Stephanie Anne Casey
scasey@colson.com
Lindsey Lazopoulos Friedman
lindsey@colson.com
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
(305) 476-7400

**Torneos y Competencias S.A.**
Balcarce 510
C1064AAL
Buenos Aires
Argentina

*Represented by:*

David Massey

dmassey@rkollp.com
H. Rowan Gaither, IV
rgaither@rkollp.com
Maria Lapetina
mlapetina@rkollp.com
T. Jakob Sebrow
jsebrow@rkollp.com
Whitney O'Byrne
wobyrne@rkollp.com
RICHARDS KIBBE & ORBE, LLP
200 Liberty Street
New York, NY 10281
(212) 530-1800

Adam Michael Schachter
aschachter@gsgpa.com
Freddy Funes
ffunes@gsgpa.com
Gerald Edward Greenberg
ggreenberg@gsgpa.com
Gelber Schachter & Greenberg, P.A.
1221 Brickell Ave.
Suite 2010
Miami, FL 33131
(305) 728-0950

**Eugenio Figueredo**
Appearance not entered

**Intervenor**

**United States of America**
United States Attorney's Office
271 Cadman Plaza East
Brooklyn, NY 11201

2.    **NAME AND ADDRESS OF COUNSEL IN URUGUAY**

Uruguayan counsel responsible for presenting this Letter Rogatory to the appropriate

judicial authority of the Oriental Republic of Uruguay is listed herein as follows:

Hector B. Viana
hbviana@jimenez.com.uy
Mariela Ruanova
mruanova@jimenez.com.uy
Jimenez de Arechaga, Viana, + Brause

Zabala 1504 es. Cerrito
11000 Montevideo, Uruguay
(598) 2916-1460

*Counsel for Fox Sports Latin America,*
*Ltd., Pan American Sports Enterprises*
*Company, Fox International Channels (US)*
*Inc., and Fox Networks Group, Inc.*

Haroldo Espalter
Hughes & Hughes
hespalter@hughes.com.uy
25 de Mayo 455
11000 Montevideo, Uruguay
(598) 2916-0988

*Counsel for Torneos y Competencias S.A.*

## 3.   NATURE AND PURPOSE OF THE PROCEEDINGS AND SUMMARY OF THE FACTS

Plaintiffs GolTV, Inc. and Global Sports Partners LLP filed this action in October 2016,

alleging that the defendants, along with former defendants Full Play Group S.A. and Conmebol,

engaged in a bribery scheme in violation of the Racketeer Influenced and Corrupt Organizations

Act, 18 U.S.C. §§ 1962(c) and 1962(d); the Sherman Antitrust Act, 15 U.S.C. §§ 1 and 2; the

Florida Deceptive and Unfair Practices Act, Fla. Stat. §§ 501.201, *et seq.*, and state-law Tortious

Interference with Prospective Economic Advantage and Conspiracy to Commit Tortious

Interference.  An authentic copy of Plaintiff's Second Amended Complaint and its exhibits is

attached as Attachment 1.  Plaintiffs allege that former defendant Full Play Group S.A. and

Defendant Eugenio Figueredo participated in the alleged bribery scheme.  Plaintiffs also allege

that member associations of Confederación Sudamerican de Fútbol (Conmebol), such as the

Asociación Uruguaya de Fútbol (AUF), were harmed by the alleged scheme.

On September 19, 2017, the Court dismissed Full Play Group S.A. and Conmebol for

lack of jurisdiction.  On November 7, 2017, a Clerk's Entry of Default was entered against

Eugenio Figueredo for failure to appear.  On January 26, 2018, pursuant to a motion to dismiss filed by the defendants, the Court dismissed Plaintiffs' Sherman Antitrust claims and Florida Deceptive and Unfair Practices Act claims.  The claims under the Racketeer Influenced and Corrupt Organizations Act and state-law Tortious Interference with Prospective Economic Advantage and Conspiracy to Commit Tortious Interference remain.

4.   **EVIDENCE TO BE OBTAINED AND PURPOSE**

The evidence to be obtained consists of documents for use at trial or in preparation for trial in this matter.  The requested documents in Schedules A, B, C, and D seek documents and information that is uniquely in the possession, custody, or control of only Eugenio Figueredo, the AUF, Tenfield S.A., and Full Play Group, S.A.

Eugenio Figueredo, the AUF, Tenfield S.A., and Full Play Group S.A. all reside in Uruguay and, upon information and belief, are not domiciled in the United States.  Thus, this Court cannot directly compel them to provide the requested documents.  It is therefore respectfully requested that the appropriate judicial authority of the Oriental Republic of Uruguay compel Eugenio Figueredo, the Asociación Uruguaya de Fútbol, Tenfield S.A. and Full Play Group S.A. to produce documents responsive to the requests for production in Schedules A, B, C, and D to this Letter of Request, to the extent that they are in their possession, custody, or control, and are not privileged under the applicable laws of Uruguay.

The requested documents are needed in connection with the parties' claims and defenses.  While this Court expresses no view at this time as to the merits in the above-captioned case, it believes the evidence sought here will be relevant to and either probative or disprobative of material facts relevant to the parties' claims and defenses.

11

5.    **IDENTITY AND ADDRESSES OF THE ENTITIES AND PERSONS FROM WHOM DOCUMENTS ARE REQUESTED**

      The identity and addresses of the entities and persons to be compelled to produce documents is set forth below.  The addresses provided are based on currently available information and may be supplemented.

> **Eugenio Figueredo**
> Nationality: Uruguay
> Home Address: Rambla República del Perú 1503, apto. 1001, Montevideo, 11300, Uruguay
> Work Address: Viña del Mar 7090, oficina 202, Montevideo, 11500, Uruguay
> Represented by: Karen Pintos, Misiones 1445, Escritorio 5, Montevideo, 11000, Uruguay
>
> **Asociación Uruguaya de Fútbol**
> Nationality: Uruguay
> Address: Guayabo 1531, Montevideo, 11200, Uruguay
>
> **Tenfield S.A.**
> Nationality: Uruguay
> Address: Divina Comedia 1521, Montevideo, 11500, Uruguay
>
> **Full Play Group S.A.**
> Nationality: Uruguay
> Address: Parra del Riego 987/9, Montevideo, 11300, Uruguay

6.    **DOCUMENTS REQUESTED**

      It would further the interests of justice if you would summon Eugenio Figueredo, Asociación Uruguaya de Fútbol, Tenfield S.A., and Full Play Group S.A. to produce the documents set forth in Schedules A, B, C, and D to this Letter of Request.  A list of documents requested from Euguenio Figueredo is attached as Schedule A.  A list of documents requested from the Asociación Uruguaya de Fútbol is attached as Schedule B.  A list of documents requested from Tenfield S.A. is attached as Schedule C.  A list of documents requested from Full Play Group S.A. is attached as Schedule D.

7.      **SPECIFICATION OF DATE BY WHICH THE REQUESTING AUTHORITY REQUIRES RECEIPT OF THE RESPONSE TO THE LETTERS ROGATORY**

It is requested that, if possible, this action be carried out within a certain reasonable timeframe, not to exceed sixty (60) days from receipt, given the resources and faculties of the requested Court, applying principles of economy and expediency.  Given the timeline of the action and the current discovery deadlines, should the persons and entities from whom documents are requested fail to timely comply with a judicial order from the appropriate judicial authority of the Oriental Republic of Uruguay, the applicants of this Letter Rogatory will be unable to use documents relevant to their defenses in the case at trial or in preparation for trial.

8.      **PERSON TO WHOM REQUESTED DOCUMENTS ARE TO BE PRODUCED**

Hector B. Viana
hbviana@jimenez.com.uy
Mariela Ruanova
mruanova@jimenez.com.uy
Jimenez de Arechaga, Viana, + Brause
Zabala 1504 es. Cerrito
11000 Montevideo, Uruguay
(598) 2916-1460

*Counsel for Fox Sports Latin America,
Ltd., Pan American Sports Enterprises
Company, Fox International Channels (US)
Inc., and Fox Networks Group, Inc.*

Haroldo Espalter
Hughes & Hughes
hespalter@hughes.com.uy
25 de Mayo 455
11000 Montevideo, Uruguay
(598) 2916-0988

*Counsel for Torneos y Competencias S.A.*

9.      **RECIPROCITY**

In the furtherance of justice and by the proper and usual process of this Court, the United

States District Court for the Southern District of Florida assures the judicial authorities of the

Oriental Republic of Uruguay that it is willing to provide similar cooperation and assistance to

judicial authorities in Uruguay in the event that similar assistance is requested.


Dated: *May 17, 2018*



_____

THE HONORABLE CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE