UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-24431-CIV-ALTONAGA/McAliley

GOLTV, INC., *et al.*,

    Plaintiffs,

v.

FOX SPORTS
LATIN AMERICA, LTD., *et al.*,

    Defendants.

_____/

### GOVERNMENT'S REQUEST TO MAGISTRATE JUDGE MCALILEY FOR LEAVE TO FILE A BRIEF REPLY TO PLAINTIFF'S MAY 29, 2018 RESPONSE TO CLARIFY THE FACTUAL RECORD

Pursuant to the Court's order of April 25, 2018, see Dkt. No. 361 at 4, the government respectfully requests leave to clarify the factual record in this brief reply to Plaintiffs' May 29, 2018 response, see Dkt. No. 391 ("Plaintiffs' Response"), to the government's May 15, 2018 memorandum of law setting forth its objections to Plaintiffs' request for production number 23 to defendant Torneos y Competencias ("Torneos").[1] Specifically, Plaintiffs' Response states that "Plaintiffs offered the government an opportunity to redact information contained in the presentations to the extent it reveals the government's thoughts and processes." Plaintiffs' Response at 3. Plaintiffs' use of this "offer" in support of their position, without disclosing to the Court the government's response, is misleading and warrants clarification.

---

[1] Pursuant to Local Rule 7.1(a)(3), the government conferred with counsel prior to making this submission. Counsel for Plaintiffs and Torneos consent to the government's request to file this reply.

After receiving the Plaintiffs' proposal during a telephone call on May 21, 2018, the government explained to Plaintiffs, as it had previously, that the factual information in the Torneos PowerPoint presentations is wholly derived from the underlying documents that Torneos is producing to Plaintiffs in response to other requests.  In other words, the information sought by Plaintiffs in request number 23 is entirely cumulative, except to the extent it reflects Torneos' collection and organization of the factual information in response to the government's inquiries concerning specific areas of investigative focus.  Plaintiffs then speculated that the PowerPoint presentations may contain summaries of witness interviews that are not contained in the underlying documents to be produced by Torneos, and asked if the government would be willing to redact the presentations so that Plaintiffs could obtain such otherwise unavailable factual information.  The government responded in an email on May 24, 2018:

> In response to your question during the last call, I can report that counsel for Torneos have once again confirmed that the slide decks contain content that is based on the contemporaneous business records that will be available to the Plaintiffs through their Requests 1-22 and through Torneos's agreement to provide Plaintiffs with the contemporaneous business records that it produced to the EDNY relating to the Club Tournament Rights to the extent they are not responsive to Requests 1-22.  Thus, it remains our understanding that the request for the decks in Request 23 seeks factual information that is duplicative of that which is contained in the underlying information to be produced.

Plaintiffs neither responded to the government, nor disclosed the government's response to the Court.

Thus, as stated in the government's email, and as Plaintiffs well know, they will receive all of the factual information contained in the PowerPoint presentations through their other document requests to Torneos.  The only thing that Plaintiffs would be able to learn

from the presentations is what the government is investigating and how Torneos directed the government to the pertinent underlying documents. As the government argued in support of its objections, the government's investigative focuses—the only non-duplicable information that can be obtained from the presentations—are not relevant in the instant civil case. Plaintiffs' attempt to frame the relevance analysis in terms of the factual information that is in the underlying documents and merely repeated in the PowerPoint presentations is thus misleading, to say the least. See e.g., id. at 5-7. So too is their statement that "Plaintiffs only seek the factual information contained in the presentations," id. at 17, given that Plaintiffs have repeatedly been informed that all such information can be obtained from the underlying documents that will be produced to them.

## CONCLUSION

For the foregoing reasons, the government respectfully requests that the Court grant the government's request and consider this reply to Plaintiffs' Response. Beyond the factual clarification set forth herein, the government does not seek leave to file additional briefing.

Dated:   Brooklyn, New York
         June 4, 2018

                                        Respectfully submitted,

                                        RANDY HUMMEL
                                        Attorney for the United States,
                                        Acting Under Authority Conferred by 28
                                        U.S.C. § 515
                                        Southern District of Florida

                         By:   /s/
                                        Samuel P. Nitze
                                        Special Assistant United States Attorney
                                        Special Florida Bar ID No. A5502327
                                        271 Cadman Plaza East
                                        Brooklyn, New York 11201

Tel: (718) 254-6465
Fax: (718) 254-6320
samuel.nitze@usdoj.gov

M. Kristin Mace
Special Assistant United States Attorney
Special Florida Bar ID No. A5502326
271 Cadman Plaza East
Brooklyn, New York 11201
Tel: (718) 254-6879
Fax: (718) 254-6478
kristin.mace@usdoj.gov

Patrick T. Hein
Special Assistant United States Attorney
Special Florida Bar ID No. A5502324
271 Cadman Plaza East
Brooklyn, New York 11201
Tel: (718) 254-6284
Fax: (718) 254-7499
patrick.hein@usdoj.gov

Kaitlin T. Farrell
Special Assistant United States Attorney
Special Florida Bar ID No. A5502446
271 Cadman Plaza East
Brooklyn, New York 11201
Tel: (718) 254-6072
Fax: (718) 254-6320
kaitlin.farrell@usdoj.gov