UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-24431-CIV-ALTONAGA/MCALILEY

GOLTV, INC., *et al.*,

    Plaintiffs,

vs.

FOX SPORTS LATIN AMERICA, LTD.,
*et al.*,

    Defendants.
_____/

## ORDER FOLLOWING DISCOVERY HEARING

The Court held a hearing on June 26, 2018, on Plaintiffs' Notice of Telephonic Discovery Hearing. [DE 403]. Defendants James Ganley, Hernan Lopez and Carlos Martinez objected to being deposed before the Defendants depose Francisco Casal, the owner of Plaintiffs. The Honorable Cecilia M. Altonaga referred all discovery matters to me. [DE 360].

The Court had a full discussion with counsel for all parties about the timing of depositions and the prompt production of written discovery. For the reasons stated the hearing, which the Court incorporates herein, the Court **OVERRULES** the objection of Messrs. Ganley, Lopez and Martinez that Mr. Casal's deposition must take place before their respective depositions. The Court directed counsel to meet and confer to develop a

1

discovery schedule that ensures discovery is completed in accordance with the deadlines set forth in the Court's Scheduling Order.

DONE and ORDERED in chambers at Miami, Florida this 27th day of June, 2018.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc: The Honorable Cecilia M. Altonaga
    Counsel of record