UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-24431-CIV-ALTONAGA/MCALILEY

GOLTV, INC., *et al.*,

    Plaintiffs,

vs.

FOX SPORTS LATIN AMERICA, LTD.,
*et al.*,

    Defendants.

_____/

# ORDER SUSTAINING OBJECTIONS TO FOX'S REQUESTS
# FOR PRODUCTION NUMBERS 2 AND 3 DIRECTED TO NAPOUT

Defendant Juan Angel Napout asserted objections to the Fox Defendant's Requests for Production numbers 2 and 3. Intervenor United States also raised objections to these document requests. The Fox Defendants noticed this dispute for a discovery hearing [DE 419, 426], and at my direction the Fox Defendants, Napout and the Intervenor United States filed memoranda of law to explain their positions. [DE 425, 427, 428, 429].

Requests for Production numbers 2 and 3, as modified by the parties[1], asked Napout to produce to the Fox Defendants certain statements and recordings of five

---

[1] *See* DE 427, p. 2, n. 1.

1

individuals who testified for the government at Napout's criminal trial, which material the government produced to Napout before that trial.

Regarding the recordings, Napout objected to producing them in reliance on his Fifth Amendment privilege against self-incrimination. Napout also objected to the production of all requested documents on the basis that the request was overbroad and called for the production of irrelevant materials. The United States objected that Napout's production of the requested records would jeopardize its ongoing criminal investigation; the United States also contended that the document requests sought irrelevant information

I held a hearing today and heard argument from counsel regarding these objections. Having carefully considered the parties' memoranda, the pertinent portions of the record, the applicable law and counsel's argument, for the reasons stated at the hearing which I incorporate herein, the Court hereby sustains the objections Napout and the United States made to the Fox Defendant's document requests numbers 2 and 3, and therefore **ORDERS** that Napout need not produce the requested documents.

DONE and ORDERED in chambers at Miami, Florida this 18th day of July, 2018.

CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

2

cc: The Honorable Cecilia M. Altonaga
    Counsel of record