# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED BY ___AP___
Aug 16, 2018
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 16, 2018

Ramon Alberto Abadin
Sedgwick, LLP
1 BISCAYNE TOWER STE 1500
2 S BISCAYNE BLVD
MIAMI, FL 33131-1822

Rayda Aleman
Homer Bonner Jacobs
1441 BRICKELL AVE STE 1200
MIAMI, FL 33131-3429

Jacqueline Becerra
Greenberg Traurig, PA
401 E LAS OLAS BLVD STE 2000
FORT LAUDERDALE, FL 33301-4223

Sean P. Casey
Kobre & Kim, LLP
800 3RD AVE
NEW YORK, NY 10022

Stephanie Anne Casey
Colson Hicks Eidson
255 ALHAMBRA CIR PH
CORAL GABLES, FL 33134

Julia M. Coleman
Mallon & McCool, LLC
1776 K ST NW STE 200
WASHINGTON, DC 20006

John Couriel
Kobre & Kim, LLP
201 S BISCAYNE BLVD STE 1900
MIAMI, FL 33131

Michael Terrell Davis
Law Office of Benedict P. Kuehne, PA
100 SE 2ND ST STE 3550
MIAMI, FL 33131

Lindsey Lazopoulos Friedman
Colson Hicks Eidson
255 ALHAMBRA CIR PH
CORAL GABLES, FL 33134

Freddy Funes
Gelber Schachter & Greenberg, PA
1221 BRICKELL AVE STE 2010
MIAMI, FL 33131

H. Rowan Gaither IV
Richards Kibbe & Orbe LLP
200 LIBERTY ST FL 26
1 WORLD FINANCIAL CTR
NEW YORK, NY 10281

Laura Maria Gonzalez Marques
Kobre & Kim, LLP
201 S BISCAYNE BLVD STE 1900
MIAMI, FL 33131

Christopher Ellis Gottfried
Stumphauzer Sloman, PLLC
1 SE 3RD AVE STE 1820
MIAMI, FL 33131-2113

Gerald Edward Greenberg
Gelber Schachter & Greenberg, PA
1221 BRICKELL AVE STE 2010
MIAMI, FL 33131

Samuel Josephs
Spertus Landes & Umhofer
1990 S BUNDY DR STE 705
LOS ANGELES, CA 90025

Benedict P. Kuehne
Law Office of Benedict P. Kuehne, PA
100 SE 2ND ST STE 3550
MIAMI, FL 33131

Jennifer Elaine LaGrange
Spertus Landes & Umhofer
1990 S BUNDY DR STE 705
LOS ANGELES, CA 90025

Maria Lapetina
Richards Kibbe & Orbe LLP
200 LIBERTY ST FL 26
1 WORLD FINANCIAL CTR
NEW YORK, NY 10281

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

David Mathew Levine
Carey Rodriguez Greenberg O'Keefe, LLP
1395 BRICKELL AVE STE 700
MIAMI, FL 33131-3300

Roberto Martinez
Colson Hicks Eidson
255 ALHAMBRA CIR PH
CORAL GABLES, FL 33134

David Benton Massey
Richards Kibbe & Orbe LLP
200 LIBERTY ST FL 26
1 WORLD FINANCIAL CTR
NEW YORK, NY 10281

Steven J. McCool
Mallon & McCool, LLC
1776 K ST NW STE 200
WASHINGTON, DC 20006

Morgan Amanda McDonough
Stearns Weaver Miller Weissler Alhadeff & Sitterson, PA
150 W FLAGLER ST STE 2200
MIAMI, FL 33130

Whitney O'Byrne
Richards Kibbe & Orbe LLP
200 LIBERTY ST FL 26
1 WORLD FINANCIAL CTR

NEW YORK, NY 10281

Jorge Andre Perez Santiago
Stumphauzer Sloman, PLLC
1 SE 3RD AVE STE 1820
MIAMI, FL 33131-2113

Jonathan B. Pitt
Williams & Connolly, LLP
725 12TH ST NW
WASHINGTON, DC 20005

Carol Joan Pruski
Williams & Connolly, LLP
725 12TH ST NW
WASHINGTON, DC 20005

Tobin Joe Romero
Williams & Connolly, LLP
725 12TH ST NW
WASHINGTON, DC 20005

Brigid F. Cech Samole
Greenberg Traurig, LLP
333 SE 2ND AVE STE 4400
MIAMI, FL 33131

Francisco O. Sanchez
Homer Bonner Jacobs
1441 BRICKELL AVE STE 1200
MIAMI, FL 33131-3429

Adam Michael Schachter
Gelber Schachter & Greenberg, PA
1221 BRICKELL AVE STE 2010
MIAMI, FL 33131

Adam Louis Schwartz
Homer Bonner Jacobs
1441 BRICKELL AVE STE 1200
MIAMI, FL 33131-3429

Tzvi Jakob Sebrow
Richards Kibbe & Orbe LLP
200 LIBERTY ST FL 26
1 WORLD FINANCIAL CTR

NEW YORK, NY 10281

Jay B. Shapiro
Stearns Weaver Miller Weissler Alhadeff & Sitterson, PA
150 W FLAGLER ST STE 2200
MIAMI, FL 33130

James E. Sharp
Sharp & Associates, PLLC
1215 19TH ST NW
WASHINGTON, DC 20005

Craig D. Singer
Williams & Connolly, LLP
725 12TH ST NW
WASHINGTON, DC 20005

William R. Stein
Hughes Hubbard & Reed, LLP
1775 I ST NW STE 600
WASHINGTON, DC 20006-2415

Ryan K. Stumphauzer
Stumphauzer Sloman, PLLC
1 SE 3RD AVE STE 1820
MIAMI, FL 33131-2113

Nicolas Swerdloff I
Hughes Hubbard & Reed, LLP
201 S BISCAYNE BLVD STE 2500
MIAMI, FL 33131-4341

Matthew Umhofer
Spertus Landes & Umhofer
1990 S BUNDY DR STE 705
LOS ANGELES, CA 90025

William J. Vigen
Williams & Connolly, LLP
725 12TH ST NW
WASHINGTON, DC 20005

Aviva L. Wernick
Hughes Hubbard & Reed, LLP
201 S BISCAYNE BLVD STE 2500
MIAMI, FL 33131-4341

Appeal Number:  18-90008-J
Case Style:  Fox Sports Latin America Ltd., et al v. GolTV, Inc., et al
District Court Docket No:  1:16-cv-24431-CMA

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. <u>See</u> 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Davina C. Burney-Smith, J
Phone #: (404) 335-6183

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 18-90008-J

FOX SPORTS LATIN AMERICA LTD.,
PAN AMERICAN SPORTS ENTERPRISES COMPANY,
individually and as successor to Fox Pan American Sports LLC,
d.b.a.
Fox Sports Latin America Ltd.,
FOX INTERNATIONAL CHANNELS (U.S.), INC.,
FOX NETWORKS GROUP, INC.,
as successor to Fox International Channels (US), Inc.,
CARLOS MARTINEZ,
HERNAN LOPEZ,
JAMES GANLEY,
T & T SPORTS MARKETING LTD.,
TORNEOS Y COMPETENCIAS, S.A.,
ALEJANDRO BURZACO,
JUAN ANGEL NAPOUT,

                                                                                    Petitioners,

versus

GOLTV, INC.,
GLOBAL SPORTS PARTNERS LLP,

                                                                                    Respondents.

Southern District of Florida

Before: TJOFLAT, WILLIAM PRYOR and JORDAN, Circuit Judges.

BY THE COURT:

Petitioners' petition for permission to appeal from the district court's January 26, 2018 order under 28 U.S.C. § 1292(b) is DENIED.