UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16-cv-24431-CMA-Altonaga/McAliley

| | |
|---|---|
| GOLTV, INC., and GLOBAL SPORTS PARTNERS LLP, <br><br> Plaintiffs, <br><br> -v.- <br><br> FOX SPORTS LATIN AMERICA, LTD., PAN AMERICAN SPORTS ENTERPRISES COMPANY, d/b/a FOX SPORTS LATIN AMERICA (individually and as successor to FOX PAN AMERICAN SPORTS LLC), FOX INTERNATIONAL CHANNELS (US), INC., FOX NETWORKS GROUP, INC. (as successor to FOX INTERNATIONAL CHANNELS (US), INC.), CARLOS MARTINEZ, HERNAN LOPEZ, JAMES GANLEY, T&T SPORTS MARKETING LTD., TORNEOS Y COMPETENCIAS, S.A., ALEJANDRO BURZACO, EUGENIO FIGUEREDO, and JUAN ANGEL NAPOUT, <br><br> Defendants. | |

## JOINT STATUS REPORT

Pursuant to the Court's Order of August 2, 2018 [ECF 451], the parties submit this report advising the Court of the status of the government's related criminal investigation.

The government has advised the parties of the following: "The status has not changed from the EDNY perspective, for the reasons set forth in [the previous status report]." In the last status report, the government advised: "[O]ur investigation remains ongoing, and the concerns EDNY raised in connection with discovery disputes pending at the time the stay was implemented have not been alleviated."

1

                                                        Respectfully submitted,

Dated: February 1, 2019                      */s/ Jay B. Shapiro*
                                                        Jay B. Shapiro
                                                        Florida Bar No. 776361
                                                        Morgan McDonough
                                                        Florida Bar No. 106104
                                                        Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
                                                        150 West Flagler Street, Suite 2200
                                                        Miami, Florida 33130-1545
                                                        Tel.: (305) 789-3200
                                                        Fax: (305) 789-3395
                                                        jshapiro@stearnsweaver.com
                                                        mmcdonough@stearnsweaver.com

                                                        */s/ Tobin J. Romero*
                                                        Tobin J. Romero
                                                        Jonathan B. Pitt
                                                        Craig D. Singer
                                                        William J. Vigen
                                                        Carol Joan Pruski
                                                        Christopher T. Berg
                                                        Thomas W. Ryan
                                                        Cristina C. Stam
                                                        Williams & Connolly LLP
                                                        725 Twelfth Street, NW
                                                        Washington, DC 20005
                                                        Tel.: (202) 434-5000
                                                        Fax: (202) 434-5029
                                                        tromero@wc.com
                                                        jpitt@wc.com
                                                        csinger@wc.com
                                                        wvigen@wc.com
                                                        cpruski@wc.com
                                                        cberg@wc.com
                                                        tryan@wc.com
                                                        cstam@wc.com

                                                        *Attorneys for Fox Sports Latin America, Ltd., Pan American Sports Enterprises Company, Fox International Channels (US), Inc., and Fox Networks Group, Inc.*

/s/ James E. Sharp
James E. Sharp
SHARP & ASSOCIATES, PLLC
1215 19th Street, N.W.
Washington, DC 20005
Tel.: 202-467-4114
Fax: 202-467-1625
jsharp@sharp-assoc.com

/s/ Ramon A. Abadin
Ramon A. Abadin
RAMON A. ABADIN, P.A.
2333 Ponce De Leon Blvd.
BAC Colonnade - Suite 314
Coral Gables, FL 33134-5418
Tel.: 305-321-4496
Fax: 786-217-0133
rabadin@abadinlaw.com

*Steven J. McCool*
Steven J. McCool
Julia M. Coleman
MALLON & MCCOOL, LLC
1776 K Street, NW, Suite 200
Washington, DC 20006
Tel.: 202-393-7088
Fax: 202-293-3499
jcoleman@mallonandmccool.com
smccool@mallonandmccool.com

*Attorneys for Defendant Carlos Martinez*


/s/ Benedict P. Kuehne
Benedict P. Kuehne
Michael T. Davis
KUEHNE DAVIS LAW, P.A.
Miami Tower, Suite 3550
100 SE 2nd Street
Miami, FL 33131-2154
Tel.: 786-369-0213
Fax: 305-789-5987
ben.kuehne@kuehnelaw.com
mdavis@kuehnelaw.com

3

*Attorneys for Defendant James Ganley*

*/s/ Stephanie Anne Casey*
Roberto Martinez
Stephanie Anne Casey
COLSON HICKS EIDSON
255 Alhambra Circle
Penthouse
Coral Gables, FL 33134-2351
Tel.: (305) 476-7400
Fax: (305) 476-7444
bob@colson.com
scasey@colson.com

*Attorneys for Defendant T&T Sports Marketing Ltd.*

*/s/ Jorge Pérez Santiago*
Ryan K. Stumphauzer
Jorge Pérez Santiago
STUMPHAUZER & SLOMAN, PLLC
One SE Third Avenue, Suite 1820
Miami, FL 33131
Tel.: (305) 371-9686
Fax: (305) 371-9687
rstumphauzer@sslawyers.com
jperezsantiago@sslawyers.com

*/s/ Jennifer E. LaGrange*
Jennifer E. LaGrange
Matthew Donald Umhofer
Samuel Josephs
Payton J. Lyon
SPERTUS, LANDES & UMHOFER, LLP
1990 South Bundy Drive, Suite 705
Los Angeles, CA 90025
Tel.: (310) 826-4700
Fax: (310) 826-4711
jennifer@spertuslaw.com
matthew@spertuslaw.com
sam@spertuslaw.com
payton@spertuslaw.com

*Attorneys for Defendant Hernan Lopez*

4

/s/ Aviva L. Wernick
Nicolas Swerdloff
Aviva L. Wernick
Jeffrey B Goldberg
Marc A. Weinstein
HUGHES HUBBARD & REED
201 S Biscayne Boulevard
Suite 2500
Miami, FL 33131-4332
Tel.: 305-358-1666
Fax: 305-371-8759
nicolas.swerdloff@hugheshubbard.com
aviva.wernick@hugheshubbard.com
jeffrey.goldberg@hugheshubbard.com
marc.weinstein@hugheshubbard.com

*Attorneys for Defendant Juan Angel Napout*


/s/ Adam Louis Schwartz
Adam Louis Schwartz
Rayda Aleman
HOMER BONNER JACOBS
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131
Tel.: (305) 350-5100
Fax: (305) 372-2738
aschwartz@homerbonner.com
raleman@homerbonner.com

*Attorneys for Defendant Alejandro Burzaco*


/s/ Adam Michael Schachter
Adam Michael Schachter
Gerald Edward Greenberg
Freddy Funes
GELBER SCHACHTER & GREENBERG, P.A.
1221 Brickell Avenue, Suite 2010
Miami, FL 33131
Tel.: 305-728-0950
Fax: 305-728-0951

ggreenberg@gsgpa.com
aschachter@gsgpa.com
ffunes@gsgpa.com

*/s/ H. Rowan Gaither IV*
H. Rowan Gaither IV
David Massey
Maria Lapetina
T. Jakob Sebrow
Andrew Podolin
RICHARDS KIBBE & ORBE, LLP
200 Liberty Street
New York, NY 10281
Tel.: 212-530-1800
Fax: 212-530-1801
rgaither@rkollp.com
dmassey@rkollp.com
mlapetina@rkollp.com
jsebrow@rkollp.com
apodolin@rkollp.com

*/s/ Alan E. Schoenfeld*
Alan E. Schoenfeld
Erin G.H. Sloane
Matthew Galeotti
Wilmer Hale, LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel.: 212-230-8800
Alan.Schoenfeld@wilmerhale.com
Erin.Sloane@wilmerhale.com
Matthew.Galeotti@wilmerhale.com

*Attorneys for Defendant Torneos y Competencias, S.A.*


*/s/ Peter H. Levitt*
Peter H. Levitt
Stephen B. Gillman
SHUTTS & BOWEN LLP
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131
Tel.: (305) 358-6300

6

>Fax: (305) 381-9982
>plevitt@shutts.com
>sgillman@shutts.com
>
>*/s/ Seth C. Farber*
>Seth C. Farber
>Julissa Reynoso
>George Mastoris
>Marcelo Blackburn
>Cristina I. Calvar
>Michael A. Fernández
>Lauren Duxstad
>Ariel Flint
>WINSTON & STRAWN LLP
>200 Park Avenue
>New York, NY 10166-4193
>Tel.: (212) 294-6700
>Fax: (212) 294-4700
>sfarber@winston.com
>jreynoso@winston.com
>gmastoris@winston.com
>mblackburn@winston.com
>ccalvar@winston.com
>mafernandez@winston.com
>lduxstad@winston.com
>aflint@winston.com
>
>*Attorneys for Plaintiffs GolTV, Inc.
>and Global Sports Partners LLP*

7

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Jay B. Shapiro*
Jay B. Shapiro