UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16-cv-24431-CMA-Altonaga/McAliley

| | |
|---|---|
| GOLTV, INC., and GLOBAL SPORTS PARTNERS LLP, | |
| Plaintiffs, | |
| -v.- | |
| FOX SPORTS LATIN AMERICA, LTD., PAN AMERICAN SPORTS ENTERPRISES COMPANY, d/b/a FOX SPORTS LATIN AMERICA (individually and as successor to FOX PAN AMERICAN SPORTS LLC), FOX INTERNATIONAL CHANNELS (US), INC., FOX NETWORKS GROUP, LLC. (as successor to FOX INTERNATIONAL CHANNELS (US), INC.), CARLOS MARTINEZ, HERNAN LOPEZ, JAMES GANLEY, T&T SPORTS MARKETING LTD., TORNEOS Y COMPETENCIAS, S.A., ALEJANDRO BURZACO, EUGENIO FIGUEREDO, and JUAN ANGEL NAPOUT, | |
| Defendants. | |

## JOINT STATUS REPORT

Pursuant to the Court's Order of August 2, 2018 [ECF 451], the parties submit this report advising the Court of the status of the government's related criminal investigation.

The government has advised the parties that: "The status [of the investigation] remains the same."  Previously, the government advised: "[O]ur investigation remains ongoing, and the concerns EDNY raised in connection with discovery disputes pending at the time the stay was implemented have not been alleviated."

1

|                         | Respectfully submitted,                                                                                                                                                                                                                                                                                                                                                                                                                                                         |
|-------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| Dated: June 3, 2019     | */s/ Jay B. Shapiro*<br>Jay B. Shapiro<br>Florida Bar No. 776361<br>Morgan McDonough<br>Florida Bar No. 106104<br>Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.<br>150 West Flagler Street, Suite 2200<br>Miami, Florida 33130-1545<br>Tel.: (305) 789-3200<br>Fax: (305) 789-3395<br>jshapiro@stearnsweaver.com<br>mmcdonough@stearnsweaver.com<br><br>*/s/ Tobin J. Romero*<br>Tobin J. Romero<br>Jonathan B. Pitt<br>Craig D. Singer<br>William J. Vigen<br>Carol Joan Pruski<br>Christopher T. Berg<br>Thomas W. Ryan<br>Williams & Connolly LLP<br>725 Twelfth Street, NW<br>Washington, DC 20005<br>Tel.: (202) 434-5000<br>Fax: (202) 434-5029<br>tromero@wc.com<br>jpitt@wc.com<br>csinger@wc.com<br>wvigen@wc.com<br>cpruski@wc.com<br>cberg@wc.com<br>tryan@wc.com<br><br>*Attorneys for Fox Sports Latin America, Ltd., Pan American Sports Enterprises Company, Fox International Channels (US), Inc., and Fox Networks Group, LLC.* |

*/s/ James E. Sharp*
James E. Sharp
SHARP & ASSOCIATES, PLLC
1215 19th Street, N.W.
Washington, DC 20005
Tel.: 202-467-4114
Fax: 202-467-1625
jsharp@sharp-assoc.com

*/s/ Ramon A. Abadin*
Ramon A. Abadin
RAMON A. ABADIN, P.A.
2333 Ponce De Leon Blvd.
BAC Colonnade - Suite 314
Coral Gables, FL 33134-5418
Tel.: 305-321-4496
Fax: 786-217-0133
rabadin@abadinlaw.com

*/s/ Steven J. McCool*
Steven J. McCool
Julia M. Coleman
MALLON & MCCOOL, LLC
1776 K Street, NW, Suite 200
Washington, DC 20006
Tel.: 202-393-7088
Fax: 202-293-3499
jcoleman@mallonandmccool.com
smccool@mallonandmccool.com

*Attorneys for Defendant Carlos Martinez*


*/s/ Benedict P. Kuehne*
Benedict P. Kuehne
Michael T. Davis
KUEHNE DAVIS LAW, P.A.
Miami Tower, Suite 3550
100 SE 2nd Street
Miami, FL 33131-2154
Tel.: 786-369-0213
Fax: 305-789-5987
ben.kuehne@kuehnelaw.com
mdavis@kuehnelaw.com

*Attorneys for Defendant James Ganley*

3

*/s/ Stephanie Anne Casey*
Roberto Martinez
Stephanie Anne Casey
COLSON HICKS EIDSON
255 Alhambra Circle
Penthouse
Coral Gables, FL 33134-2351
Tel.: (305) 476-7400
Fax: (305) 476-7444
bob@colson.com
scasey@colson.com

*Attorneys for Defendant T&T Sports Marketing Ltd.*


*/s/ Jorge Pérez Santiago*
Ryan K. Stumphauzer
Jorge Pérez Santiago
STUMPHAUZER & SLOMAN, PLLC
One SE Third Avenue, Suite 1820
Miami, FL 33131
Tel.: (305) 371-9686
Fax: (305) 371-9687
rstumphauzer@sslawyers.com
jperezsantiago@sslawyers.com

*/s/ Jennifer E. LaGrange*
Jennifer E. LaGrange
Matthew Donald Umhofer
Samuel Josephs
Payton J. Lyon
SPERTUS, LANDES & UMHOFER, LLP
1990 South Bundy Drive, Suite 705
Los Angeles, CA 90025
Tel.: (310) 826-4700
Fax: (310) 826-4711
jennifer@spertuslaw.com
matthew@spertuslaw.com
sam@spertuslaw.com
payton@spertuslaw.com

*Attorneys for Defendant Hernan Lopez*

/s/ Aviva L. Wernick
Nicolas Swerdloff
Aviva L. Wernick
Jeffrey B Goldberg
Marc A. Weinstein
HUGHES HUBBARD & REED
201 S Biscayne Boulevard
Suite 2500
Miami, FL 33131-4332
Tel.: 305-358-1666
Fax: 305-371-8759
nicolas.swerdloff@hugheshubbard.com
aviva.wernick@hugheshubbard.com
jeffrey.goldberg@hugheshubbard.com
marc.weinstein@hugheshubbard.com

*Attorneys for Defendant Juan Angel Napout*


/s/ Adam Louis Schwartz
Adam Louis Schwartz
Rayda Aleman
HOMER BONNER JACOBS
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131
Tel.: (305) 350-5100
Fax: (305) 372-2738
aschwartz@homerbonner.com
raleman@homerbonner.com

*Attorneys for Defendant Alejandro Burzaco*


/s/ Adam Michael Schachter
Adam Michael Schachter
Gerald Edward Greenberg
Freddy Funes
GELBER SCHACHTER & GREENBERG, P.A.
1221 Brickell Avenue, Suite 2010
Miami, FL 33131
Tel.: 305-728-0950
Fax: 305-728-0951
ggreenberg@gsgpa.com

5

aschachter@gsgpa.com
ffunes@gsgpa.com

*/s/ H. Rowan Gaither IV*
H. Rowan Gaither IV
David Massey
Maria Lapetina
T. Jakob Sebrow
Andrew Podolin
RICHARDS KIBBE & ORBE, LLP
200 Liberty Street
New York, NY 10281
Tel.: 212-530-1800
Fax: 212-530-1801
rgaither@rkollp.com
dmassey@rkollp.com
mlapetina@rkollp.com
jsebrow@rkollp.com
apodolin@rkollp.com

*/s/ Alan E. Schoenfeld*
Alan E. Schoenfeld
Erin G.H. Sloane
Matthew Galeotti
Wilmer Hale, LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel.: 212-230-8800
Alan.Schoenfeld@wilmerhale.com
Erin.Sloane@wilmerhale.com
Matthew.Galeotti@wilmerhale.com

*Attorneys for Defendant Torneos y Competencias, S.A.*


*/s/ Peter H. Levitt*
Peter H. Levitt
Stephen B. Gillman
SHUTTS & BOWEN LLP
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131
Tel.: (305) 358-6300
Fax: (305) 381-9982

plevitt@shutts.com
sgillman@shutts.com

*/s/ Seth C. Farber*
Seth C. Farber
Julissa Reynoso
George Mastoris
Marcelo Blackburn
Cristina I. Calvar
Michael A. Fernández
Lauren Duxstad
Ariel Flint
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Tel.: (212) 294-6700
Fax: (212) 294-4700
sfarber@winston.com
jreynoso@winston.com
gmastoris@winston.com
mblackburn@winston.com
ccalvar@winston.com
mafernandez@winston.com
lduxstad@winston.com
aflint@winston.com

*Attorneys for Plaintiffs GolTV, Inc. and Global Sports Partners LLP*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Jay B. Shapiro*
Jay B. Shapiro