UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-24431-CIV-ALTONAGA/MCALILEY

GOLTV, INC., and GLOBAL SPORTS PARTNERS, LLP,

    Plaintiffs,

v.

FOX SPORTS LATIN AMERICA, LTD., PAN AMERICAN SPORTS ENTERPRISES COMPANY, d/b/a FOX SPORTS LATIN AMERICA (individually and as successor to FOX PAN AMERICAN SPORTS LLC), FOX INTERNATIONAL CHANNELS (US), INC., FOX NETWORKS GROUP, INC. (as successor to FOX INTERNATIONAL CHANNELS (US), INC.), CARLOS MARTINEZ, HERNAN LOPEZ, JAMES GANLEY, T&T SPORTS MARKETING LTD., TORNEOS Y COMPETENCIAS, S.A., ALEJANDRO BURZACO, FULL PLAY GROUP S.A., CONFEDERACION SUDAMERICANA DE FUTBOL, d/b/a CONMEBOL, EUGENIO FIGUEREDO, and JUAN ANGEL NAPOUT,

    Defendants.
_____/

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL
TO TORNEOS Y COMPETENCIAS, S.A.**

MARIA LAPETINA, admitted pro hac vice [ECF No. 92], respectfully requests that, effective June 21, 2019, her appearance as counsel of record for Defendant Torneos Y Competencias, S.A. be withdrawn. Defendant Torneos y Competencias, S.A. is represented by other counsel of record from Richards Kibbe & Orbe, LLP, Wilmer Cutler Pickering Hale & Dorr LLP, and Gelber Schachter & Greenberg, P.A. All pleadings, notices, orders,

correspondence, and other papers in connection with this action will be served on Torneos Y Competencias, S.A.'s current counsel of record.

Torneos Y Competencias, S.A. conferred with plaintiffs' counsel, who do not oppose the relief requested.

Dated: June 21, 2019                      Respectfully Submitted,

*/s/Gerald E. Greenberg*
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
ADAM M. SCHACHTER
Florida Bar No. 647101
aschachter@gsgpa.com
FREDDY FUNES
Florida Bar No. 87932
ffunes@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

and

DAVID B. MASSEY
dmassey@rkollp.com
H. ROWAN GAITHER IV
rgaither@rkollp.com
MARIA LAPETINA
mlapetina@rkollp.com
T. JAKOB SEBROW
jsebrow@rkollp.com
ANDREW PODOLIN
apodolin@rkollp.com
RICHARDS KIBBE & ORBE, LLP
200 Liberty Street
New York, NY 10281
Telephone: (212) 530-1800

and

ALAN E. SCHOENFELD
Alan.Schoenfeld@wilmerhale.com
ERIN G.H. SLOANE
Erin.Sloane@wilmerhale.com
MATTHEW GALEOTTI
Matthew.Galeotti@wilmerhale.com.
WILMER CUTLER PICKERING
HALE AND DORR, LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

*Attorneys for Torneos Y Competencias, S.A.*