# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 1:16-cv-24431-CMA-Altonaga/McAliley

GOLTV, INC., and GLOBAL SPORTS PARTNERS LLP,

                        Plaintiffs,

-v.-

FOX SPORTS LATIN AMERICA, LTD., PAN AMERICAN SPORTS ENTERPRISES COMPANY, d/b/a FOX SPORTS LATIN AMERICA (individually and as successor to FOX PAN AMERICAN SPORTS LLC), FOX INTERNATIONAL CHANNELS (US), INC., FOX NETWORKS GROUP, LLC. (as successor to FOX INTERNATIONAL CHANNELS (US), INC.), CARLOS MARTINEZ, HERNAN LOPEZ, JAMES GANLEY, T&T SPORTS MARKETING LTD., TORNEOS Y COMPETENCIAS, S.A., ALEJANDRO BURZACO, EUGENIO FIGUEREDO, and JUAN ANGEL NAPOUT,

                        Defendants.

## JOINT STATUS REPORT

Pursuant to the Court's Order of August 2, 2018 [ECF 451], the parties submit this report advising the Court of the status of the government's related criminal investigation.

The government has advised the parties that "from the EDNY's perspective" "the status of the investigation remain[s] the same as it relates to the GolTV case." Previously, the government advised: "[O]ur investigation remains ongoing, and the concerns EDNY raised in connection with discovery disputes pending at the time the stay was implemented have not been alleviated."

1

Respectfully submitted,

Dated: November 30, 2020

*/s/ Jay B. Shapiro*
Jay B. Shapiro
Florida Bar No. 776361
Morgan McDonough
Florida Bar No. 106104
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
150 West Flagler Street, Suite 2200
Miami, Florida 33130-1545
Tel.: (305) 789-3200
Fax: (305) 789-3395
jshapiro@stearnsweaver.com
mmcdonough@stearnsweaver.com

*/s/ Tobin J. Romero*
Tobin J. Romero
Jonathan B. Pitt
Craig D. Singer
Carol Joan Pruski
Christopher T. Berg
Thomas W. Ryan
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
Tel.: (202) 434-5000
Fax: (202) 434-5029
tromero@wc.com
jpitt@wc.com
csinger@wc.com
cpruski@wc.com
cberg@wc.com
tryan@wc.com

*Attorneys for Fox Sports Latin America, Ltd., Pan American Sports Enterprises Company, Fox International Channels (US), Inc., and Fox Networks Group, LLC.*

*/s/ James E. Sharp*
James E. Sharp
SHARP & ASSOCIATES, PLLC
1215 19th Street, N.W.
Washington, DC 20005
Tel.: 202-467-4114
Fax: 202-467-1625
jsharp@sharp-assoc.com

*/s/ Ramon A. Abadin*
Ramon A. Abadin
RAMON A. ABADIN, P.A.
2333 Ponce De Leon Blvd.
BAC Colonnade - Suite 314
Coral Gables, FL 33134-5418
Tel.: 305-321-4496
Fax: 786-217-0133
rabadin@abadinlaw.com

*/s/ Steven J. McCool*
Steven J. McCool
Julia M. Coleman
MCCOOL LAW PLLC
1776 K Street, NW, Suite 200
Washington, DC 20006
Tel.: 202-450-3370
Fax: 202-450-3346
smccool@mccoollawpllc.com
jcoleman@ mccoollawpllc.com

*Attorneys for Defendant Carlos Martinez*


*/s/ Benedict P. Kuehne*
Benedict P. Kuehne
Michael T. Davis
KUEHNE DAVIS LAW, P.A.
Miami Tower, Suite 3105
100 SE 2nd Street
Miami, FL 33131-2154
Tel.: 786-369-0213
Fax: 305-789-5987
ben.kuehne@kuehnelaw.com
mdavis@kuehnelaw.com

*Attorneys for Defendant James Ganley*

3

/s/ Stephanie Anne Casey
Roberto Martinez
Stephanie Anne Casey
COLSON HICKS EIDSON
255 Alhambra Circle
Penthouse
Coral Gables, FL 33134-2351
Tel.: (305) 476-7400
Fax: (305) 476-7444
bob@colson.com
scasey@colson.com

*Attorneys for Defendant T&T Sports Marketing Ltd.*

/s/ Jorge Pérez Santiago
Ryan K. Stumphauzer
Jorge Pérez Santiago
STUMPHAUZER & SLOMAN, PLLC
One SE Third Avenue, Suite 1820
Miami, FL 33131
Tel.: (305) 371-9686
Fax: (305) 371-9687
rstumphauzer@sslawyers.com
jperezsantiago@sslawyers.com

/s/ Matthew Donald Umhofer
Matthew Donald Umhofer
Samuel Josephs
Payton J. Lyon
SPERTUS, LANDES & UMHOFER, LLP
1990 South Bundy Drive, Suite 705
Los Angeles, CA 90025
Tel.: (310) 826-4700
Fax: (310) 826-4711
jennifer@spertuslaw.com
matthew@spertuslaw.com
sam@spertuslaw.com
payton@spertuslaw.com

*Attorneys for Defendant Hernan Lopez*

/s/ *Aviva L. Wernick*
Nicolas Swerdloff
Aviva L. Wernick
Jeffrey B Goldberg
Marc A. Weinstein
HUGHES HUBBARD & REED
201 S Biscayne Boulevard
Suite 2500
Miami, FL 33131-4332
Tel.: 305-358-1666
Fax: 305-371-8759
nicolas.swerdloff@hugheshubbard.com
aviva.wernick@hugheshubbard.com
jeffrey.goldberg@hugheshubbard.com
marc.weinstein@hugheshubbard.com

*Attorneys for Defendant Juan Angel Napout*

/s/ *Adam Louis Schwartz*
Adam Louis Schwartz
Rayda Aleman
HOMER BONNER JACOBS
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131
Tel.: (305) 350-5100
Fax: (305) 372-2738
aschwartz@homerbonner.com
raleman@homerbonner.com

*Attorneys for Defendant Alejandro Burzaco*

/s/ *Adam Michael Schachter*
Adam Michael Schachter
Gerald Edward Greenberg
Freddy Funes
GELBER SCHACHTER & GREENBERG, P.A.
1221 Brickell Avenue, Suite 2010
Miami, FL 33131
Tel.: 305-728-0950
Fax: 305-728-0951
ggreenberg@gsgpa.com
aschachter@gsgpa.com

ffunes@gsgpa.com

*/s/ H. Rowan Gaither IV*
H. Rowan Gaither IV
David Massey
Andrew Podolin
RICHARDS KIBBE & ORBE, LLP
200 Liberty Street
New York, NY 10281
Tel.: 212-530-1800
Fax: 212-530-1801
rgaither@rkollp.com
dmassey@rkollp.com
apodolin@rkollp.com

*/s/ Alan E. Schoenfeld*
Alan E. Schoenfeld
Erin G.H. Sloane
Wilmer Hale, LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel.: 212-230-8800
Alan.Schoenfeld@wilmerhale.com
Erin.Sloane@wilmerhale.com

*Attorneys for Defendant Torneos y Competencias, S.A.*


*/s/ Peter H. Levitt*
Peter H. Levitt
Stephen B. Gillman
SHUTTS & BOWEN LLP
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131
Tel.: (305) 358-6300
Fax: (305) 381-9982
plevitt@shutts.com
sgillman@shutts.com

*/s/ Seth C. Farber*
Seth C. Farber
Julissa Reynoso
George Mastoris

                                          Marcelo Blackburn
                                          Cristina I. Calvar
                                          Michael A. Fernández
                                          Lauren Duxstad
                                          WINSTON & STRAWN LLP
                                          200 Park Avenue
                                          New York, NY 10166-4193
                                          Tel.: (212) 294-6700
                                          Fax: (212) 294-4700
                                          sfarber@winston.com
                                          jreynoso@winston.com
                                          gmastoris@winston.com
                                          mblackburn@winston.com
                                          ccalvar@winston.com
                                          mafernandez@winston.com
                                          lduxstad@winston.com

                                          *Attorneys for Plaintiffs GolTV, Inc.*
                                          *and Global Sports Partners LLP*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Jay B. Shapiro*
Jay B. Shapiro