UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16-cv-24431-CMA-Altonaga/McAliley

GOLTV, INC., and GLOBAL SPORTS PARTNERS LLP,

       Plaintiffs,

-v.-

FOX SPORTS LATIN AMERICA, LTD., PAN AMERICAN SPORTS ENTERPRISES COMPANY, d/b/a FOX SPORTS LATIN AMERICA (individually and as successor to FOX PAN AMERICAN SPORTS LLC), FOX INTERNATIONAL CHANNELS (US), INC., FOX NETWORKS GROUP, LLC. (as successor to FOX INTERNATIONAL CHANNELS (US), INC.), CARLOS MARTINEZ, HERNAN LOPEZ, JAMES GANLEY, T&T SPORTS MARKETING LTD., TORNEOS Y COMPETENCIAS, S.A., ALEJANDRO BURZACO, EUGENIO FIGUEREDO, and JUAN ANGEL NAPOUT,

       Defendants.

## JOINT STATUS REPORT

Pursuant to the Court's Order of August 2, 2018 [ECF 451], the parties submit this report advising the Court of the status of the government's related criminal investigation.

The government has advised the parties that its position remains the same. Previously, the government advised:

> [T]hree defendants in the GolTV case, Carlos Martinez, Hernan Lopez, and Full Play Group, were indicted in the EDNY. So the status of the investigation is not the same. We continue to have many of the same concerns that originally animated our intervention in the GolTV case. We would need to understand the current positions and posture of the parties, however, including as they relate to the anticipated schedule of the SDFL case should the stay be lifted, in order to reevaluate our position in light of

1

recent developments in the EDNY case. With that caveat, and absent new information, our position is unchanged.

The parties understand that the criminal trial of defendants Martinez, Lopez and Full Play Group referred to by the government is currently scheduled to begin on January 3, 2023.

Respectfully submitted,

Dated: August 1, 2022

*/s/ Jay B. Shapiro*
Jay B. Shapiro
Florida Bar No. 776361
Morgan McDonough
Florida Bar No. 106104
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
150 West Flagler Street, Suite 2200
Miami, Florida 33130-1545
Tel.: (305) 789-3200
Fax: (305) 789-3395
jshapiro@stearnsweaver.com
mmcdonough@stearnsweaver.com

*/s/ Tobin J. Romero*
Tobin J. Romero
Jonathan B. Pitt
Craig D. Singer
Carol Joan Pruski
Christopher T. Berg
Thomas W. Ryan
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
Tel.: (202) 434-5000
Fax: (202) 434-5029
tromero@wc.com
jpitt@wc.com
csinger@wc.com
cpruski@wc.com
cberg@wc.com

*Attorneys for Fox Sports Latin America, Ltd., Pan American Sports Enterprises Company, Fox International Channels (US), Inc., and Fox Networks Group, LLC.*

/s/ *James E. Sharp*
James E. Sharp
SHARP & ASSOCIATES, PLLC
1215 19th Street, N.W.
Washington, DC 20005
Tel.: 202-467-4114
Fax: 202-467-1625
jsharp@sharp-assoc.com

/s/ *Ramon A. Abadin*
Ramon A. Abadin
RAMON A. ABADIN, P.A.
2333 Ponce De Leon Blvd.
BAC Colonnade - Suite 314
Coral Gables, FL 33134-5418
Tel.: 305-321-4496
Fax: 786-217-0133
rabadin@abadinlaw.com

/s/ *Steven J. McCool*
Steven J. McCool
Julia M. Coleman
MCCOOL LAW PLLC
1776 K Street, NW, Suite 200
Washington, DC 20006
Tel.: 202-450-3370
Fax: 202-450-3346
smccool@mccoollawpllc.com
jcoleman@ mccoollawpllc.com

*Attorneys for Defendant Carlos Martinez*


/s/ *Benedict P. Kuehne*
Benedict P. Kuehne
Michael T. Davis
KUEHNE DAVIS LAW, P.A.
Miami Tower, Suite 3105
100 SE 2nd Street
Miami, FL 33131-2154
Tel.: 786-369-0213
Fax: 305-789-5987
ben.kuehne@kuehnelaw.com
mdavis@kuehnelaw.com

*Attorneys for Defendant James Ganley*

3

/s/ *Stephanie Anne Casey*
Roberto Martinez
Stephanie Anne Casey
COLSON HICKS EIDSON
255 Alhambra Circle
Penthouse
Coral Gables, FL 33134-2351
Tel.: (305) 476-7400
Fax: (305) 476-7444
bob@colson.com
scasey@colson.com

*Attorneys for Defendant T&T Sports Marketing Ltd.*


/s/ *Jorge Pérez Santiago*
Ryan K. Stumphauzer
Jorge Pérez Santiago
STUMPHAUZER & SLOMAN, PLLC
One SE Third Avenue, Suite 1820
Miami, FL 33131
Tel.: (305) 371-9686
Fax: (305) 371-9687
rstumphauzer@sslawyers.com
jperezsantiago@sslawyers.com

/s/ *Matthew Donald Umhofer*
Matthew Donald Umhofer
SPERTUS, LANDES & UMHOFER, LLP
1990 South Bundy Drive, Suite 705
Los Angeles, CA 90025
Tel.: (310) 826-4700
Fax: (310) 826-4711
matthew@spertuslaw.com

*Attorneys for Defendant Hernan Lopez*


/s/ *Luis Miguel O'Naghten*
Luis Miguel O'Naghten
Marc A. Weinstein
HUGHES HUBBARD & REED
201 S Biscayne Boulevard
Suite 2500
Miami, FL 33131-4332

4

Tel.: 305-358-1666
Fax: 305-371-8759
luis.onaghten@hugheshubbard.com
marc.weinstein@hugheshubbard.com

*Attorneys for Defendant Juan Angel Napout*

*/s/ Adam Louis Schwartz*
Adam Louis Schwartz
HOMER BONNER JACOBS ORTIZ, P.A.
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131
Tel.: (305) 350-5100
Fax: (305) 372-2738
aschwartz@homerbonner.com

*Attorneys for Defendant Alejandro Burzaco*

*/s/ Adam Michael Schachter*
Adam Michael Schachter
Gerald Edward Greenberg
GELBER SCHACHTER & GREENBERG, P.A.
1221 Brickell Avenue, Suite 2010
Miami, FL 33131
Tel.: 305-728-0950
Fax: 305-728-0951
ggreenberg@gsgpa.com
aschachter@gsgpa.com

*/s/ H. Rowan Gaither IV*
H. Rowan Gaither IV
David Massey
PERKINS COIE LLP
1155 Avenue of the Americas
22nd Floor
New York, New York 10036-2711
Telephone: 212-262-6900
Fax: 212-977-1649
RGaither@perkinscoie.com
DMassey@perkinscoie.com

5

/s/ *Alan E. Schoenfeld*
Alan E. Schoenfeld
Erin G.H. Sloane
Wilmer Hale, LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel.: 212-230-8800
Alan.Schoenfeld@wilmerhale.com
Erin.Sloane@wilmerhale.com

*Attorneys for Defendant Torneos y Competencias, S.A.*

/s/ *Peter H. Levitt*
Peter H. Levitt
Stephen B. Gillman
SHUTTS & BOWEN LLP
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131
Tel.: (305) 358-6300
Fax: (305) 381-9982
plevitt@shutts.com
sgillman@shutts.com

/s/ *Seth C. Farber*
Seth C. Farber
George Mastoris
Marcelo Blackburn
Cristina I. Calvar
Lauren Duxstad
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Tel.: (212) 294-6700
Fax: (212) 294-4700
sfarber@winston.com
gmastoris@winston.com
mblackburn@winston.com
ccalvar@winston.com
lduxstad@winston.com

*Attorneys for Plaintiffs GolTV, Inc. and Global Sports Partners LLP*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Jay B. Shapiro*
Jay B. Shapiro